**UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

No. 15-3047

---

BACKPAGE.COM, LLC,

*Plaintiff-Appellant*,

vs.

THOMAS J. DART, Sheriff of Cook, County Illinois,

*Defendant-Appellee*.

---

On Appeal from the United States District Court
for the Northern District of Illinois
No. 1:15-cv-06340
The Honorable John J. Tharp, Jr.

---

**SEPARATE APPENDIX – APP037-APP289**

---

James C. Grant
Ambika K. Doran
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue
Seattle, Washington 98101
Telephone: (206) 622-3150

Robert Corn-Revere
Ronald G. London
DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington, D.C. 20006
Telephone: (202) 973-4200

PAUL HASTINGS LLP
Christopher F. Allen
71 S. Wacker Drive
Chicago, IL 60606
Telephone: (312) 499-6000

Attorneys for Plaintiff/Appellant Backpage.com, LLC

# INDEX TO APPENDICES

## SHORT APPENDIX



| No. | Document Description | Pages |
|---|---|---|
| Dkt. 59 | Minute entry denying Plaintiff's motion for preliminary injunction | APP001 |
| Dkt. 66 | Memorandum Opinion and Order denying motion for preliminary injunction | APP002-APP030 |
| Dkt. 29 | Order granting Plaintiff's motion for temporary restraining order | APP031-APP036 |



## SEPARATE APPENDIX



| No. | Document Description | Pages |
|---|---|---|
| Dkt. 2 | Complaint Exhibits A, B, and C | APP037-APP051 |
| Dkt. 6 | Declaration of Carl Ferrer in Support of Motion for Temporary Restraining Order, with Exhibits G through M | APP052-APP101 |
| Dkt. 7 | Exhibits A, B, and D through H to the Declaration of Lisa Zycherman in Support of Backpage.com, LLC's Motion for Temporary Restraining Order | APP102-APP126 |
| 8/13/2015 | Transcript of Proceedings on Hearing for Motion to Compel Discovery Requests | APP127-APP131 |
| 8/20/2015 | Transcript of Proceedings on Preliminary Injunction Hearing | APP132-APP209 |
| PX01 | Backpage Timeline | APP210-APP211 |
| PX02 | February 20, 2015 email from Joseph Ryan re: New employee | APP212 |
| PX03 | April 6, 2015 email from Caroline Palmer to Stephanie Zugschwert re: Sex trafficking of minors | APP213 |

| No. | Document Description | Pages |
|---|---|---|
| PX04 | June 17, 2015 email from Nicholas Kristof to Benjamin Breit re: Backpage | APP214 |
| PX05 | June 24, 2015 email from Stephanie Zugschwert to Stephanie Zugschwert re: my proposal and letters for sheriff - not yet acted upon, with attachments | APP215-APP234 |
| PX09 | June 25, 2015 email from Benjamin Breit to Lauren Gambino re: Backpage | APP235 |
| PX11 | July 1, 2015 email from Benjamin Breit to Mike Tobin and Ruth Ravve re: Sheriff Dart to Announce Development Regarding National Initiative to Fight Online Sex Trafficking | APP236 |
| PX13 | June 30, 2015 email from Benjamin Breit to Visa re: Letter from Cook County Sheriff Tom Dart | APP237 |
| PX22 | July 1, 2015 email from Benjamin Breit and Flynn McRoberts re: Final release | APP238 |
| PX24 | July 14, 2015 email from Marian Hatcher to Joseph Ryan re: Backpage Snap Shot Analysis from 7/5/15 thru Sunday 7/12/2015 | APP239 |
| PX25 | July 8, 2015 email from Marian Hatcher to Joseph Ryan re: Spike in Backpage Ads Posted from 7/7 to 7/8 Due to No Charge for Ads | APP240-APP241 |
| PX29 | July 2, 2015 email from Cara Smith to Stephanie Zugschwert and Marian Hatcher re: Visa, MC - Due Diligence by Partners | APP242-APP243 |
| PX33 | July 6, 2015 email from Joseph Ryan to Cara Smith re: Visa/AMEX | APP244 |
| PX34 | July 7, 2015 email from Benjamin Breit to Cara Smith re: Letter from Cook County Sheriff Tom Dart | APP245-APP247 |
| PX36 | July 8, 2015 email from Cara Smith to Elizabeth Edwards and Stephanie Zugschwert re: Recent Conversation | APP248-APP249 |

| No. | Document Description | Pages |
|---|---|---|
| PX37 | July 8, 2015 letter from Sheriff Dart to Guy Cottrell, Chief Postal Inspector | APP250-APP251 |
| PX38 | July 9, 2015 email from Flynn McRoberts to Benjamin Breit re: Final release | APP252-APP253 |
| PX43 | July 14, 2015 email from Cara Smith to John Earnhardt re: backpage | APP254-APP256 |
| PX54 | July 1, 2015 email from Elvira Swanson to John Earnhardt re: Comms opportunity for Visa on Change.org | APP257-APP259 |
| PX59 | June 10, 2015 letter from Alexander Marxer to Paul Paolucci re: Update regarding to the Conference-Call June 2nd 2015 (Non-Compliance Concerns) | APP260-APP262 |
| PX62 | June 29, 2015 email from Eileen Simon to John Verdeschi re: Backpage Follow Up | APP263-APP266 |
| PX63 | July 1, 2015 email from Paul Paolucci to John Verdeschi re: Backpages.com: Advice regarding Closure/Closure confirmed | APP267-APP273 |
| PX65 | July 2, 2015 email from John Verdeschi to Paul Paolucci and Seth Eisen re: Mastercard position on sex work transactions - backpage | APP274-APP278 |
| DEX004 | Affidavit of Martin Elliot | APP279-APP280 |
| DEX028 | Transcription of Sheriff Dart's Press Conference | APP281-APP286 |
| 8/18/2015 | Excerpts from the Deposition of Carl Ferrer | APP287-APP289 |

# EXHIBIT A

Cook County SHERIFF THOMAS J DART



Welcome to the Cook County Sheriff's Office

About Sheriff Dart

DEPARTMENTS FACILITIES JAIL INFORMATION HOW DO I ? PRESS CONTACT US

# SHERIFF DART'S DEMAND TO DEFUND SEX TRAFFICKING COMPELS VISA AND MASTERCARD TO SEVER TIES WITH BACKPAGE.COM

**Home > Press Page**

***Wednesday, July 1, 2015*** —Visa and MasterCard have agreed to stop processing payments for sex trafficking industry profiteer Backpage.com following a demand from Cook County Sheriff Thomas J. Dart.

On Monday, Sheriff Dart wrote to Visa CEO Charles Scharf and MasterCard CEO Ajaypal Banga to brief them on the role their companies played within the sex trafficking industry and urge them to immediately cut off all association with Backpage's so-called 'adult' section and its less prominent imitators. By Tuesday afternoon, MasterCard agreed to disassociate itself from Backpage, with Visa following suit Wednesday morning.

Such ads – millions of them posted a year – make up the foundation of a booming modern sex trafficking industry. It is a violent business that preys on the young and vulnerable, yet one that hides that reality behind a sense of normalcy created by sites like Backpage.com.

Removing Visa and MasterCard from the business will raise the bar for pimps and traffickers who seek to place ads, help eliminate a financial incentive to host such ads, and remove the mask of normalcy that has fueled trafficking's dangerous growth. American Express was previously an option for trafficking ad buyers, but that company removed its card as a payment option earlier in 2015.

This development represents the first tangible progress in the national movement to address sex trafficking on Backpage and its imitators, which has included vigorous efforts by advocacy groups, state attorneys general and Congressmen.

"Backpage has significantly lowered the barrier to entry for would-be sex traffickers, giving them easy access to millions of johns while cloaking them in anonymity and putting all risk on the shoulders of their victims. Raising that barrier will lead to less would-be sex traffickers entering the business and ultimately fewer victims," said Sheriff Dart. "I commend Visa, MasterCard and American Express for doing the right thing in defunding this criminal enterprise and joining us in the fight to seek justice for sex trafficking victims across the globe."

Backpage has quickly emerged as the trafficking industry's leading profiteer. The 'classified advertising' website – similar in construct to Craigslist – offers traditional forums to find roommates, sell goods and more. Yet, its primary revenue stream comes through its "adult" page, which offers johns the opportunity to connect with 'escorts' – women and girls who all too often turn out to be sex trafficking victims under the control and exploitation of violent traffickers. In April alone, Backpage published over 1.4 million adult services ads in the U.S., with the company bringing in a conservative estimate of $100 million in revenue per year through that channel.

Sex traffickers seeking to advertise women under their control on Backpage pay anywhere from $5 to $17 per initial ad, depending on the size of the market. Prices can easily run into the hundreds of dollars with add-on features. With Visa and MasterCard's move, there is now just one payment option for adult ads on Backpage: Bitcoin.

Originally owned by Village Voice, the website was spun off in September 2012 after Village Voice's advertisers came under attack for Backpage's nefarious business model. Backpage owners Jim Larkin and Michael Lacey have remained shameless and unrepentant for their role in the exploitation of millions of women and girls over the ensuing years. They hide behind outdated language in the Communications Decency Act (federal legislation signed in the mid-1990s) that gives them immunity from prosecution as long as it cannot be proven that they actively solicit trafficking ads. In late 2014, the website was quietly sold to a Dutch company, with a bi-partisan group of federal

Main Phone Number
(773) 674-CCSO (2276)

## QUICK LINKS

- Search for Inmate Information/Visitation Registration
- Submit a Crime Tip
- Public Corruption Complaint Forms
- Employment Information
- Evictions, Foreclosures & Civil Process
- Civil Process Service Lookup
- Shakman Compliance
- Senior Citizen Services
- Social Services
- Internet Safety Tips
- Graffiti Removal
- Complaints
- Cook County Information Center
- Freedom of Information Act Request
- Human Resources Customer Service Quality Survey
- Training Academy

legislators led by Sen. Mark Kirk (R-IL) calling on the U.S. Department of Justice to investigate the sale.

Backpage has frequently attempted to claim it is a partner of law enforcement, yet its actions have demonstrated a callous aversion to any efforts to rescue victims and put sex traffickers behind bars. "It is devastating to know that sex trafficking continues to thrive on Backpage.com, and we commend companies that choose to combat this unchecked abuse," said Bradley Myles, CEO of Polaris. "The National Human Trafficking Resource Center hotline that we operate has learned of hundreds of people who were trafficked through Backpage.com, and we have directly provided services to sex trafficking survivors who have been sold on the website. Companies can play an integral role in disrupting sex trafficking by making it more challenging for traffickers to carry out their business."

Previously, Sheriff Dart demanded Backpage employ more robust ad screening and verification mechanisms and disallow prepaid credit cards, to no avail. Meanwhile, Cook County Sheriff's Police has made more than 800 arrests since 2009 off of Backpage ads as well as more than 50 arrests for sex trafficking, involuntary servitude or promoting prostitution – including an arrest for juvenile sex trafficking just last month.

**Firearm Information**

**Photos & Videos**

**Press Releases**

**Home > Press Page**

Home / Site Map / Search Site / Legal Disclaimer / Login

Select Language ▼

Copyright 2015 © Cook County Sheriff's Office. All Rights Reserved.

# EXHIBIT B

# OFFICE OF THE SHERIFF

RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

June 29, 2015

Mr. Charles W. Scharf
Chief Executive Officer
Visa Incorporated
P.O. Box 8999
San Francisco, CA 94128-8999

Members of the Board of Directors, Visa Incorporated,

Dear Mr. Scharf and Members of the Board of Directors,

As the Sheriff of Cook County, a father and a caring citizen, I write to request that your institution immediately cease and desist from allowing your credit cards to be used to place ads on websites like Backpage.com, which we have objectively found to promote prostitution and facilitate online sex trafficking.

After years of unchecked growth in the online sex trade, it has become increasingly indefensible for any corporation to continue to willfully play a central role in an industry that reaps its cash from the victimization of women and girls across the world.

Sex trafficking is among the most pervasive and persistent of social evils. It is one that law enforcement strives daily to mitigate to reduce the number of victims. Yet, the unfettered proliferation of websites like Backpage.com has provided this violent industry with a mask of normalcy, driving demand ever higher and increasing the enslavement of prostituted individuals, including children.

In just one month this spring, Backpage.com posted 1,461,227 ads in its "Adult Escort" section in the United States. I challenge you to find an ad in that section that is not selling sex. Most of them even include prices, hotel locations, nude photos and, increasingly, videos. Still, this deluge of ads is just a comparative drop in the bucket as Backpage.com now operates in over 80 countries.

In the Chicago area – where I'm charged with eradicating such trafficking – more than 20,000 prostitution ads are placed every month on Backpage.com, according to an outside

analysis.[i] In more than 800 instances, we have responded to a Backpage ad and **each and every** time we have made an arrest for crimes ranging from prostitution to child trafficking. My officers could spend every day answering ads and setting up stings and they would not be able to put a dent in such traffic.

Key to this growth is the sense of normalcy that credit card institutions provide by allowing traffickers to pay for their ads with credit cards, just as if they were placing an ad for a used car or buying a book on Amazon. That flood of ads makes the practice of buying sex appear increasingly normal and harmless to Johns across the country. As the demand then rises, the supply – women and girls – is increased, often through coercion and violence.

For years, law enforcement agencies and advocacy organizations have screamed and howled about Backpage.com and similar sites to no avail.[ii] But Congress is too hamstrung to act and the Courts continue to follow antiquated laws to the point of nonsensical outcomes.[iii]

But such absurdity is no excuse for institutions to ignore their own rules, precedents and their own sense of decency. To the contrary, institutions such as yours have the moral, social and legal right to step up on this pervasive problem and make a fundamental and everlasting difference.

Your own credit card user and merchant "Terms of Use" clearly give you the right to cancel or block transactions over activities that can impair your brand's reputation.

Financial institutions have the legal duty to file "Suspicious Activity Reports" to authorities in cases of human trafficking and sexual exploitation of minors.[iv] In fact, the Justice Department's criminal head recently said banks may need to go beyond filing suspicious activity reports when they encounter a risky customer: "We encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem."[v]

Meanwhile, the financial industry has already decided to block specific transactions and close certain accounts in other cases, for both legal and illegal industries. Chase Bank, JPMorgan and PayPal have closed accounts for various adult entertainers, online sex toy sales and pornography activities. The institutions cited "reputational risk" or "high risk" as reasons for closing the accounts.[vi]

Both Visa and MasterCard have blocked their cards from being used in certain online gambling transactions. Credit cards can't be used in many cases for medical and recreational marijuana purchases, even though they are **legal** activities in those states.[vii] Recently, American Express decided to stop allowing its cards to be used to buy ads in the adult section of Backpage.com.

If the industry has decided not to allow credit cards to be used to gamble, buy pot or watch pornography, then why allow them to be used to facilitate prostitution, even in cases of

child sex trafficking? Make no mistake: Your cards have and will continue to be used to buy ads that sell children for sex on sites like Backpage.com.

If you think I'm being hyperbolic, I ask you to please go to Backpage.com and click on the ads for 'escorts,' 'dom & fetish' or 'adult jobs.' There you will easily be able to check out hourly rates and nude photos of women and girls across your area, even for a 'young, young, young, pretty girl,' as was recently posted in Chicago.

Now, click on the blue 'Post Ad' button at the top of the Web site. After you click through a bevy of laughable rules, you will see familiar credit card icons: the ubiquitous red and yellow globes of MasterCard and the blue and gold bars of Visa.

For every one of the millions of ads on Backpage.com alone, your institution is making money. But at what cost to your image, our society and to those thousands of victims?

The use of credit cards in this violent industry implies an undeserved credibility and sense of normalcy to such illicit transactions and only serves to increase demand. You now have a chance to reverse the trend and join in the fight to help protect vulnerable and victimized women and children.

Within the next week, please provide me with contact information for an individual within your organization that I can work with on this issue.

Sincerely,

Thomas J. Dart
Cook County Sheriff

Cc: Visa Investors:

Frederick William McNabb III
Vanguard Group, Inc.

Abigail Pierrepont Johnson
Fidelity Management and Research Co.

James Kennedy
T. Rowe Price Associations, Inc.

Joseph L. Hooley
State Street Corp.

Laurence D. Fink
BlackRock Fund Advisors

---

[i] Data collected in conjunction with a Cease Network initiative.
[ii] *Kirk Leads Letter to DOJ Requesting Immediate Investigation of Backpage*.com ( Jan. 28, 2015), http://www.kirk.senate.gov/?p=press_release&id=1315; Letter from the National Association of Attorneys General regarding Backpage.com's ongoing failure to effectively limit prosecution and sexual trafficking activity on its website, signed by 51 Attorneys General (August 31, 2011); Letter from the United States Senate, signed by 19 Senators, asking Backpage to shut its Adult Escort section down (March 23, 2012); Letter to Village Voice Media asking for Backpage to shut down its Adult Escort section, signed by a coalition of 53 organizations and individuals, including **Polaris** (Dec. 2, 2011); Mass. Amicus Brief, *supra* n. 2; *Amicus Curiae* Brief of the National Center for Missing and Exploited Children, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed Sept. 4, 2014) [hereinafter WA NCMEC Amicus Brief]; *Amicus Curiae* Brief from the City and County of San Francisco, City of Atlanta, City and County of Denver, City of Houston, City of Philadelphia and City of Portland, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed 02/19/2015).
[iii] See Jane Doe No. 1, Jane Doe No. 2 and Jane Doe No. 3 v. Backpage.com, United States District Court, District of Massachusetts, Order and Memorandum of the Court Dismissing Backpage's Motion to Dismiss based on immunity under the Communication Decency Act, 47 U.S.C. §230, wherein the Court stated that "Congress has made the determination that the balance between suppression of trafficking and freedom of expression should be struck in favor of the latter in so far as the Internet is concerned. Putting aside the moral judgment that one might pass on Backpage's business practices, this court has no choice but to adhere to the law that Congress has seen fit to enact.", page 33 of Court's Memorandum and Order (filed 5/15/2015).
[iv] 12 U.S.C. 1818, 1819; 31 U.S.C. 5318 and 18 U.S.C. 1956
[v] *Prosecutor: Banks Need to do More Than File SAR's*, Risk and Compliance section of the Wall Street Journal, (3/16/2015)
[vi] *JPMChase, PayPal Close Adult Entertainer Account, Denied Payment for "Morality"* IssueHawk.com (April 25 2014); *5 naughty things your credit card won't buy*, www.bankrate.com; *Cash is King*, http://www.forbes.com/2008/03/18/spitzer-money-laundering-biz-cz_nv_0318money.html (3/08/2008); *Online Gambling Booms, But Credit Card Acceptance Lags* http://www.foxbusiness.com/personal-finance/2014/01/17/as-online-gambling-booms-credit-card-acceptance-lags (01/24/2014); *Green Dot Prepaid Visa Card Members Being Blocked* http://successonline13.empowernetwork.com/blog/green-dot-visa-card-members-being-blocked (Aug. 8, 2013); *Major Bank Won't Do Business With a Florida Gun and Pawn Shop. Is Choke Point to Blame?* http://dailysignal.com/2015/04/16/major-bank-wont-do-business-with-a-florida-gun-and-pawn-shop (April 16, 2015).
[vii] *Id.*

# EXHIBIT C

# OFFICE OF THE SHERIFF

RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

June 29, 2015

Mr. Ajaypal Banga
President and Chief Executive Officer
MasterCard Incorporated
2000 Purchase Street
Purchase, NY 10577

Members of the Board of Directors, MasterCard Incorporated

Dear Mr. Banga and Members of the Board of Directors,

As the Sheriff of Cook County, a father and a caring citizen, I write to request that your institution immediately cease and desist from allowing your credit cards to be used to place ads on websites like Backpage.com, which we have objectively found to promote prostitution and facilitate online sex trafficking.

After years of unchecked growth in the online sex trade, it has become increasingly indefensible for any corporation to continue to willfully play a central role in an industry that reaps its cash from the victimization of women and girls across the world.

Sex trafficking is among the most pervasive and persistent of social evils. It is one that law enforcement strives daily to mitigate to reduce the number of victims. Yet, the unfettered proliferation of websites like Backpage.com has provided this violent industry with a mask of normalcy, driving demand ever higher and increasing the enslavement of prostituted individuals, including children.

In just one month this spring, Backpage.com posted 1,461,227 ads in its "Adult Escort" section in the United States. I challenge you to find an ad in that section that is not selling sex. Most of them even include prices, hotel locations, nude photos and, increasingly, videos. Still, this deluge of ads is just a comparative drop in the bucket as Backpage.com now operates in over 80 countries.

In the Chicago area – where I'm charged with eradicating such trafficking – more than 20,000 prostitution ads are placed every month on Backpage.com, according to an outside

analysis.[i] In more than 800 instances, we have responded to a Backpage ad and **each and every** time we have made an arrest for crimes ranging from prostitution to child trafficking. My officers could spend every day answering ads and setting up stings and they would not be able to put a dent in such traffic.

Key to this growth is the sense of normalcy that credit card institutions provide by allowing traffickers to pay for their ads with credit cards, just as if they were placing an ad for a used car or buying a book on Amazon. That flood of ads makes the practice of buying sex appear increasingly normal and harmless to Johns across the country. As the demand then rises, the supply – women and girls – is increased, often through coercion and violence.

For years, law enforcement agencies and advocacy organizations have screamed and howled about Backpage.com and similar sites to no avail.[ii] But Congress is too hamstrung to act and the Courts continue to follow antiquated laws to the point of nonsensical outcomes.[iii]

But such absurdity is no excuse for institutions to ignore their own rules, precedents and their own sense of decency. To the contrary, institutions such as yours have the moral, social and legal right to step up on this pervasive problem and make a fundamental and everlasting difference.

Your own credit card user and merchant "Terms of Use" clearly give you the right to cancel or block transactions if the customer "indirectly engages in or facilitates any action or activity that is illegal."

Financial institutions have the legal duty to file "Suspicious Activity Reports" to authorities in cases of human trafficking and sexual exploitation of minors.[iv] In fact, the Justice Department's criminal head recently said banks may need to go beyond filing suspicious activity reports when they encounter a risky customer: "We encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem."[v]

Meanwhile, the financial industry has already decided to block specific transactions and close certain accounts in other cases, for both legal and illegal industries. Chase Bank, JPMorgan and PayPal have closed accounts for various adult entertainers, online sex toy sales and pornography activities. The institutions cited "reputational risk" or "high risk" as reasons for closing the accounts.[vi]

Both Visa and MasterCard have blocked their cards from being used in certain online gambling transactions. Credit cards can't be used in many cases for medical and recreational marijuana purchases, even though they are **legal** activities in those states.[vii] Recently, American Express decided to stop allowing its cards to be used to buy ads in the adult section of Backpage.com.

If the industry has decided not to allow credit cards to be used to gamble, buy pot or watch

pornography, then why allow them to be used to facilitate prostitution, even in cases of child sex trafficking? Make no mistake: Your cards have and will continue to be used to buy ads that sell children for sex on sites like Backpage.com.

If you think I'm being hyperbolic, I ask you to please go to Backpage.com and click on the ads for 'escorts,' 'dom & fetish' or 'adult jobs.' There you will easily be able to check out hourly rates and nude photos of women and girls across your area, even for a 'young, young, young, pretty girl,' as was recently posted in Chicago.

Now, click on the blue 'Post Ad' button at the top of the Web site. After you click through a bevy of laughable rules, you will see familiar credit card icons: the ubiquitous red and yellow globes of MasterCard and the blue and gold bars of Visa.

For every one of the millions of ads on Backpage.com alone, your institution is making money. But at what cost to your image, our society and to those thousands of victims?

The use of credit cards in this violent industry implies an undeserved credibility and sense of normalcy to such illicit transactions and only serves to increase demand. You now have a chance to reverse the trend and join in the fight to help protect vulnerable and victimized women and children.

Within the next week, please provide me with contact information for an individual within your organization that I can work with on this issue.

Sincerely,



Thomas J. Dart
Cook County Sheriff

Cc: MasterCard Investors:

Reeta Roy
MasterCard Foundation

Frederick William McNabb III
Vanguard Group, Inc.

Abigail Pierrepont Johnson
Fidelity Management and Research Co.

Joseph L. Hooley
State Street Corp.

James Kennedy
T. Rowe Price Associations, Inc.

---

[i] Data collected in conjunction with a Cease Network initiative.

[ii] *Kirk Leads Letter to DOJ Requesting Immediate Investigation of Backpage*.com (Jan. 28, 2015), http://www.kirk.senate.gov/?p=press_release&id=1315; Letter from the National Association of Attorneys General regarding Backpage.com's ongoing failure to effectively limit prosecution and sexual trafficking activity on its website, signed by 51 Attorneys General (August 31, 2011); Letter from the United States Senate, signed by 19 Senators, asking Backpage to shut its Adult Escort section down (March 23, 2012); Letter to Village Voice Media asking for Backpage to shut down its Adult Escort section, signed by a coalition of 53 organizations and individuals, including **Polaris** (Dec. 2, 2011); Mass. Amicus Brief, *supra* n. 2; *Amicus Curiae* Brief of the National Center for Missing and Exploited Children, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed Sept. 4, 2014) [hereinafter WA NCMEC Amicus Brief]; *Amicus Curiae* Brief from the City and County of San Francisco, City of Atlanta, City and County of Denver, City of Houston, City of Philadelphia and City of Portland, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed 02/19/2015).

[iii] See Jane Doe No. 1, Jane Doe No. 2 and Jane Doe No. 3 v. Backpage.com, United States District Court, District of Massachusetts, Order and Memorandum of the Court Dismissing Backpage's Motion to Dismiss based on immunity under the Communication Decency Act, 47 U.S.C. §230, wherein the Court stated that "Congress has made the determination that the balance between suppression of trafficking and freedom of expression should be struck in favor of the latter in so far as the Internet is concerned. Putting aside the moral judgment that one might pass on Backpage's business practices, this court has no choice but to adhere to the law that Congress has seen fit to enact.", page 33 of Court's Memorandum and Order (filed 5/15/2015).

[iv] 12 U.S.C. 1818, 1819; 31 U.S.C. 5318 and 18 U.S.C. 1956

[v] *Prosecutor: Banks Need to do More Than File SAR's*, Risk and Compliance section of the Wall Street Journal, (3/16/2015)

[vi] *JPMChase, PayPal Close Adult Entertainer Account, Denied Payment for "Morality"* IssueHawk.com (April 25 2014); *5 naughty things your credit card won't buy*, www.bankrate.com; *Cash is King*, http://www.forbes.com/2008/03/18/spitzer-money-laundering-biz-cz_nv_0318money.html (3/08/2008); *Online Gambling Booms, But Credit Card Acceptance Lags* http://www.foxbusiness.com/personal-finance/2014/01/17/as-online-gambling-booms-credit-card-acceptance-lags (01/24/2014); *Green Dot Prepaid Visa Card Members Being Blocked* http://successonline13.empowernetwork.com/blog/green-dot-visa-card-members-being-blocked (Aug. 8, 2013); *Major Bank Won't Do Business With a Florida Gun and Pawn Shop. Is Choke Point to Blame?* http://dailysignal.com/2015/04/16/major-bank-wont-do-business-with-a-florida-gun-and-pawn-shop (April 16, 2015).

[vii] *Id.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BACKPAGE.COM, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS J. DART, Sheriff of Cook County, Illinois,<br><br>Defendants. | No. 1:15-cv-06340<br><br>Judge John J. Tharp, Jr.<br><br>Magistrate Judge Young B. Kim<br><br>**DECLARATION OF CARL FERRER IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** |

I, Carl Ferrer, declare:

1. I am the Chief Executive Officer of Backpage.com, LLC ("Backpage.com"). I have personal knowledge of the matters set forth in this declaration and am competent to testify to them.

2. Backpage.com operates an online classified advertising service, located at www.backpage.com. Backpage.com began operations in 2004. The website is available in all fifty states and the District of Columbia, and is organized geographically by states and municipalities. For example, in Illinois, Backpage.com is available to users throughout the state and they may post and view ads specific to Bloomington/Normal, Carbondale, Chambana, Chicago, Decatur, La Salle County, Mattoon-Charleston, Peoria, Rockford, Southern Illinois, Springfield, and Western Illinois.

3. Users post more than six million ads on Backpage.com every month. They may post and review ads in numerous categories, including local places, community, buy/sell/trade, automotive, musician, rentals, real estate, jobs, dating, adult, and services (and various subcategories within these categories). Backpage.com is the second largest online classified

advertising service in the United States, after Craigslist. A true and correct copy of the home page for the Backpage.com website for Illinois is attached hereto as **EXHIBIT A** and is available at http://illinois.backpage.com.

4. Backpage.com does not dictate or require users to post any content. Instead, users provide all the content for ads they post using an automated interface.

5. Until July 6, 2015, Backpage.com allowed users to post individual ads without charge in many categories, but it did charge for certain ads and services. For example, Backpage.com charged a range of approximately $5-$17 for users to post ads in the adult category and $1 for users to post ads in the dating category, payable by major credit cards. Law enforcement officials, including Sheriff Dart, have requested ads in these categories be paid by credit card because credit cards provide identifying data authorities can use to track and prosecute individuals if they engage in illegal activities. Until July 6, 2015, users could also pay to post ads (of all types) nationally or in multiple markets, and for more prominent or repeat-ad placement, and, again, in almost all instances, users paid these charges by credit cards.

6. From 2004 until 2015, American Express, Visa, and MasterCard allowed their cards to be used on Backpage.com.

7. Backpage.com goes to great lengths to prevent misuse of its site or illegal content, especially to guard against any human trafficking or child exploitation. As described in the following paragraphs, we take numerous steps to prevent any such abuse and misuse of the website.

8. Our Terms of Use prohibit ads for illegal services or posting "any material… that exploits minors in any way." The Terms of Use state in part:

> **User Conduct:**
>
> Without limitation, you agree to refrain from the following actions while using the Site: . . .
>
> 2. Transmitting any information, data, text, files, links, software, chats, communication or other materials that is unlawful, false, misleading, harmful, threatening, abusive, invasive of another's privacy, harassing, defamatory, vulgar, obscene, hateful or racially or otherwise objectionable, including without limitation material of any kind or nature that encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, provincial, national, or international law or regulation, or encourage the use of controlled substances;...
>
> 4. (a) Posting adult content or explicit adult material unless: (i) such material is specifically permitted in designated adult categories and permitted under applicable federal, state, and local law; and (ii) you are at least 18 years of age or older and not considered to be a minor in your state of residence;
>
> (b) Posting, anywhere on the Site, obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts, as determined in the sole discretion of backpage.com;
>
> (c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;
>
> (d) Posting any material on the Site that exploits minors in any way;
>
> (e) Posting any material on the Site that in any way constitutes or assists in human trafficking.
>
> 5. Posting any ad for products or services, use or sale of which is prohibited by any law or regulation;

A true and correct copy of the complete Terms of Use is attached hereto as **EXHIBIT B** and is available at http://chicago.backpage.com/online/TermsOfUse.

9. Users seeking access to the adult or dating categories must first affirm they are at least 18 years old. If a user clicks on either category, a page appears explaining and requiring this age verification. A true and correct copy of this verification page is attached hereto as **EXHIBIT C**, and is available at http://chicago.backpage.com/FemaleEscorts/ classifieds/

Disclaimer?category=4443. This page also cautions users to report any posting that may relate to suspected exploitation of minors or human trafficking and contains a link to websites of the National Center for Missing and Exploited Children ("NCMEC") and the National Human Trafficking Resource Center. Attached as **EXHIBIT D** is a true and correct copy of the page – entitled Stop Trafficking – that appears through this link, and is available at http://chicago.backpage.com/en-us/online/classifieds/PopUp?page=StopTrafficking.

10. In addition, before posting in the adult or dating categories on Backpage.com, users must review and agree to specific Posting Rules, which emphasize that ads for commercial sex acts are prohibited; that all forms of human trafficking and exploitation are prohibited and will not be tolerated; and that any potential child exploitation will be reported for law enforcement investigation. The Posting Rules state:

**Posting Rules**

You agree to the following when posting in this category:

- I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia, actual or simulated sexual acts or naked images;
- I will not post any solicitation directly or in "coded" fashion for any illegal service, including exchanging sexual favors for money or other valuable consideration;
- I will not post any material on the Site that exploits minors in any way;
- I will not post any material on the Site that in any way constitutes or assists in human trafficking;
- I am at least 18 years of age or older and not considered to be a minor in my state of residence.

**Any post exploiting a minor in any way will be subject to criminal prosecution and will be reported to the Cybertipline for law enforcement.**

Postings violating these rules and our Terms of Use are subject to removal without refund.

A true and correct copy of these Posting Rules is attached hereto as **EXHIBIT E**, and they are available at http://posting.chicago.backpage.com/online/classifieds/PostAdPPI.html/chi/chicago.backpage.com/?u=chi&serverName=chicago.backpage.com&superRegion=Chicago&section=4383&category=4454.

11. Every ad on the website contains a "Report Ad" link for users to report if they believe the ad may be improper. These links lead to a page that asks users to identify any suspected inappropriate ads, emphasizing that if the user's concern is about a possible threat to a child, he or she should also contact abuse@backpage.com. Attached as **EXHIBIT F** is a true and correct copy of this page, which is also available at http://posting.chicago.backpage.com/online/classifieds/ReportAd?oid=28426274. Backpage.com reviews ads that are flagged by users to determine whether they should be removed or reported to appropriate authorities.

12. Backpage.com prominently features an ad from Children of the Night, a national support and rescue organization. It states:

> **Want Out? National Free Help 24/7: 1-800-551-1300**
> Tired of Turning Tricks?
> Pimps Don't Care.
> We Do!
> Call from Anywhere - Day or Night
> Boys, Girls, Transgender
> Help, Shelter Home (ages 11-17) and Transportation available.
> **"Children of the Night"**
> 1-800-551-1300 x 0
> http://www.childrenofthenight.org/index.html

Attached as **EXHIBIT G** is a true and correct copy of this ad, which is available at http://chicago.backpage.com/FemaleEscorts/want-out-national-free-help-247-1-800-551-1300/14518504.

13. Links are also provided at many places on the site to NCMEC's Cybertipline and a User Safety page addressing the issue of human trafficking. The User Safety page states:

> **Human Trafficking**
>
> Over the past 15 years, "trafficking in persons" and "human trafficking" have been used as umbrella terms for activities involved when someone obtains or holds a person in compelled service.
>
> The United States government considers trafficking in persons to include all of the criminal conduct involved in forced labor and sex trafficking, essentially the conduct involved in reducing or holding someone in compelled service. Under the Trafficking Victims Protection Act as amended (TVPA) and consistent with the United Nations Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children (Palermo Protocol), individuals may be trafficking victims regardless of whether they once consented, participated in a crime as a direct result of being trafficked, were transported into the exploitative situation, or were simply born into a state of servitude. Despite a term that seems to connote movement, at the heart of the phenomenon of trafficking in persons are the many forms of enslavement, not the activities involved in international transportation.
>
> For more information on Human Trafficking, please visit http://www.state.gov/g/tip/.
>
> To report a potential victim of Human Trafficking, or if you are a victim yourself or you know someone whom you suspect may be, please call the National Human Trafficking Resource Center (NHTRC) hotline at 1-888-3737-888, or visit: http://www.polarisproject.org/what-we-do/national-human-trafficking-hotline/report-a-tip.
>
> **Child Exploitation**
>
> The National Center for Missing and Exploited Children helps not only locate missing kids, but also helps children that are victims of sexual exploitation of any kind.
>
> If you've seen a missing child, or a child that is being victimized, please take action and make a report to the CyberTipline: www.cybertipline.com.

For more information on the National Center, please visit: www.missingkids.com. A true and correct copy of the User Safety page is attached hereto as **EXHIBIT H**, and is available at http://chicago.backpage.com/classifieds/UserSafety.

14. Backpage.com also employs extensive, voluntary monitoring measures to prevent and remove improper user postings. Among these measures, we operate an automated filtering system that scans potential posts for "red-flag" terms, phrases, URLs and email and IP addresses. The list of terms used in this automated filtering currently exceeds 100,000, and it is regularly updated. In addition, Backpage.com operates a two-tiered manual (human) review system of nearly all content submitted for posting to the adult and dating categories. The first manual review assesses ads in the adult and dating categories before they are allowed to appear on the site, and the second level examines nearly every such ad after posting, as a double-check for potentially improper content. Overall, more than 100 people (over 60% of all Backpage.com workers) are engaged in monitoring user submissions.

15. Through its review processes, Backpage.com blocks or removes over a million ads per month and immediately reports any that may concern child exploitation to NCMEC (approximately 300 per month).

16. In addition to its prevention efforts, Backpage.com regularly works with local, state and federal law enforcement officials in connection with investigations and prosecutions. Our staff regularly responds to law enforcement subpoenas, generally within 24 hours. In some instances, we have also conducted additional Internet research to provide law enforcement further information to assist in rescuing victims and arresting and prosecuting criminals. Backpage.com also distributes law enforcement guides, conducts training of law enforcement officials, allows posts of public service announcements by law enforcement, and removes and

blocks posts when requested by law enforcement. In addition, Backpage.com personnel provide testimony at trials and hearings as requested.

17. Law enforcement officials often commend Backpage.com for its support and assistance, and that includes praise from Cook County officials. Some examples of messages we have received include:

> You guys are fantastic thank you
>
> Thank you so much, you have really gone above and beyond. I always like working with your group because it is professional and prompt.
>
> Thank you very much for your assistance. By the way, as a Detective with the ... Police, I deal with numerous hospitals, banks, cell phone companies, etc. You guys have been by far the best and easiest to deal with.
>
> As usual your staff at Backpage.com is awesome! Thank you for this additional information it helps out tremendously.
>
> Backpage staff. Great job. This will help in the investigation. Thanks for further researching and going the extra mile.
>
> Thank you! I appreciate your proactive efforts to protect our children. Again, thank you.
>
> Thank you so much. We have been waiting to obtain records from some of these sites. ... Thank you very much for your assistance and attention to details. I wish more companies were like this.
>
> Backpage is the very best thank you!!!!!!!!!!!!
>
> Thanks once again for going above and beyond what we ask of you. Your team has always been helpful, diligent, and worked with a [sense] of urgency, and it is greatly appreciated.
>
> [Y]our staff did a great job! We appreciate Backpage's vigilance to help protect kids. On our team over the weekend were the Secret Service, Department of Homeland Security, the United States Attorney's Office and several local law enforcement agencies and all commented on how effective Backpage was on getting the ads removed quickly and blocking future ads from the same posters.
>
> I can't thank you and your staff enough for being so responsive and supportive of my and other law enforcement efforts concerning these cases. Your company's

level of cooperation is not the norm and makes a huge difference in our ability to target and ultimately arrest the offender.

Thank you so much! [Cook County]

Thank you so much! This is very helpful and much appreciated! [Cook County]

Thank you. [Winnebago County]

18. On or about January 20, 2011, Backpage.com received a letter from the office of Cook County Sheriff Thomas Dart. The letter stated that Sheriff Dart's office had been conducting "undercover online investigations" of the website, had determined "the site is being openly used as a conduit for illegal prostitution activity," and insisted that Backpage.com be brought "into legal compliance" by "remov[ing] the Personals and Adults sections of [the] website. A true and correct copy of this letter is attached hereto as **EXHIBIT I**. We responded to the January 20, 2011 letter, explaining our efforts to prevent misuse of our website and to partner with law enforcement officials to track individuals who do misuse the website.

19. On or about March 2, 2011, Backpage.com received another letter from Sheriff Dart's office. Among other things, the letter asserted that "the only way to ensure the public safety would be to shut down the Adults [sic] and Personals sections." A true and correct copy of this letter is attached hereto as **EXHIBIT J**. We responded, again explaining our extensive measures to prevent and stop improper posts on the Backpage.com website. We firmly believe that censorship is not the solution to human trafficking or child exploitation, but rather that law enforcement and other authorities should work with websites like Backpage.com to prevent, investigate, and prosecute criminal activity and to rescue victims.

20. On or about June 14, 2011, Backpage.com received another letter from Sheriff Dart's office. The letter proposed six "security measures," including that Backpage.com require charges for adult ads paid by credit cards and provide identifying information from credit card

usage in response to valid law enforcement requests. As we have explained to the Sheriff's office, Backpage.com has done these things for many years. A true and correct copy of this letter is attached as **EXHIBIT K**.

21. On June 27, 2011, I and other representatives of Backpage.com met with representatives from Sheriff Dart's office. We again explained our screening procedures, our cooperation with law enforcement, and that we did require payment by credit or debit cards and routinely provided such information in response to law enforcement requests. On July 5, 2011, a spokesperson for Sheriff Dart's office who had attended the meeting sent an email to one of our representatives stating: "I really want to say thanks for the great meeting last week. We all came away impressed not only with the work done so far by Carl, but also with his candor and sincerity, not to mention his interest in doing more work to secure the website. Hoping it leads to more productive conversations down the road."

22. On or about January 31, 2012, Backpage.com received a letter from Sheriff Dart's office, once again demanding that Backpage.com remove its adult category. The letter stated: "Pursuant to 720 ILCS 5/10-9, please ensure that… Backpage.com… immediately ceases and desists its current practice." The letter also threatened that if Backpage.com "fails to comply with this request, the Cook County Sheriff's Office is prepared to seek all available legal recourse." A true and correct copy of this letter is attached hereto as **EXHIBIT L**.

23. On or about January 24, 2014, Backpage.com received another letter from Sheriff Dart's office, asking that Backpage.com "respond to the enclosed *Request for Information and Site Modification* … within 28 days of receipt of the document." The twelve-page list contained a total of more than 150 requests. It also demanded that Backpage.com "[r]equire user[s] to pay

fees with major credit card." A true and correct copy of this letter is attached hereto as **EXHIBIT M**.

24. On April 30, 2015, American Express informed Backpage.com it would no longer allow its cards to be used for any purchases in the adult category of the website. American Express did not provide a reason for this decision. On July 1 and 2, 2015, Backpage.com received notice from its acquiring banks and credit card processors (companies that help facilitate credit card payments) that they could no longer process Visa and MasterCard transactions and were terminating their agreements with Backpage.com effective immediately.

25. One of our processors also forwarded a message it received from Visa which stated that Visa had "received allegations from US law enforcement that the merchant backpage.com is linked to child prostitution and human trafficking," and had been asked to impose an "immediate close down." The message also alluded to Visa's rules that merchants "must not use licensed marks in relation to or for the purchase of brand damaging or illegal transactions."

26. I am informed that MasterCard has listed Backpage.com as a terminated merchant on its "Member Alert to Control High Risk" (MATCH) file. The MATCH file is maintained jointly by MasterCard and Visa and prevents processing of credit card payments worldwide for merchants on the list. Thus, Backpage.com is now barred from credit card services of any of the three largest credit card companies or any acquiring banks or credit processing companies.

27. The practical effect of Sheriff Dart's and the credit card companies' actions has been to cut off nearly all revenue to Backpage.com. This affects not only adult ads but also other ads for dating, housing, services, trades, and sales of goods, among others. Although

Backpage.com allows payment by bitcoin, this has accounted for a very small percentage of purchases on Backpage.com.

28. Beginning on July 6, 2015, Backpage.com stopped charging for ads. Backpage.com began offering users a free promotional code in some areas ("FREESPEECH") to allow them to post ads free of charge until Backpage.com could obtain relief for Sheriff Dart's actions. It later made posts free without the need for a user to enter a promotional code. Backpage.com took this step because disrupting or precluding its ability to provide services to users severely harms the website's goodwill and users' rights to post speech on the site. Providing services for free can only be a temporary measure, however.

29. Sheriff Dart's actions and the termination of credit card services have also harmed Backpage.com's efforts to police and preclude improper ads. Imposing charges and requiring users to pay by credit cards discourages improper postings and provides information for law enforcement. Without such charges, the volume of ads (including spam) dramatically increases and Backpage.com necessarily must devote resources and personnel to address these problems, detracting from its efforts to police the website.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Signed at Dallas, Texas this 21st day of July, 2015.

[signature]

Carl Ferrer

# EXHIBIT G

backpage
chicago, il
free classifieds

backpage.com > Chicago adult entertainment > Chicago escorts

Report Ad

# Want Out? National Free Help 24/7: 1-800-551-1300

Posted: Friday, July 17, 2015 8:02 AM

Tired of Turning Tricks?

Pimps Don't Care.

We Do!

Call from Anywhere - Day or Night

Boys, Girls, Transgender

Help, Shelter Home (ages 11-17) and Transportation available.

"Children of the Night"

1-800-551-1300 x 0

http://www.childrenofthenight.org/index.html

- Location: Bloomington/Normal, Chambana, Chicago, Decatur, La Salle County, Mattoon-Charleston, Peoria, Rockford, Southern Illinois, Springfield, Western Illinois
- Post ID: 14518504 chicago

email to friend

CHILDREN of the NIGHT

Enlarge Picture



Enlarge Picture



Enlarge Picture

My Account | Buy Credits (new!) | Help | Privacy | Terms | Safety

chicago.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

# EXHIBIT H

# Safety

We are committed to creating a user-friendly environment, where our users can post and reply to ads and other messages freely and without concern. What follows are a number of tips and techniques you should keep in mind to protect yourself and your privacy online, whether you are using our site or some other site on the Internet. (Some of these suggestions "repeat" because they apply in multiple situations.) This list is not exhaustive and you should not use it as a substitute for your own common sense. As always, the best protection is to use good judgment and trust your instincts.

## Responding to an Ad

Online ads help us find all kinds of different goods and services easily and quickly. It is important to remember that whether you are responding to a rental ad, a job posting, personal or "for sale" ad, you have never met the person behind the ad before. Use caution.

- Do not wire money, or send a check, for an apartment you have not seen to a person you have never met.
- Do not give out personal information about yourself, such as your social security number, without verifying that a job posting is legitimate.
- Meet people in a public place.
- Do not go check out furniture in someone's house alone. Bring a friend.

## Placing an Ad

Online advertising allows us to quickly and effectively reach as many people as possible that are interested in what we are selling or offering. It is important to remember that you may not know the people responding to your ad, so be careful.

- Do not include personal information in an ad, such as your full name or address, and do not post images or content that are prohibited by our Terms of Use or Privacy Policy, like nudity or messages relating to illegal activities.
- Talk to people on the phone before giving them information, like your address, and trust your instincts.
- If someone is coming to check out the sofa you advertised, make sure you are not alone when they arrive.
- If you are selling something portable but expensive, such as a DVD player or a digital camera, consider showing it to people in a coffee shop instead of your home.
- If you are selling a car, make sure you are meeting the person somewhere public for a test drive, bring a friend, and be careful driving home.
- Meet people in a public place.

## Safety Tips

- Learn more at www.safetradestations.com
- Be careful when purchasing gift cards through auction sites or classified ads; they may be empty or fraudulent.
- Be careful when bidding on auctions for products; they may be stolen.
- Be careful when replying to mystery or secret shopper jobs; you may end up owing all the money to the bank you thought you were getting paid.
- Be cautious when it comes to work-from-home opportunities, especially ones that do not require experience or time.
- Do not give money to an individual claiming to be the victim of a disaster if you do not know them.
- Do not give money to an organization if you have not heard of it.
- Do not wire money, or send a check, for an apartment you have not seen to a person you have never met.
- Do not give out personal information about yourself, such as your social security number, without verifying that a job posting is legitimate.
- Meet people in a public place. Preferably a safe trade station.

# Scams and Fraud

No matter where we are or what we are doing, a handful of people can make it difficult for everyone. This is true in the online advertising area as well. Use the same common sense you would use in the real world when reading an ad. If it is too good to be true, it is a scam. Please read about these common scam types to educate yourself.

Resources:

- Federal Trade Commission
- FBI - Be Crime Smart
- Topics - OnGuard Online

## Money Order/Wire Transfer Scam

Avoid scams by following these guidelines:

- If the person you are dealing with is not local to you and does not want to meet, it is probably a scam.
- Never wire funds. Anyone requesting a wire transfer is probably a scammer.
- Keep in mind that fake cashiers checks and money orders are common tools for scam artists. You may even be held responsible for legal and financial ramifications if you attempt to process fraudulent checks or money orders. Money order fraud is specifically not reimbursed by most institutions and the victim is required to go through local police to attempt to recover lost funds.
- backpage.com is not involved in ANY transaction, does not handle payments, offer guarantees or buyer protection.
- Never give out any of your personal financial information. Anyone requesting this is probably a scammer.
- Deals involving shipping or escrow services are usually fraudulent. NO ONE CAN GUARANTEE YOUR TRANSACTION.

- If a buyer offers you more than your asking price, it is probably a scam.
- IF IT SOUNDS TO GOOD TO BE TRUE; IT IS!

Recognizing common scams:

Wiring money is like sending cash. The sender has no protections against loss.

- DO NOT wire money to strangers or sellers who insist on wire transfers for payment.
- DO NOT send money to someone you do not know. Try to deal locally and in person if possible. Do not send cash or use a wire transfer service.
- DO NOT respond to messages that ask for your personal or financial information.
- DO NOT agree to deposit a check from someone you do not know and then wire money back.

By law, banks must make funds from deposited checks available within days, but uncovering a fake check can take weeks. You are responsible for the checks you deposit. When a check turns out to be a fake, it's you who is responsible for paying back the bank.

Know where an offer comes from and who you are dealing with.

Most scams involve one or more of the following:

- Inquiry from someone far away.
- Wire transfers, cashier's checks, money orders, shipping, escrow services or "guarantees."
- Refusal to meet face to face before transaction.

To Report Scams and Frauds:

- To file a complaint online: ftccomplaintassistant.gov
- FTC toll free hotline: 1-877-FTC-HELP (1-877-382-4357); TTY: 1-866-653-4261
- Canadian phone busters hotline: 1-888-495-8501
- Non-emergency number for your local police department
- Email: abuse@backpage.com

## Work From Home Scam

How it Works

- Someone places a job ad online looking for a rebate or payment processor.
- You respond and get the job.
- You are asked to provide your bank account info to your new employer to facilitate direct deposits; might sound like a good idea, but it could be dangerous.
- Funds are put into this account and you are told to wire the money to a third account. This account is often international, but not always.
- You get to deduct a percent of the wired amount as your commission or payment.
- You are actually laundering stolen funds through your own account.
- Whether you know you are laundering money or not, you can still be prosecuted.
- The people you gave your bank account info to can also take money from you or steal your identity.

Tips

- Be cautious when it comes to work-from-home opportunities, especially ones that do not

require experience or time.

- Be cautious of opportunities that require you to pay for materials or supplies.
- Figure out if the company is legitimate through the Better Business Bureau (for US-based companies) or WHOIS/Domain Tools (for international companies). Also look at the FTC's recommendations: Email Scams - OnGuard Online.
- Never give your bank account details to anyone unless you know and trust them.
- If you think you may be a victim of one of these scams, contact your financial institution immediately. --Report any suspicious work-from-home offers or activities to the Internet Crime Complaint Center (IC3) at Internet Crime Complaint Center (IC3)

(Above information about "work from home" scams is compiled from IC3 PDF.)

## Mystery/Secret Shopper Scam

- You see a job posting for a mystery shopper.
- You are asked to send a resume and told you will undergo a background check.
- You are sent a check that will cover purchases and money wire transactions, with the remaining balance as your payment.
- You are given instructions to shop at a specified retailer for a specific length of time and spend a specific amount on merchandise from the store.
- You are told to take note of the store's environment, color, payment procedures, gift items, and shopping/carrier bags and report back to the employer.
- You are then told you will be checking the ease and accuracy of wiring money from the retail location.
- After the merchandise is purchased and money is wired, the bank tells you that the check cashed was counterfeit, and you are responsible for the money lost in addition to bank fees incurred.
- Occasionally, you will be asked to submit your bank account information so that money can be deposited into your account. The fraudster will then have access to your accounts and be able to withdraw your money.

## Rental and Real Estate Scam

If you are posting the rental ad:

- Someone will respond to your ad with an interest in renting or buying the property.
- They will send you a check that is in excess of the amount you indicated, and request you send them the difference.
- They will send you a check that is the exact amount, but back out at the last minute.
- You will think all of the above checks are legitimate and potentially begin using the funds.
- The check(s) will turn out to be counterfeit and the bank will hold you responsible for all losses.

If you are reading the rental ad:

- A scammer will duplicate postings from legitimate real-estate websites and place them on classified advertisement websites.
- The scammer will often use the real-estate agent's real name to create a fake email

address.

- When you respond to the ad, the scammer will reply, claiming to be the owner. S/he will say he is out of the country (often on mission work) so you cannot see the property. They will ask you to mail the check (often to a foreign address). They may also ask you to wire money.
- Your check will be cashed or money received, and you will not be able to recover your losses.

### Gift Card Fraud

Be careful when purchasing gift cards through auction sites or classified ads. It is safer to purchase gift cards directly from the merchant or retail store. The seller may claim the card holds a certain value, but they may be lying. If you are purchasing a gift card, make sure you meet the seller at the store and have the gift card run through for verification. Additionally, if the gift card merchant discovers that your card is fraudulent, the merchant will deactivate the gift card and refuse to honor it for purchases. Victims of this scam lose the money paid for the gift card purchase.

### Auction Sales Fraud

Be careful when bidding on auctions for products. Fraudsters will post ads for items they do not have. They will charge your credit card (or debit your account) for the item and then use a stolen credit card to buy the actual item and have it shipped to you. They keep your money and you may be liable for receiving stolen products. Buy directly from the product merchant or make sure you research who you are buying products from.

### Disaster Scams

Some fraudsters will prey on your desire to help others. Make sure you are only donating to organizations you have heard of, and make sure you are donating directly on their official website. Do not give money to an individual claiming to be the victim of a disaster if you do not know them.

## Human Trafficking

Over the past 15 years, "trafficking in persons" and "human trafficking" have been used as umbrella terms for activities involved when someone obtains or holds a person in compelled service.

The United States government considers trafficking in persons to include all of the criminal conduct involved in forced labor and sex trafficking, essentially the conduct involved in reducing or holding someone in compelled service. Under the Trafficking Victims Protection Act as amended (TVPA) and consistent with the United Nations Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children (Palermo Protocol), individuals may be trafficking victims regardless of whether they once consented, participated in a crime as a direct result of being trafficked, were transported into the exploitative situation, or were simply born into a state of servitude. Despite a term that seems to connote movement, at the heart of the phenomenon of trafficking in persons are the many forms

of enslavement, not the activities involved in international transportation.

For more information on Human Trafficking, please visit Office To Monitor and Combat Trafficking in Persons.

To report a potential victim of Human Trafficking, or if you are a victim yourself or you know someone whom you suspect may be, please call the National Human Trafficking Resource Center (NHTRC) hotline at 1-888-3737-888, or visit: Report a Tip | Polaris Project | Combating Human Trafficking and Modern-day Slavery.

## Child Exploitation

The National Center for Missing and Exploited Children helps not only locate missing kids, but also helps children that are victims of sexual exploitation of any kind.

If you have seen a missing child, or a child that is being victimized, please take action and make a report to the CyberTipline: National Center for Missing and Exploited Children.

For more information on the National Center, please visit: National Center for Missing and Exploited Children.

## Resources

- Federal Trade Commission
- FBI - Homepage
- Internet Crime Complaint Center (IC3)
- National Center for Missing and Exploited Children
- Polaris Project | Combating Human Trafficking and Modern-day Slavery

Rev.: 05/27/2015

My Account | Buy Credits (new!) | Contact | Help | Privacy | Terms | Safety

chicago.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider. © 2015 backpage.com

# EXHIBIT I

PHONE (312) 603-6444

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

1/20/11

Steve Suskin
General Counsel
Village Voice Media Holdings LLC
1201 E. Jefferson St.
Phoenix, AZ 85034

Dear Mr. Suskin:

Over the past 23 months our office has been engaged in an aggressive crackdown of prostitution throughout the Chicago metro area and suburbs that is generated by online advertisements. As a result of our investigatory efforts, the Cook County Sheriff's Police Vice Unit has determined that Backpage.com is one of the top destination websites for individuals seeking and selling prostitution, and that the site is being openly used as a conduit for illegal prostitution activity.

Since January 2009, our detectives have been initiating undercover online investigations, contacting women who advertise sex in exchange for money in the Personals and Adult sections of your site, and then arranging to meet with the women in person. In 2010 alone, sixty-three (63) women were arrested for offering sexual acts in exchange for money, based on Backpage advertisements. Our Vice Unit has arrested more than one-hundred (100) prostitutes who advertise on Backpage since our online initiative began. Additionally, undercover vice officers have placed prostitution ads on Backpage.com, and as a result, have arrested dozens of johns soliciting sex based on these ads.

Blatant prostitution language is commonplace throughout your Personals and Adults section. For example, prostitution shorthand such as "PSE" – an acronym meaning "porn star experience", and "GFE" – an acronym meaning "girlfriend experience" are used in a majority of your postings by women and girls soliciting customers.

To give you some specific examples, our vice officers found an ad containing language such as "naughty blond nympho, anal play, fetishes…" on your site. Another example is post ID 3611125, placed by Sexy Talaya on October 30th that offers "fun with a nude, naughty, exotic uninhibited babe" and also says "let's get together and have a good erotic time". Sexy Talaya has a link in the ad to her website that contains more nude pictures, and includes rates for her erotic services. These are just a few examples of a rampant problem; in fact, our vice officers have never responded to one of the ads posted in the Personals and Adults sections of Backpage that *didn't* end with an offer of prostitution.

There are three very disturbing areas of concern related to your business that need to be addressed:

1) The growth and graphic nature of prostitution postings in the Personals and Adults categories, including nude photos;

2) The number of prostitution arrests by our department generated from Backpage advertisements, including pimps engaged in human trafficking;

3) The alarming number of underage girls advertising for sexual services, and being trafficked by pimps on Backpage.

We would be happy to supply your office with arrest reports of prostitutes, pimps and johns generated through solicitation ads on your site. The Cook County Sheriff's Office is ready and willing to work with you to provide any advice and assistance needed to deal with this critical issue and bring Backpage.com into legal compliance. To this end, we are asking your company to remove the Personals and Adults sections of your website and initiate aggressive monitoring to ensure this type of activity does not occur elsewhere on the site.

Should you have any questions, please do not hesitate to contact my office at 312-603-3396. We appreciate your prompt attention to this matter.

Sincerely,

Peter M. Kramer
General Counsel

# EXHIBIT J

PHONE (312) 603-6444

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

March 2, 2011

Steve Suskin
General Counsel
Village Voice Media Holdings LLC
1201 E. Jefferson St.
Phoenix, AZ 85034

Dear Mr. Suskin:

Thank you for your recent response to our letter dated January 20th, 2011, which outlined the Cook County Sheriff's Office serious law enforcement concerns regarding Backpage. com. In that letter, we detailed illegal activity occurring in the Personals and Adults sections of your website, which generates arrests on a regular basis by our department. Since our initial correspondence, the Cook County Sheriff's Police Vice Unit has arrested twenty-one (21) additional women who openly advertised their prostitution services on Backpage.com.

Just recently on your site, we found numerous ads placed between January 9th and February 16th, 2011, warning others to beware of prostitution stings being conducted by police in the Chicago area. Clearly your monitoring and filtering initiatives are not effective, and, in fact, Backpage.com is being utilized to thwart our broader law enforcement efforts. Based on our daily review of your site, your representation that ads are reviewed within 20 minutes of upload is in question.

In your letter you also stated that your company engages in partnerships with law enforcement and safety advocates on "preventing those intent on committing illegal activity through the site". Your letter also says that you have worked with the National Association of Attorneys General Working Group as well as law enforcement agencies across the country. While it is encouraging to hear this, we would like to know exactly what sort of measures Backpage.com is taking in conjunction with these organizations to thwart criminal activity.

Specifically, who at Backpage.com is in charge of security and safety on the website? Please forward their title and contact information to our office so we can pass it on to our detectives.

Additionally, what law enforcement agencies are you actively working with, and what is your response when you are alerted to weaknesses in your website security infrastructure that, for example, allows naked solicitation photos posted by prostitutes – something our investigators are still seeing.

Based on our police investigations, it's clear the remedial measures you outline in your letter are insufficient to deal with the level of illegal activity occurring on Backpage.com. Our detectives continue to find blatant solicitation ads in the Adults and Personals categories of your site, along with erotic photos – including a nude pregnant woman offering sexual services that appeared just last October. It appears the only way to ensure the public safety would be to shut down the Adults and Personals sections. This would eliminate crimes such as solicitation and child exploitation on the front end, and further our common mission to "prevent criminal activity on the website", as you describe in your letter.

Again, our office remains troubled by the alarming number of underage girls advertising for sexual services on Backpage and being trafficked by pimps on Backpage.

Your prompt attention to this matter is appreciated.

Sincerely,

# EXHIBIT K

PHONE (312) 603-6444

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER

50 W. WASHINGTON - ROOM 704

CHICAGO, IL 60602

**THOMAS J. DART**

SHERIFF

6/14/11

Steve Suskin
General Counsel
Village Voice Media Holdings LLC
1201 E. Jefferson St.
Phoenix, AZ 85034

Dear Mr. Suskin:

We understand Village Voice executives have offered to meet with our office to discuss security improvements to Backpage.com and additional steps your company is willing to take going forward, based on Sheriff Dart's very serious concerns.

As a preliminary matter, in an effort to conserve time and resources on both sides, we have identified a number of actions that would greatly facilitate our ability to combat the rampant illegal prostitution ads on Backpage.com. Please advise if your security team is willing to implement the six security measures outlined below:

1. Integrate language into the site's Terms of Use Agreement that states your company reserves the right to forward a customer's identifying details to law enforcement agencies if illegal activity is suspected;

2. Act on this change to the Terms of Use Agreement by forwarding such identifying information to law enforcement agencies upon request;

3. Require posts in the Adults section to be paid using credit cards bearing the subscribers name and information;

4. Verify all paid posters so pertinent information can be easily accessed. This may require a basic screening process for each customer during their first post. This information would then be retained electronically by your company;

5. Designate one or more individuals on your "security team" as a daily point of contact for law enforcement investigations, with a specific e-mail and phone number, rather than "support@backpage.com"

6. Initiate and/or develop more aggressive monitoring of ads by dedicated personnel viewing each post, and through key word filtering, taking advantage of new technologies available in this regard.

In addition, we would like information on the background and qualifications of your security team personnel, including the number of employees, the methods currently utilized to screen ads for illicit content, and the number of ads you screen on a daily basis compared to the total number of ads placed in the Personals and Adults sections.

We are eager for the opportunity to work with you on implementing the aforementioned changes. We are confident that with these basic adjustments in place, Backpage.com can stem the growth and graphic nature of prostitution postings in the Personals and Adults categories. We are of course open to additional suggestions from your security team, and stand ready to work with your organization as a vested partner in the fight against human sex trafficking and underage prostitution.

Please do not hesitate to contact us with any questions, and we look forward to hearing from you by June 24th.

Sincerely,

Peter M. Kramer

# EXHIBIT L

SEAL OF COOK COUNTY ILLINOIS

PHONE (312) 603-6444

SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS

RICHARD J. DALEY CENTER
50 W. WASHINGTON - ROOM 704
CHICAGO, IL 60602

**THOMAS J. DART**
SHERIFF

*VIA U.S. MAIL*

RECEIVED
FEB -3 2012
SAMUEL FIFER

January 31, 2012

Mr. Samuel Fifer
SNR Denton
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606-6306

*Re: Backpage.com*

Dear Mr. Fifer:

As you are aware, the Cook County Sheriff's Office has routinely made prostitution/human trafficking related arrests, including those involving minors, from the Adult Services Section of Backpage.com. Despite our numerous efforts this past year to encourage Backpage.com to remove its Adult Services Section, thereby cutting off predators' access to the website, little has been resolved. Backpage.com continues to allow predators, and others engaged in human trafficking, to avail themselves of Backpage.com's services. Backpage.com has not only ignored the Cook County Sheriff's admonishments, but has also apparently refused the pleas of the fifty-one Attorneys General. Indeed, since making several representations through the course of 2011 as to the efforts of Backpage.com to thwart criminal activity, the steady stream of arrests of offenders has continued.

At this point it is clear that Backpage.com is well aware that it is making a substantial sum of money from those profiting from trafficked persons. Pursuant to 720 ILCS 5/10-9, please ensure that your client, Backpage.com, immediately ceases and desists its current practice. In the event that Backpage.com fails to comply with this request, the Cook County Sheriff's Office is prepared to seek all available legal recourse. Thank you in advance for your cooperation in this matter.

Sincerely,

Peter M. Kramer
General Counsel
Cook County Sheriff's Office

Printed on Recycled Paper

**(720 ILCS 5/10-9)**

**Sec. 10-9. Trafficking in persons, involuntary servitude, and related offenses.**

(a) Definitions. In this Section:

(1) "Intimidation" has the meaning prescribed in

Section 12-6.

(2) "Commercial sexual activity" means any sex act on account of which anything of value is given, promised to, or received by any person.

(3) "Financial harm" includes intimidation that brings about financial loss, criminal usury, or employment contracts that violate the Frauds Act.

(4) "Forced labor or services" means labor or

services that are performed or provided by another person and are obtained or maintained through:

(A) any scheme, plan, or pattern intending to cause or threatening to cause serious harm to any person;

(B) an actor's physically restraining or threatening to physically restrain another person;

(C) an actor's abusing or threatening to abuse the law or legal process;

(D) an actor's knowingly destroying, concealing, removing, confiscating, or possessing any actual or purported passport or other immigration document, or any other actual or purported government identification document, of another person;

(E) an actor's blackmail; or

(F) an actor's causing or threatening to cause financial harm to or exerting financial control over any person.

(5) "Labor" means work of economic or financial value.

(6) "Maintain" means, in relation to labor or services, to secure continued performance thereof, regardless of any initial agreement on the part of the victim to perform that type of service.

(7) "Obtain" means, in relation to labor or services, to secure performance thereof.

(8) "Services" means activities resulting from a relationship between a person and the actor in which the person performs activities under the supervision of or for the benefit of the actor. Commercial sexual activity and sexually-explicit performances are forms of activities that are "services" under this Section. Nothing in this definition may be construed to legitimize or legalize prostitution.

(9) "Sexually-explicit performance" means a live, recorded, broadcast (including over the Internet), or public act or show intended to arouse or satisfy the sexual desires or appeal to the prurient interests of patrons.

(10) "Trafficking victim" means a person subjected to the practices set forth in subsection (b), (c), or (d).

(b) Involuntary servitude. A person commits the offense of involuntary servitude when he or she knowingly subjects, attempts to subject, or engages in a conspiracy to subject another person to forced labor or services and:

(1) causes or threatens to cause physical harm to any person;

(2) physically restrains or threatens to physically restrain another person;

(3) abuses or threatens to abuse the law or legal process;

(4) knowingly destroys, conceals, removes, confiscates, or possesses any actual or purported passport or other immigration document, or any other actual or purported government identification document, of another person; or

(5) uses intimidation, or uses or threatens to cause financial harm to or exerts financial control over any person.

Sentence. Except as otherwise provided in subsection (e) or (f), a violation of subsection (b)(1) is a Class X felony, (b)(2) is a Class 1 felony, (b)(3) is a Class 2 felony, (b)(4) is a Class 3 felony, and (b)(5) is a Class 4 felony.

(c) Involuntary sexual servitude of a minor.

A person commits the offense of involuntary sexual servitude of a minor when he or she knowingly recruits, entices, harbors, transports, provides, or obtains by any means, or attempts to recruit, entice, harbor, provide, or obtain by any means, another person under 18 years of age, knowing that the minor will engage in commercial sexual activity, a sexually-explicit performance, or the production of pornography, or causes or attempts to cause a minor to engage in one or more of those activities and:

(1) there is no overt force or threat and the minor is between the ages of 17 and 18 years;

(2) there is no overt force or threat and the minor is under the age of 17 years; or

(3) there is overt force or threat.

Sentence. Except as otherwise provided in subsection (e) or (f), a violation of subsection (c)(1) is a Class 1 felony, (c)(2) is a Class X felony, and (c)(3) is a Class X felony.

(d) Trafficking in persons for forced labor or services.

A person commits the offense of trafficking in persons for forced labor or services when he or she knowingly: (1) recruits, entices, harbors, transports, provides, or obtains by any means, or attempts to recruit, entice, harbor, transport, provide, or obtain by any means, another person, intending or knowing that the person will be subjected to forced labor or services; or (2) benefits, financially or by receiving anything of value, from participation in a venture that has engaged in an act of involuntary servitude or involuntary sexual servitude of a minor.

Sentence. Except as otherwise provided in subsection (e) or (f), a violation of this subsection is a Class 1 felony.

(e) Aggravating factors.

A violation of this Section involving kidnapping or an attempt to kidnap, aggravated criminal sexual assault or an attempt to commit aggravated criminal sexual assault, or an attempt to commit first degree murder is a Class X felony.

(f) Sentencing considerations.

(1) Bodily injury.

If, pursuant to a violation of this Section, a victim suffered bodily injury, the defendant may be sentenced to an extended-term sentence under Section 5-8-2 of the Unified Code of Corrections. The sentencing court must take into account the time in which the victim was held in servitude, with increased penalties for cases in which the victim was held for between 180 days and one year, and increased penalties for cases in which the victim was held for more than one year.

(2) Number of victims. In determining sentences within statutory maximums, the sentencing court should take into account the number of victims, and may provide for substantially increased sentences in cases involving more than 10 victims.

(g) Restitution.

Restitution is mandatory under this Section. In addition to any other amount of loss identified, the court shall order restitution including the greater of (1) the gross income or value to the defendant of the victim's labor or services or (2) the value of the victim's labor as guaranteed under the Minimum Wage Law and overtime provisions of the Fair Labor Standards Act (FLSA) or the Minimum Wage Law, whichever is greater.

(h) Trafficking victim services. Subject to the availability of funds, the Department of Human Services may provide or fund emergency services and assistance to individuals who are victims of one or more offenses defined in this Section.

(i) Certification. The Attorney General, a State's Attorney, or any law enforcement official shall certify in writing to the United States Department of Justice or other federal agency, such as the United States Department of Homeland Security, that an investigation or prosecution under this Section has begun and the individual who is a likely victim of a crime described in this Section is willing to cooperate or is cooperating with the investigation to enable the individual, if eligible under federal law, to qualify for an appropriate special immigrant visa and to access available federal benefits. Cooperation with law enforcement shall not be required of victims of a crime described in this Section who are under 18 years of age. This certification shall be made available to the victim and his or her designated legal representative.

(j) A person who commits the offense of involuntary servitude, involuntary sexual servitude of a minor, or trafficking in persons for forced labor or services under subsection (b), (c), or (d) of this Section is subject to the property forfeiture provisions set forth in Article 124B of the Code of Criminal Procedure of 1963.

(Source: P.A. 96-710, eff. 1-1-10; incorporates 96-712, eff. 1-1-10; 96-1000, eff. 7-2-10.)

# EXHIBIT M

RECEIVED
JAN 31 2014
SAMUEL FIFER

# OFFICE OF THE SHERIFF

RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

January 24, 2014

Mr. Samuel Fifer
SNR Denton
233 South Wacker Drive, Suite 7800
Chicago, Illinois 60606-6306

Re: Backpage.com

Dear Mr. Fifer:

This letter is to request Backpage.com to respond to the enclosed ***Request for Information and Site Modification***. This request is made for the benefit and welfare of the citizens of Cook County and my continuing efforts to fight human trafficking.

Please respond to the ***Request for Information and Site Modification*** within 28 days of receipt of the document and direct any questions regarding this matter to John Somerville, (312) 497-6488.

Sincerely,

John Sommerville

enclosure

# Request for Information and Site Modification

This Request for Information and Site Modification is submitted to Backpage.com by Sheriff Tom Dart, Cook County, IL.

TERMS

1. Backpage.com is referred to as the "Site" or "Backpage.com".
2. Each answer should include information for the time periods: (a) weekly, for the last 52 weeks (b) monthly, for the last 12 months and (c) annually, for the last 3 years.

VOLUME OF ADS

1. How many ads were submitted to the Site?
2. How many ads were posted to the Site?
3. How many ads were submitted to the adult/escort section of the Site?
4. How many ads were posted to the adult/escort section of the Site?

STAFFING LEVELS

1. How many people are employed by the Site and are paid for working more than 40 hour per week?
2. How many people are employed by the Site and are paid for working between 20 and 39 hours per week?
3. How many people are employed by the Site and are paid for working less than 20 hours per week?
4. How many people are employed by the Site and are paid for working, specifically dedicated to the adult/escort section of the Site, more than 40 hour per week?
5. How many people are employed by the Site and are paid for working, specifically dedicated to the adult/escort section of the Site, between 20 and 39 hours per week?
6. How many people are employed by the Site and are paid for working, specifically dedicated to the adult/escort section of the Site, less than 20 hours per week?
7. Describe the education, training and experience of the people described above in questions 1, 2, 3, 4, 5 and 6 of STAFFING LEVELS.
8. Explain the following statement, found on Site at the Terms of Use/Release Section, regarding staffing levels: "We do not issue credits or refunds due to our extremely low rates and *minimal administrative staff*." Emphasis added

TERMS OF USE

Fees

The following questions relate to the Backpage.com, adult/escort, Terms of Use, Fees section:

"The Site may impose a fee on the posting of Content in certain areas of the Site"

a. How much, in U.S. dollars, has the Site imposed for posting ads to the adult/escort category of the Site?
b. How much, in U.S. dollars, has the Site imposed for posting ads in all other categories of the Site?

User Conduct

The following questions relate to the Backpage.com, adult/escort, Terms of Use, User Conduct section:

1. "Harassing, threatening, embarrassing or causing distress or discomfort upon another individual or entity or impersonating any other person or entity or otherwise restricting or inhibiting any other person from using or enjoying the Site." (paragraph 1 of User Conduct)

   a. How many accounts were terminated by your staff for conduct prohibited in paragraph 1 of User Conduct?
   b. How many accounts were blocked by your staff for conduct prohibited in paragraph 1 of User Conduct?
   c. How many accounts were disabled by your staff for conduct prohibited in paragraph 1 of User Conduct?
   d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 1 of User Conduct?
   e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 1 of User Conduct?
   f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 1 of User Conduct?
   g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 1 of User Conduct?
   h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 1 of User Conduct?
   i. How many times was Content removed from the Site for conduct prohibited in paragraph 1 of User Conduct?
   j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 1 of User Conduct?

k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 1 of User Conduct?

l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 1 of User Conduct?

2. "Transmitting any information, data, text, files, links, software, chats, communication or other materials that is unlawful, false, misleading, harmful, threatening, abusive, invasive of another's privacy, harassing, defamatory, vulgar, obscene, hateful or racially or otherwise objectionable, including without limitation material of any kind or nature that encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, provincial, national, or international law or regulation, or encourage the use of controlled." (paragraph 2 of User Conduct)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 2 of User Conduct?

b. How many accounts were blocked by your staff for conduct prohibited in paragraph 2 of User Conduct?

c. How many accounts were disabled by your staff for conduct prohibited in paragraph 2 of User Conduct?

d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 2 of User Conduct?

e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 2 of User Conduct?

f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 2 of User Conduct?

g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 2 of User Conduct?

h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 2 of User Conduct?

i. How many times was Content removed from the Site for conduct prohibited in paragraph 2 of User Conduct?

j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 2 of User Conduct?

k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 2 of User Conduct?

l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 2 of User Conduct?

3. "Posting advertising or solicitation in categories that is not appropriate, or posting the same item or service in more than one category or more than once every 7 days, or posting the same ad in multiple cities on the Site." (paragraph 3 of User Conduct)

   a. How many accounts were terminated by your staff for conduct prohibited in paragraph 3 of User Conduct?
   b. How many accounts were blocked by your staff for conduct prohibited in paragraph 3 of User Conduct?
   c. How many accounts were disabled by your staff for conduct prohibited in paragraph 3 of User Conduct?
   d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 3 of User Conduct?
   e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 3 of User Conduct?
   f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 3 of User Conduct?
   g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 3 of User Conduct?
   h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 3 of User Conduct?
   i. How many times was Content removed from the Site for conduct prohibited in paragraph 3 of User Conduct?
   j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 3 of User Conduct?
   k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 3 of User Conduct?
   l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 3 of User Conduct?

4. "(a) Posting adult content or explicit adult material unless: (i) such material is specifically permitted in designated adult categories and permitted under applicable federal, state, and local law; and (ii) you are at least 18 years of age or older and not considered to be a minor in your state of residence;
   (b) Posting, anywhere on the Site, obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts, as determined in the sole discretion of backpage.com;
   (c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;
   (d) Posting any material on the Site that exploits minors in any way;

(e) Posting any material on the Site that in any way constitutes or assists in human trafficking." (paragraph 4 of User Conduct)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 4 of User Conduct?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 4 of User Conduct?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 4 of User Conduct?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 4 of User Conduct?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 4 of User Conduct?
f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 4 of User Conduct?
g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 4 of User Conduct?
h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 4 of User Conduct?
i. How many times was Content removed from the Site for conduct prohibited in paragraph 4 of User Conduct?
j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 4 of User Conduct?
k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 4 of User Conduct?
l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 4 of User Conduct?

5. "Posting any ad for products or services, use or sale of which is prohibited by any law or regulation." (paragraph 5 of User Conduct)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 5 of User Conduct?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 5 of User Conduct?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 5 of User Conduct?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 5 of User Conduct?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 5 of User Conduct?

f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 5 of User Conduct?
g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 5 of User Conduct?
h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 5 of User Conduct?
i. How many times was Content removed from the Site for conduct prohibited in paragraph 5 of User Conduct?
j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 5 of User Conduct?
k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 5 of User Conduct?
l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 5 of User Conduct?

6. "Using the Site to engage in or assist another individual or entity to engage in fraudulent, abusive, manipulative or illegal activity." (paragraph 16 of User Conduct)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 16 of User Conduct?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 16 of User Conduct?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 16 of User Conduct?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 16 of User Conduct?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 16 of User Conduct?
f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 16 of User Conduct?
g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 16 of User Conduct?
h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 16 of User Conduct?
i. How many times was Content removed from the Site for conduct prohibited in paragraph 16 of User Conduct?
j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 16 of User Conduct?
k. How many times has the Site removed, moved, refused, edited or deleted Content for conduct prohibited in paragraph 16 of User Conduct?

l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 16 of User Conduct?

POSTING RULES

The following questions relate to the Backpage.com, adult/escort, Posting Rules section:

1. "I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia, actual or simulated sexual acts or naked images." (paragraph 1 of Posting Rules)

   a. How many accounts were terminated by your staff for conduct prohibited in paragraph 1 of Posting Rules?
   b. How many accounts were blocked by your staff for conduct prohibited in paragraph 1 of Posting Rules?
   c. How many accounts were disabled by your staff for conduct prohibited in paragraph 1 of Posting Rules?
   d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 1 of Posting Rules?
   e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 1 of Posting Rules?
   f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 1 of Posting Rules?
   g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 1 of Posting Rules?
   h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 1 of Posting Rules?
   i. How many times was Content removed from the Site for conduct prohibited in paragraph 1 of Posting Rules?
   j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 1 of Posting Rules?
   k. How many times has the Site removed Content for conduct prohibited in paragraph 1 of Posting Rules?
   l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 1 of Posting Rules?

2. "I will not post any solicitation directly or in "coded" fashion for any illegal service, including exchanging sexual favors for money or other valuable consideration." (paragraph 2 of Posting Rules)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 2 of Posting Rules?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 2 of Posting Rules?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 2 of Posting Rules?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 2 of Posting Rules?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 2 of Posting Rules?
f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 2 of Posting Rules?
g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 2 of Posting Rules?
h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 2 of Posting Rules?
i. How many times was Content removed from the Site for conduct prohibited in paragraph 2 of Posting Rules?
j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 2 of Posting Rules?
k. How many times has the Site removed Content for conduct prohibited in paragraph 2 of Posting Rules?
l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 2 of Posting Rules?

3. "I will not post any material on the Site that exploits minors in any way." (paragraph 3 of Posting Rules)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 3 of Posting Rules?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 3 of Posting Rules?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 3 of Posting Rules?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 3 of Posting Rules?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 3 of Posting Rules?

f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 3 of Posting Rules?
g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 3 of Posting Rules?
h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 3 of Posting Rules?
i. How many times was Content removed from the Site for conduct prohibited in paragraph 3 of Posting Rules?
j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 3 of Posting Rules?
k. How many times has the Site removed Content for conduct prohibited in paragraph 3 of Posting Rules?
l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 3 of Posting Rules?

4. "I will not post any material on the Site that in any way constitutes or assists in human trafficking." (paragraph 4 of Posting Rules)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 4 of Posting Rules?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 4 of Posting Rules?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 4 of Posting Rules?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 4 of Posting Rules?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 4 of Posting Rules?
f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 4 of Posting Rules?
g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 4 of Posting Rules?
h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 4 of Posting Rules?
i. How many times was Content removed from the Site for conduct prohibited in paragraph 3 of Posting Rules?
j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 4 of Posting Rules?
k. How many times has the Site removed Content for conduct prohibited in paragraph 4 of Posting Rules?

l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 4 of Posting Rules?

5. "I am at least 18 years of age or older and not considered to be a minor in my state of residence." (paragraph 5 of Posting Rules)

a. How many accounts were terminated by your staff for conduct prohibited in paragraph 5 of Posting Rules?
b. How many accounts were blocked by your staff for conduct prohibited in paragraph 5 of Posting Rules?
c. How many accounts were disabled by your staff for conduct prohibited in paragraph 5 of Posting Rules?
d. How many reports were made, using abuse@backpage.com, for conduct prohibited in paragraph 5 of Posting Rules?
e. How many reports were made, using "Report this Ad" link, for conduct prohibited in paragraph 5 of Posting Rules?
f. How many reports were made by your staff to the Cyber Tipline, in accordance with Title 18 U.S.C. 2258A, for conduct prohibited in paragraph 5 of Posting Rules?
g. How many subpoenas, referencing a Cyber Tipline Report number, did your staff respond to for conduct prohibited in paragraph 5 of Posting Rules?
h. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 5 of Posting Rules?
i. How many times was Content removed from the Site for conduct prohibited in paragraph 5 of Posting Rules?
j. How many users were permanently banned from posting ads or using the Site for conduct prohibited in paragraph 5 of Posting Rules?
k. How many times has the Site removed Content for conduct prohibited in paragraph 5 of Posting Rules?
l. How many users attempted to use the Site after being terminated for conduct prohibited in paragraph 5 of Posting Rules?

DISCLAIMER

The following questions relate to the Backpage.com, adult/escort, Disclaimer section:

1. "I agree to report any illegal services or activities which violate the Terms of Use." (Disclaimer#1)

a. How many reports has the Site received pursuant to Disclaimer #1?
b. How many reports has your staff made pursuant to Disclaimer #1?

2. "I also agree to report suspected exploitation of minors and/or human trafficking to the appropriate authorities." (Disclaimer #2)

   a. How many reports have been made pursuant to Disclaimer #2?

PRIVACY POLICY

The following questions relate to the Backpage.com, adult/escort, Privacy Policy section:

Disclosure in Special Circumstances

"We may disclose also your name, email address, or other information about you, including personal information, if (i) required to do so by law, court order or subpoena, or as requested by other government, law enforcement, or investigative authority, (ii) we in good faith believe that such disclosure is necessary or advisable, including without limitation to protect the rights or properties of the Site, (iii) we have reason to believe that disclosing your personal information is necessary to identify, contact or bring legal action against someone who may be causing interference with our rights or properties, or has breached an agreement, or if anyone else could be harmed by such activities or interference, (iv) if we determine an ad posted violates our Terms of Use or the rights of a third party, or (v) there is an emergency involving personal danger. We may also provide information about you if we believe it is necessary to share information in order to investigate, prevent or take action regarding illegal activities, suspected fraud, situations involving potential threats to the physical safety of any person, or as otherwise required or permitted by law." (Disclosure in Special Circumstances)

a. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when required by law, court order or subpoena pursuant to Disclosure in Special Circumstances?
b. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when requested by other government, law enforcement, or investigative authority pursuant to Disclosure in Special Circumstances?
c. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when you in good faith believe that such disclosure is necessary or advisable, including without limitation to protect the rights or properties of the Site pursuant to Disclosure in Special Circumstances?
d. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when you have reason to believe that disclosing your personal information is necessary to identify, contact or bring legal action against someone who may be causing interference with your rights or properties, or has breached an agreement, or if anyone else could be harmed by such activities or interference pursuant to Disclosure in Special Circumstances?

e. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when determine an ad posted violates our Terms of Use or the rights of a third party pursuant to Disclosure in Special Circumstances ?
f. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when there is an emergency involving personal danger pursuant to Disclosure in Special Circumstances?
g. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when you believed it is necessary to share information in order to investigate, prevent or take action regarding illegal activities, suspected fraud, and situations involving potential threats to the physical safety of any person pursuant to Disclosure in Special Circumstances?
h. How many times has the Site disclosed a user name, email address, or other information of the user, including personal information when you were otherwise required or permitted by law pursuant to Disclosure in Special Circumstances?
i. How many times did the Site disclose account information voluntarily to law enforcement?

"LAW ENFORCEMENT FRIENDLY"

Describe how the Site is "law enforcement friendly".

## SITE MODIFICATION

The following requests are made for Site Modification in the adult/escort section:

1. Require an electronic or physical signature of the person posting an ad.
2. Require a Statement by User, made under penalty of perjury, to abide by Terms of Use.
3. Require a photo of User at the time ads are placed.
4. Respond to law enforcement Request for Information submitted on letterhead.
5. Require User to waive confidentiality and agree that information can be shared with law enforcement.
6. Require User to pay fees with major credit card.

# EXHIBIT A

# JOINT STATEMENT

craigslist, the Attorneys General listed below, and the National Center for Missing and Exploited Children ("NCMEC"), announce new measures that craigslist is taking to help combat unlawful activity and improve public safety on its web site.

This agreement culminates a series of discussions and in person meetings between Jim Buckmaster, CEO of craigslist, Richard Blumenthal, Attorney General of the State of Connecticut, and NCMEC.

craigslist is a popular internet classifieds service that provides the public with many benefits. Like all communication tools, it can unfortunately be misused to facilitate unlawful activity.

craigslist has a long record of implementing measures to prevent misuse of its web site, assisting law enforcement investigations, and of improving safety for craigslist users. Law enforcement personnel have called craigslist's attention to misuse of craigslist's "erotic services" category to facilitate unlawful activity. This problem requires new safeguards for craigslist and new ways of working together with law enforcement. Further innovation and collaboration in addressing these issues will be beneficial for the safety of craigslist users and the general public. Accordingly, craigslist, the Attorneys General, and NCMEC, announce the following measures for combating unlawful activity and improving public safety on craigslist:

## I. DIGITAL TAGGING, COMMUNITY FLAGGING, ELECTRONIC SCREENING

- craigslist has implemented a community self-policing program which allows users to "flag" a posting the user believes violates the terms of use, including the prohibition against pornography. The objectionable posting is eliminated automatically if it receives above a threshold number of flags.
- craigslist uses electronic screening to block certain advertisements that craigslist believes will violate its Terms of Use before they are posted.
- craigslist digitally tags adult sections of the site using industry standard PICS rating headers to facilitate the effectiveness of PC-based parental screening software.

## II. TELEPHONE VERIFICATION

- craigslist has implemented a telephone verification system for the "erotic services" section of the site requiring any person seeking to post an advertisement to provide a working telephone number.
- Telephone verification enables craigslist to permanently block the phone number of any person posting unlawful or inappropriate advertisements.

## III. CREDIT CARD VERIFICATION AND FEE TO POST

- craigslist plans to implement credit card verification and fee to post for its "erotic services" category. Persons wishing to post ads in this category will be required to pay a fee using a valid credit card.
- Credit card verification and fee to post will reduce ad volume significantly, and encourage more responsible usage.

- Credit Card verification provides additional identifying information that will enable craigslist to block the accounts of persons who violate craigslist's terms of use.

- credit card information would be available to law enforcement agencies through a subpoena process.

- craigslist plans to contribute 100% of the net revenues from these advertisements to charity. A public accounting firm will verify the net revenue amounts.

## IV. LEGAL ACTION AGAINST SPAM OPERATORS

- Misuse of craigslist is facilitated by companies providing spamming, posting, and/or flagging services. These businesses seek financial profit by providing services and/or software that circumvent craigslist's terms of use and defense mechanisms or facilitate circumvention by other persons.

- craigslist has initiated (or will soon initiate) lawsuits against a number of these companies that violate craigslist's terms of use (or facilitate the violation of craigslist's terms of use by others).

- craigslist will provide evidence of unlawful activity by these operators to the Attorneys General for potential prosecution.

## V. COOPERATION WITH LAW ENFORCEMENT

- craigslist has developed search capabilities that enhance its ability to assist NCMEC and law enforcement agencies to locate missing persons, and identify exploited minors and victims of human trafficking.

- craigslist is continuing its development efforts in this area to further enhance its ability to assist law enforcement NCMEC and even social welfare agencies in their efforts to protect children from this type of victimization.

- craigslist will cooperate with law enforcement utilizing the subpoena process.

## VI. HUMAN TRAFFICKING AND CHILD EXPLOITATION AWARENESS

- craigslist is visited by more than 40 million Americans each month, generating more than 12 billion monthly page views. Information presented by craigslist can help raise awareness among Americans regarding the enormous suffering caused by human trafficking and the exploitation of minors in this country.

- craigslist, the Attorneys General, and NCMEC will work together to further refine and improve educational materials that are currently available on craigslist.

## VII. FUTURE EFFORTS

- craigslist and the Attorneys General will meet on a regular basis to discuss design and functionality improvements to combat unlawful activity and improve safety on its web site.

- craigslist will explore the implementation and use of technology that prevents image uploads likely to violate its terms of use.
- craigslist will work with the Attorneys General to develop more robust electronic screening of language used in craigslist postings.

Jim Buckmaster
President and Chief Executive Officer
craigslist, Inc.

Ernie Allen
President and Chief Executive Officer
National Center for Missing and Exploited Children

Richard Blumenthal
Attorney General of Connecticut

Terry Goddard
Attorney General of Arizona

Dustin B. McDaniel
Attorney General of Arkansas

John W. Suthers
Attorney General of Colorado

Richard S. Gebelein
Acting Attorney General of Delaware

Peter J. Nickles
Attorney General of the District of Columbia

Thurbert E. Baker
Attorney General of Georgia

Alicia G. Limtiaco
Attorney General of Guam

Mark J. Bennett
Attorney General of Hawaii

Lawrence G. Wasden
Attorney General of Idaho

Lisa Madigan
Attorney General of Illinois

Stephen Carter
Attorney General of Indiana

Tom Miller
Attorney General of Iowa

Steve Six
Attorney General of Kansas

Jack Conway
Attorney General of Kentucky

James D. "Buddy" Caldwell
Attorney General of Louisiana

Steven Rowe
Attorney General of Maine

Douglas F. Gansler
Attorney General of Maryland

Jim Hood
Attorney General of Mississippi

Mike McGrath
Attorney General of Montana

Jon Bruning
Attorney General of Nebraska

Catherine Cortez Masto
Attorney General of Nevada

Kelly A. Ayotte
Attorney General of New Hampshire

Anne Milgram
Attorney General of New Jersey

Gary King
Attorney General of New Mexico

Roy Cooper
Attorney General of North Carolina

Wayne Stenehjem
Attorney General of North Dakota

Nancy H. Rogers
Attorney General of Ohio

Drew Edmondson
Attorney General of Oklahoma

Hardy Myers
Attorney General of Oregon

Tom Corbett
Attorney General of Pennsylvania

Patrick C. Lynch
Attorney General of Rhode Island

Henry McMaster
Attorney General of South Carolina

Lawrence E. Long
Attorney General of South Dakota

Robert E. Cooper, Jr.
Attorney General of Tennessee

Mark L. Shurtleff
Attorney General of Utah

William H. Sorrell
Attorney General of Vermont

Vincent F. Frazer
Attorney General of the Virgin Islands

Robert F. McDonnell
Attorney General of Virginia

Rob McKenna
Attorney General of Washington

Darrell V. McGraw, Jr.
Attorney General of West Virginia

J. B. Van Hollen
Attorney General of Wisconsin

Bruce A. Salzburg
Attorney General of Wyoming

# EXHIBIT B

# craigslist blog

# MYSTIFIED BY COOK COUNTY SHERIFF

By Jim Buckmaster
**Cites Record of Cooperation with Illinois Law Enforcement**

**San Francisco, CA – March 6, 2009** – "Frankly, Sheriff Dart's actions mystify me," said craigslist CEO Jim Buckmaster, referencing the private civil suit filed against the online service yesterday by the Cook County (Illinois) Sheriff.

Buckmaster explained that "in mid and late 2007 we had very positive communications with the Cook County Sheriff's Department, in which we explained how "erotic services (http://www.craigslist.org/about/erotic_services_FAQ)" came to be, the purposes it is intended to serve, and the statutes that support our right to operate as we do.

"Since then, we have not only initiated multiple new measures to further reduce misuse of our website by anyone intending criminal activity, we also reached an agreement with 40 state attorneys-general, including Illinois Attorney General Lisa Madigan, about an enforcement plan designed to protect the public from those who would misuse our site."

And yet, inexplicably, Sheriff Dart apparently bypassed the Illinois Attorney General's office, and filed this complaint through a private law firm.

"As our counsel explained to Sheriff Dart's Department in 2007, craigslist cannot be held liable as a matter of clear federal law for content submitted to the site by our users." Buckmaster pledged to defend vigorously the lawsuit brought by the Sheriff.

Buckmaster further pledged craigslist's continuing commitment to helping law enforcement officers nationwide locate and rescue victims and put criminals in jail. "We assist police forces all over the country, including members of Sheriff Dart's department," says Buckmaster. "The vast majority seem to understand that craigslist is part of the solution when it comes to combating terrible crimes like human trafficking and child exploitation."

"They know and appreciate that we are working very hard to eliminate misuse of our site and provide assistance with their investigations, and for that understanding we are very grateful."

This entry was posted on March 6, 2009 at 12:00 am and is filed under Government, Harrassment, Law Enforcement, Legal, People. You can follow any responses to this entry through the RSS 2.0 feed. Both comments and pings are currently closed.

The Kubrick Theme. Blog at WordPress.com.
Entries (RSS) and Comments (RSS).

Follow

## Follow "craigslist blog"

Build a website with WordPress.com

# EXHIBIT D

# Online prostitution battle shifts from Craigslist to 'copycat' sites, police say

April 20, 2011

Recommend 1 Tweet 0

1099 g+1 0

When Craigslist agreed to remove the "adult services" section from its online classifieds six months ago, it was a victory of sorts for authorities who claimed the popular website was a haven for sex workers, johns and even human traffickers.

But victory was fleeting. Within hours, similar ads were multiplying on copycat sites, and now prostitution arrests involving those new sites are on the rise. In the Chicago area, authorities have focused on Backpage.com as the new battleground, said a spokesman for Cook County Sheriff Tom Dart.

Chapter 7 Means Test

chapter7.com

Determine If Chapter 7 Is an Option for You, Complete a Free Evaluation

"Virtually the same day that Craigslist shut down its adult services section, our vice officers saw a nearly complete migration of adult services ads from Craigslist to Backpage," said Steve Patterson.

The site appears to have many similar features, including an "Adult" section with a link to "escorts," where dozens of ads appear to offer sexual experiences in Chicago and the suburbs.

Backpage.com said it has invested millions of dollars to add new screening tools and hire 120 employees to look for illegal ads.

"Our goal is to deter illegal conduct while maintaining a robust classified ad system," an official said.

*— Jason Meisner (http://bio.tribune.com/JasonMeisner)*

# EXHIBIT E

Search Twitter

Have an account? Log in



**Tom Dart**
@TomDart

Follow

# Backpage is a conduit to criminality articles.chicagotribune.com/2014-01-30/new...

RETWEET
1



10:29 AM - 1 Feb 2014

## New to Twitter?

Sign up now to get your own personalized timeline!

Sign up

© 2015 Twitter About Help Ads info

# EXHIBIT F

# Kirk joins Cook officials in push to fight Internet sex trade

March 24, 2014 | By Juan Perez Jr | Tribune reporter

Recommend 18 Tweet 4

181 +1 0

U.S. Sens. Mark Kirk and John Cornyn joined top Cook County law enforcement officials to endorse a Senate bill intended to target the Internet sex trade.

The Republicans met with Cook County State's Attorney Anita Alvarez and Sheriff Tom Dart in Kirk's office Monday, promoting legislation to wield federal racketeering laws against website operators that sell or promote ads that facilitate sex crimes.

Public Arrest Records
records.instantcheckmate....
1. Enter a Name & Search for Free. 2. View Background Check Instantly.

Credit Karma™
creditkarma.com
View Your 100% Free Credit Report. No Hidden Charges. Free Forever.

Specifically, Kirk and Dart took direct aim at Backpage.com, an online classified ad service they accused of enabling crimes involving prostitution and sex trafficking.

Kirk called Jim Larkin and Michael Lacey, Backpage's owners, "my two least favorite Americans" while likening the pair to "modern-day slave masters."

"As citizens of Illinois, we have a special moral obligation to make sure that modern-day slavery has no place in the state of Illinois (and) to make sure that involuntary servitude is not part of this state's experience," Kirk said.

Backpage.com could not be immediately reached for comment.

Prospects for the Justice for Victims of Trafficking Act are unclear. Kirk said 14 senators have signed onto the effort, but the bill must pass through a committee process that Cornyn said has other priorities before it can reach a

The legislation must also navigate through thorny free speech concerns and debate over the role of the Internet. Federal law currently protects web operators from liability for what people post on their sites.

But officials said the proposed law would also fund local efforts to support victims of sex crimes, while providing an avenue to seize assets of those who profit off the controversial websites.

Sex trafficking, Alvarez said, is already an problem that exhibits a deep impact across the city and state.

"So it's important that we focus and look for more resources to help the people who are true victims of this horrific crime," she said.

"Most of the victims that we encounter are recruited, they're seduced into this life by experienced predators. And they prey on the vulnerabilities of poverty and homelessness."

Dart said Backpage has emerged as the "pre-eminent" website for prostitution and sex trafficking after Craigslist officials bowed to legal pressure and stopped accepting ads for erotic services.

But provisions in the Communications Decency Act prevent law enforcement from targeting sites such as Backpage, Dart said.

"Time in and time out, when we've attempted to go after them, we have been faced with the Decency Act -- or so it's called -- as the reason why we can't shut them down," Dart said.

Public Arrest Records

persopo.com

Enter Name & State And View Arrest Records Instantly

"We have been pulling our hair out, saying this is a losing battle," he said, adding that the sheriff's office is involved in nearly 600 criminal cases involving the website.

"They know their site is being used for this. They do not care. They don't care," he said.

Cornyn said the legislation could serve as a "confidence building" exercise that could gain bipartisan support and assure balance between free-expression concerns and targeting criminal acts.

"I don't know why this has to become a zero-sum game," Cornyn said. "People have the attitude (that), 'Well, you have to be for free and open Internet or you have to be for sexual slavery and modern-day human trafficking.' I don't agree with that.

interfering with the ability of people to use these modes of communication for perfectly legitimate purposes."

*jjperez@tribune.com (mailto:jjperez@tribune.com)* | ***Twitter:*** *@PerezJr (https://twitter.com/PerezJr)*

Chapter 7 Review (Free)

chapter7.com

Wipe Out Debt, Keep What You Have. Get a Free Bankruptcy Evaluation.

**See Also**

1. **Megan's Law Public**
2. **Traffic Law**
3. **Top Penny Stocks**
4. **Best Bond Funds**
5. **High Yield Bonds**
6. **Highest Dividend Stocks**
7. **Multibagger Penny Stocks**
8. **Best Gold Stocks**
9. **Best Stock Picks**
10. **Downturn Stocks to**

**Featured Articles**



TV pitchman Kevin Trudeau sentenced to 10 years in prison (/2014-03-17/business/chi-kevin-trudeau-sentenced-20140317_1_kevin-trudeau-global-information-network-guzman)



Attorney convicted in slaying of Eddy Curry's ex-girlfriend, baby daughter (/2013-02-13/news/chi-chicago-attorney-convicted-in-slaying-of-eddy-currys-exgirlfriend-infant-daughter-20130212_1_nova-henry-south-loop-town-frederick-goings)



Life Skill #201: Washing a baseball cap (/2013-08-06/features/sc-fam-0806-lifeskill-wash-cap-20130806_1_hat-brim-wool)

# EXHIBIT G

July 17, 2015

Kim Bellware Become a fan
kim.bellware@huffingtonpost.com

# Credit Card Companies Abandon Backpage.com Over Sex Trafficking Complaints

Posted: 07/01/2015 12:48 pm EDT | Updated: 07/01/2015 1:59 pm EDT




CHICAGO -- Major credit card companies, including American Express, Visa and MasterCard, will no longer let their cards be used to purchase adult ads on Backpage.com, a popular and controversial classified-ads site that critics say serves as a hub for sex trafficking and exploitation.

Cook County Sheriff Tom Dart, a longtime and vocal opponent of Backpage's adult services business, sent letters to the credit card companies earlier this week. Dart will publicly announce the call to action during a press conference in Chicago on Wednesday.

"Backpage has significantly lowered the barrier to entry for would-be sex traffickers, giving them easy access to millions of johns while cloaking them in anonymity and putting all risk on the shoulders of their victims," Dart said in a statement. "Raising that barrier will lead to less would-be sex traffickers entering the business as well as less victims."

Dart's office had previously reached out to American Express, which already complied. Visa and MasterCard confirmed to The Huffington Post on Tuesday that they have also dropped Backpage.

"MasterCard has rules that prohibit our cards from being used for illegal or brand-damaging activities," said Seth Eisen, MasterCard's external communications leader, in an email to HuffPost. "When the activity is confirmed, we work with the merchant's bank to resolve the situation. Based on a request from the Cook County Sheriff's Office, we contacted Backpage's acquiring bank about the issue. They have advised us that they are terminating acceptance at this time."

Fighting sex trafficking and child exploitation has for years been a major focus of Dart's department. In 2009, Dart sued Craigslist in an effort to have the popular site remove its adult services ads. Since 2011, his team has worked with sheriff's departments nationwide for the National Day of Johns Arrests initiative, a high-profile sting of pimps and prostitution customers that coincides with the Super Bowl.

"I'm pretty happy with how fast the response was. The civic responsibility shown by the companies is really fantastic," Dart told HuffPost on Wednesday, adding, "I guess I've been so tainted with having to deal with Backpage and the responses from them that I'm used to things taking a long time."

Dart said he didn't know exactly when the credit card companies will remove their logos and service from Backpage. But, he said, "I'm under the distinct impression it'll be very quick."

With American Express, Visa and Mastercard all agreeing to stop processing payments for Backpage, anyone who wants to place an adult services ad on the site will have to pay with the cryptocurrency bitcoin.

Backpage was spun off in 2012 from Village Voice Media, which publishes the New York City alt-weekly the Village Voice. That move came after years of pressure for online classifieds sites to scrub their listings of dubious "adult services" and escort listings. When Craigslist shuttered its lucrative adult services section in 2010, much of the business then jumped to Backpage.

The website now does approximately $9 million a month in revenue, according to Cook County Sheriff's Department spokesman Ben Breit, who told HuffPost the figure was "a very conservative estimate."

"Our researchers put the number at about 1.4 million adult ads published in the U.S., in April alone," Breit said.

The website's finances are difficult to trace, and Backpage did not respond to multiple requests for comment about its financials and about the Cook County Sheriff's Department's efforts to wipe out its payment options.

The compliance of the credit cart companies marks a rare victory for law enforcement and other officials fighting Backpage's adult services section.

In 2013, the National Association of Attorneys General asked Congress to amend the Communications Decency Act (CDA) of 1996 to empower state and local governments to investigate and prosecute online classified-ads sites that were proven to promote prostitution and child sex trafficking.

The American Civil Liberties Union called the effort "misguided" and argued that it would "cripple" free speech. The law was left unchanged.

In 2014, two alleged victims of child sex trafficking in Massachusetts sued Backpage, claiming that it had assisted in their abuse and exploitation. The alleged victims, who said they were 15 when they began to be trafficked by pimps, said they were sold a combined 1,900 times between the ages of 15 and 17.

Earlier this year, a judge dismissed the suit, noting that the site is protected under the CDA.

After the legislative and litigious efforts failed, Breit said the Cook County sheriff's office finally looked to the financial route.

"We needed to come up with an out-of-the-box idea," Breit said. "A lot of this would simply not be possible if Visa and MasterCard would say 'no more.'"

When they hit upon that realization, Breit said they moved "full speed ahead" and devoted a team to working "almost full-time" on the effort.

"Everyone was kind of surprised no one had thought of it," he said. "Everyone who has been working to fight Backpage, they've been, frankly, used to disappointment. They were waiting for the other shoe to drop -- and it didn't."

MORE: Sex Trafficking Backpage Backpage.com Backpage Sex Trafficking Cook County Sheriff's Department Backpage Tom Dart Backpage Sheriff Tom Dart backpage.com Communications Decency Act Backpage

## Conversations

**18 comments** Add a comment



Jane Tow · Top Commenter · Reclining with a fatty at Space Mountain

Ladies depend on BP for their income, I hope this doesn't push more women out to the streets.

Reply · Like · 10 · Follow Post · July 1 at 4:55pm



Blaine Holloway · Top Commenter

they love to use trafficking as the smokescreen but I'm sure that is a very tiny percentage of the business. Why is a Sheriff in Illinois driving this?

Reply · Like · 1 · July 2 at 2:29am



Jacks Steals

I already have a friend who was using Bitcoin to place ads on Backpage because her bank kept blocking the charges via her checkcard. Using Bitcoin to pay for something really isn't any harder than using Paypal if you use a service like Coinbase or Circle which links directly to your checking account the same way Paypal does.

Reply · Like · 1 · July 2 at 8:46am



Alwin Roe · Top Commenter

Blaine Holloway Why wouldn't the Crook County Sheriff drive this? Civil liberties are null and void there.

Reply · Like · July 3 at 8:33pm

View 3 more



Jordan Bryant · Illinois State University

As Sofia and the others here seem to agree, removing traceable payments and forcing prostitutes use to use cash endangers them should there be an actual crime committed. Prostitution should not be a crime. MasterCard, Visa, Cook County and

Mass Media are not helping to protect victims by removing traceable identification information, yet they may worsen our society's problems by driving these issues back into the shadows through policing and sex guilt. Trafficking and prostitution are different. It's the War on Sex or the War on Drugs or the War on Marriage...make sure you are helping! That's your job!

Reply · Like · 2 · Follow Post · July 8 at 9:14am



Ari A. Rosenberg

This is a good thing. Bitcoin will give people a lot more financial freedom as it gets easier to use and easier to buy.

I bought my first bitcoin off a peer to peer market called Paxful. I didn't want to go through the hassle of id and wait 5 days like some of the other places like circle made me wait. I found a seller on paxful and they walked me through the whole process in a instant messaging chat. Was a welcome experience.

Looking back I paid a bit more but it was more than worth it to get them fast and get the hand holding. I still go back to that guy for coins. here is his profile and bitcoin offers https://paxful.com/user/wolfgangx

Reply · Like · 1 · Follow Post · July 2 at 11:25pm



Alwin Roe · Top Commenter

That's a new one...

Reply · Like · July 3 at 8:38pm



Sue Mama-bear · Victoria, British Columbia

Banks have only just shot themselves in the foot. Their aim is to coerce Backpage to shut down the adult ads sites but history just repeats itself. Private prepaid cards will do the trick. ie 'paysafecard" which goes through untraceable Private Swiss banks account. Now lets' see who do you think will be the owner of all those millions of dollars put into Swiss accounts that could have gone into our own communities through taxes... ORGANIZED CRIME. Who do you think heads trafficking operations.... ORGANIZED CRIME. so all the bank did was force the adult entertainment industry to support the traffickers and not the alternative government organized crime. When a choice has to be made and the Service Provider/escorts are being treated like criminals then why not choose the bad criminal to give their money to. The banks won't stop anything as the industry will just pull together. We should be operating like many Eastern Europe countries like Romania where prostitution is legal, brothels are legal but Pimping is ILLEGAL.

Reply · Like · Follow Post · July 8 at 11:28am



David M Laz · Top Commenter · Illinois Benedictine College

Gee. I thought the whole idea of being pro choice is that is "My body and I can choose what to do with it" Why does that not apply to choosing to use one's body to obtain income for supplying sexual services?

Reply · Like · Follow Post · July 4 at 10:28pm



Sofia Mar

I'm an escort in my 30's (aka: prostitute) who has been posting on backpage for a few years now. I'm fully independent, not controlled by anyone and love my job. Yes, you heard it here: I LOVE being an escort. So we can't use visa or MasterCard anymore to pay for our ads, what a pity. Pity because law enforcement could trace anyone using a credit card when posting an ad. Instead backpage is only accepting bitcoin now. Any pimp using bitcoin is IMPOSSIBLE to trace. So this new measure instead of helping vulnerable women is going to do the opposite: put them in a much more dangerous and risky place because pimps now will be impossible to trace with bitcoin. Congratulations visa and MasterCard for making the world a much more unsafe place for women and children.

Reply · Like · 2 · Follow Post · July 7 at 2:05pm

Facebook social plugin

Huffington Post Search

Advertise | Log In | Make HuffPost Your Home Page | RSS | Careers | FAQ

User Agreement | Privacy | Comment Policy | About Us | About Our Ads | Contact Us

Copyright ©2015 TheHuffingtonPost.com, Inc. | "The Huffington Post" is a registered trademark of TheHuffingtonPost.com, Inc. All rights reserved.

Part of HuffPost Business - AOL Money & Finance

# EXHIBIT H

# **Under pressure, MasterCard stops doing business with** Backpage.com

Aamer Madhani, USA TODAY *9:02 a.m. EDT July 1, 2015*




*(Photo: Mark Lennihan, AP)*

CHICAGO -- Under pressure from the sheriff of the second largest county in the USA, MasterCard announced on Tuesday that it will cease doing business with the online classified portal Backpage.com.

The web site has long been the target of politicians and law enforcement officials, who charge that the site has provided a cloak of anonymity for pimps and provided unnecessary ease for johns who use the site to arrange meetings with prostitutes.

Despite the outrage, efforts to effectively shame or pass legislation to force the Texas-headquartered, Dutch-owned company to shut down its adult advertising have been unsuccessful.

Frustrated, Cook County Sheriff Tom Dart decided he would try to put pressure on the credit card companies, which are essential to Backpage's lifeline.

Dart wrote to the top executives of MasterCard and Visa on Monday and called on the credit card companies to cease processing transactions of adult services ads from the company. The web site also includes plenty of legitimate listings, from people looking to rent apartments, sell a car or advertise a job opening.

"MasterCard has rules that prohibit our cards from being used for illegal or brand-damaging activities," MasterCard spokesman Seth Eisen said in a statement. "When the activity is confirmed, we work with the merchant's bank to resolve the situation. Based on a request from the Cook County Sheriff's Office, we contacted Backpage's acquiring bank about the issue. They have advised us that they are terminating acceptance at this time."

American Express stopped doing business with Backpage earlier this year, said spokeswoman Sanette Chao. She declined to detail why the credit card company decided to end the relationship.

Visa did not immediately respond to requests for comment.

The web site, which is similar to Craigslist, has been under pressure from lawmakers and law enforcement for years to end adult services advertisements. Craigslist ceased posting adult and erotic service ads in 2010.

In April, Backpage published over 1.4 million adult services ads in the U.S., with the company bringing roughly $9 million in revenue per month through that channel, according to the Cook County Sheriff's Department.

Backpage accounted for about 70% of prostitution advertising among five Web sites that carry such ads in the United States, earning more than $22 million annually from prostitution ads, according to a 2012 estimate by AIM Group, a media research and consulting company.

Cook County Sheriff's Police say they have made more than 800 arrests since 2009 connected to Backpage adult service ads. Fifty of the arrests were for sex trafficking, involuntary servitude or promoting prostitution.

Dart argued that by taking away the ease of a credit card to advertise, often underage girls who have been forced into the situation, MasterCard and Visa can help reduce the number of victims.

"(I)nstitutions such as yours have the moral, social and legal right to step up on this pervasive problem and make a fundamental and everlasting difference," Dart wrote in the letter to MasterCard CEO Ajaypal Banga and the company's board of directors.

Earlier this year, a federal judge in Boston threw out a lawsuit against Backpage that alleged that the web site was designed to facilitate sex trafficking. Judge Richards Stearns ultimately agreed with the company's — and digital rights groups' — argument that under federal law Web service companies are immune from liability for crimes by users.

Liz McDougall, senior counsel for Backpage, declined to comment. Digital rights advocates, however, were critical of the tact that Dart took in going after Backpage.

"I really don't think this is the way we should be making law in this country," Rainey Reitman, activism director at the Electronic Frontier Foundation, which filed an amicus brief on behalf of Backpage in the Massachusetts case. "We shouldn't have informal pressure from public officials forcing financial service companies into deciding which types of speech should and shouldn't be allowed. MasterCard and Visa are not supposed to be the arbiters of free speech on the Internet."

Read or Share this story: http://usat.ly/1LTru0K

$42
SHOP NOW
Would I Lie? Women's Flat Shoes
Gamma Women's Sandals
Udela Women's Sandals
Layshia Women's Sandals
Classic Zip Shoulder Bag Shoulder Handbags

TOP VIDEOS




eos/money/2632390403001/4359822995

[Lamborghini Huracan review: The most versatile Lambo yet (/videos/money/2632390403001/](/videos/money/2632390403001/)
02:44



[Google shares soar on advertising revenue and Cost controls](/videos/money/2632390403001/4359754815001)

(/videos/money/2632390403001/43597548150
(/videos/money/2632390403001/435975481500
01:02



[MONEY's Best places to retire](/videos/money/2632390403001/4359232503001)

(/videos/money/2632390403001/43592325030
(/videos/money/2632390403001/435923250300

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BACKPAGE.COM, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Docket No. 15 C 6340 |
| | ) |
| THOMAS J. DART, Sheriff of Cook County, | ) |
| | ) Chicago, Illinois |
| | ) August 13, 2015 |
| Defendant. | ) 10:07 a.m. |

TRANSCRIPT OF PROCEEDINGS - MOTION
BEFORE THE HONORABLE JOHN J. THARP, JR.

APPEARANCES:

For the Plaintiff: DAVIS WRIGHT TREMAINE LLP
BY: MR. JAMES C. GRANT (by phone)
1201 Third Avenue
Suite 2600
Seattle, Washington 98101

PAUL HASTINGS LLP
BY: MR. CHRISTOPHER FRANCIS ALLEN
71 South Wacker Drive
Suite 4500
Chicago, Illinois 60606

For the Defendant: COOK COUNTY STATE'S ATTORNEY'S OFFICE
BY: MS. JILL VOSICKY FERRARA
MR. DANIEL FRANCIS GALLAGHER
500 Richard J. Daley Center
Chicago, Illinois 60602

Court Reporter: KELLY M. FITZGERALD, RMR, CRR
Official Court Reporter
219 S. Dearborn Street, Suite 1420
Chicago, Illinois 60604
312-818-6626
kelly_fitzgerald@ilnd.uscourts.gov

the same as what's reasonable to get your hands on in the context of full-blown discovery.

So I think, again, Mr. Grant's representations, with the caveats that I have asked him to explore and the production of a privilege log, I think suffice for the moment. It may be half a loaf for you. There's not going to be more, perhaps, but -- there's not going to be more. Again, I would not expect to see information brought to bear by Backpage as evidence that has not been produced.

All right. I want to address the second bucket of information, which is -- goes to, you know, communications about the nature of the ads on the escort -- or adult services section.

While that information is unquestionably relevant to some issues in the case, like damages in particular and perhaps other sorts of remedies, I don't think it is particularly relevant to the question of prior restraint. You know, there might be a Backpage.com internal communication that says, you know, 95 percent of our ads we think are, you know, actually ads for sex trafficking or other criminal activity.

I'm not at all sure that that's going to give you a defense to prior restraint of all ads. And as I noted in the TRO order, the action taken, you know, isn't limited to effect on, you know, the adult services ads in any event.

So from the standpoint of what we're focused on for the preliminary injunction hearing, I don't see that information as being nearly as relevant as the information with respect to the communications with the -- with and about the actions of the credit card companies. So I am not inclined to compel the production of that information, which I imagine could be substantially more voluminous than the other information provided as well.

MR. HOLMSTEAD: Your Honor.

THE COURT: Yes.

MR. HOLMSTEAD: On the relevance of that information, the Rule 65 factors that are going to be central to the analysis on Thursday include balancing of the equities and the public's interests. It seems all parties agree that exhortations to illegal conduct are not protected speech. And if the --

THE COURT: But that begs the question of whether any particular ad is or is not an exhortation to illegal conduct. And the problem that I think you have in this context is, you know, the action is -- I'm not trying to be pejorative, but, you know, it's a blunderbuss that has the effect or is alleged to have the effect of suppressing not only exhortations to illegal conduct but legitimate speech. And I'm not foreclosing the argument, and I'm not saying it has no relevance, but -- particularly in terms of the balancing of

THE COURT: All right. Well, whatever the sheriff's initial thought about the need for depositions may have been, that's certainly not a binding waiver of the right to conduct discovery. I think what the sheriff has proposed is narrow and consistent with the expedited scope of discovery, the possible exception to that being I have not seen the 30(b)(6) notice, so I'm not sure what is contemplated with respect to that. And I am sympathetic to an argument that a corporate representative whose answers would be binding on the corporation in the context of an expedited hearing that, while they're -- technically everything is relevant because the likelihood of success is one of the factors that the Court has to consider, nevertheless is principally focused on a narrower set of issues relating to these particular communications and the reasons that the credit card companies took the action that they did. I'm not sure it's fair to put Backpage into the position where those responses, which could be binding on them for the remainder of the litigation, are required.

So what I am -- will do in that regard is in terms of a 30(b)(6) deposition, I'll limit the scope of that deposition to the issues that are consistent with the other discovery requests relating to the Visa, MasterCard, American Express communications.

MS. KARIS: That's fine.

THE COURT: Other 30(b)(6) issues can wait.

MR. GALLAGHER: Thank you, Your Honor.
MR. GRANT: Thank you, Your Honor.
MS. KARIS: Your Honor, one housekeeping matter.
THE COURT: Mr. Grant?
MR. GRANT: I'm still here.
THE COURT: Okay.
MS. KARIS: I'm sorry. Would you like us to submit to the Court a proposed order based on the Court's findings, or is that something that the Court is going to issue in a minute order?
THE COURT: No. I will do that myself.
MS. KARIS: Thank you very much.
THE COURT: All right. Thank you.
MR. GRANT: Thank you, Your Honor.
(Which were all of the proceedings had.)

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Kelly M. Fitzgerald August 14, 2015
Official Court Reporter

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BACKPAGE.COM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Docket No. 15 C 6340 |
| | ) | |
| THOMAS J. DART, Sheriff of | ) | |
| Cook County, | ) | |
| | ) | Chicago, Illinois |
| | ) | August 20, 2015 |
| Defendant. | ) | 10:08 a.m. |

TRANSCRIPT OF PROCEEDINGS - PRELIMINARY INJUNCTION HEARING
BEFORE THE HONORABLE JOHN J. THARP, JR.

APPEARANCES:

For the Plaintiff:

DAVIS WRIGHT TREMAINE LLP
BY: MR. JAMES C. GRANT
MS. AMBIKA K. DORAN (phone)
1201 Third Avenue
Suite 2600
Seattle, Washington 98101

DAVIS WRIGHT TREMAINE LLP
BY: MR. RONALD GARY LONDON (phone)
1919 Pennsylvania Avenue NW
Suite 800
Washington, DC 20006

PAUL HASTINGS LLP
BY: MR. CHRISTOPHER FRANCIS ALLEN
71 South Wacker Drive
Suite 4500
Chicago, Illinois 60606

Court Reporter:

KELLY M. FITZGERALD, RMR, CRR
Official Court Reporter
219 S. Dearborn Street, Suite 1420
Chicago, Illinois 60604
312-818-6626
kelly_fitzgerald@ilnd.uscourts.gov

APPEARANCES: (Continued)

PAUL HASTINGS LLP
BY: MR. GERALD STUART SACHS
875 15th Street NW
Washington, DC 20005

HENZE COOK MURPHY PLLC
BY: MR. TOM E. HENZE
4645 North 32nd Street
Suite 150
Phoenix, Arizona 85018

For the Defendant: COOK COUNTY STATE'S ATTORNEY'S OFFICE
BY: MS. JILL VOSICKY FERRARA
MR. DANIEL FRANCIS GALLAGHER
MS. SISAVANH BACCAM BAKER
500 Richard J. Daley Center
Chicago, Illinois 60602

KIRKLAND & ELLIS LLP
BY: MR. BARACK S. ECHOLS
MS. HARIKLIA CARRIE KARIS
MR. ZACHARY D. HOLMSTEAD
300 North LaSalle Street
Chicago, Illinois 60654

ALSO PRESENT: MS. ELIZABETH McDOUGALL, General Counsel, Backpage.com

# I N D E X


| WITNESSES | PAGE |
|---|---|
| THOMAS DART | |
| Direct Examination by Ms. Karis | 12 |
| Cross-Examination by Mr. Sachs | 42 |
| Redirect Examination by Ms. Karis | 53 |
| Examination by the Court | 56 |
| CARA SMITH | |
| Direct Examination by Mr. Gallagher | 59 |
| Cross-Examination by Mr. Grant | 71 |
| Redirect Examination by Mr. Gallagher | 127 |
| MARIAN HATCHER | |
| Direct Examination by Mr. Holmstead | 135 |


# E X H I B I T S


| | |
|---|---|
| Exhibits 1 & 2 | 26 |
| Exhibit 27 | 35 |
| Exhibit 28 | 38 |
| Defendant's Exhibit 63 | 65 |
| Defendant's Exhibit 35 | 137 |
| Defendant's Exhibit 98 | 145 |

THE COURT: You may --

THE WITNESS: -- step down?

THE COURT: -- step down.

THE WITNESS: Thank you, Your Honor.

MR. GALLAGHER: Your Honor, at this time we would call Cara Smith.

THE COURT: Let me take this brief pause in the action to remind both sides, I have reviewed every exhibit that was proffered to the Court in advance of the hearing. Questions that do not attempt to elaborate some additional information beyond what is on the face of the document are unnecessary. I have read the documents. You will be permitted to make your arguments about the content of the documents, but we don't need a lot of questions just confirming the content of documents. All right?

MR. GALLAGHER: Okay.

THE COURT: Ms. Smith.

MS. CARA SMITH: Good morning.

THE COURT: Go ahead and step up.

Would you raise your right hand, please.

(The witness was duly sworn.)

CARA SMITH, DEFENDANT'S WITNESS, DULY SWORN

DIRECT EXAMINATION

BY MR. GALLAGHER:

Q. Would you state your name, please.

A. Cara Smith.
Q. Would you keep your voice up. There should be a lavaliere mic there. So...
THE COURT: Did the sheriff walk off with our microphone?
MR. GALLAGHER: The sheriff stole the mic.
MS. KARIS: Find it?
MR. GALLAGHER: We've got it. Okay.
MS. KARIS: He took a souvenir.
BY MR. GALLAGHER:
Q. Did you put that on?
A. Yes.
Q. Okay. Great.
State your name, please.
A. Cara Smith.
Q. And what's your occupation?
A. I'm chief strategist for Sheriff Dart.
Q. How long have you been in that position?
A. For approximately three months.
Q. How long have you been working for the sheriff's office altogether?
A. Since November of 2012.
Q. Okay. Could you tell us a little bit about your educational background.
A. Certainly.

I am a licensed attorney. I graduated from Loyola University School of Law in 1992. I graduated from the University of Illinois at Chicago in 1986.
Q. Can you give us a thumbnail sketch of your -- where you've worked since becoming a lawyer in the State of Illinois.
A. Certainly.
The majority of my career I served as an assistant attorney general for General Burris, Ryan, and General Madigan. I left General Madigan's office in 2012 to join the sheriff's office and was deputy chief of staff at the time I left the Attorney General's Office.
I also served as chief of staff to the Illinois Department of Corrections, and legal counsel for the Illinois Department of Corrections as well.
Q. Prior to joining the sheriff's office, did you have any experience in combatting human trafficking?
A. Yes, sir. I -- in my capacity as a director of policy and deputy chief of staff for General Madigan, I worked on many violence against women issues, including human trafficking, in that capacity.
Q. When you began working for the sheriff in 2012, what were your duties?
A. I was director of policy for the sheriff when hired. And my duties were development and implementation of the sheriff's policy agenda.

Q. Were there a number of policy initiatives, including initiatives on child protection, mental health, those types of things?
A. Yes. His primary policy agenda included criminalization of mental illness, working on distressed communities, violence against women, human trafficking. Yes.
Q. How does the policy area differ from the law enforcement side?
A. It's primarily advocacy-based. And so developing an advocacy agenda around the issues that the sheriff cares about.
Q. Did you become familiar with a company called Backpage?
A. Yes, sir.
Q. Did any of your policy duties deal with Backpage?
A. Yes. As part of our work to combat human trafficking, we were examining the role that Backpage.com played in facilitating that -- the trafficking of women and children.
Q. Did any of your discussions for your entire tenure at the sheriff's office ever deal with any section of Backpage other than the adult section?
A. Never.
Q. You're familiar with the letters that were sent from the sheriff's office on June 29, 2015 to the CEOs of Visa and MasterCard; is that correct?
A. Yes, I am.

Q. Did you send those letters to anybody else?
A. Outside of those two companies?
Q. No, out- -- in those companies outside of those two people, the CEOs.
A. Yes, sir.
Q. And who did you send them to?
A. I sent them to the legal counsel in both -- at both Visa and MasterCard.
Q. Okay. At any time did you or anyone under your supervision and control at the Cook County Sheriff's Office in the policy department contemplate any legal action against MasterCard or against Visa?
A. No, we did not. We did not have any authority over either -- we did not -- had no legal strategy against them.
Q. Did anybody above you in the sheriff's office ever suggest any legal action or threat of state action against MasterCard or Visa?
A. Absolutely not.
Q. Before the letters of June the 29th were sent to MasterCard and Visa, were you aware that American Express had already terminated its relationship with Backpage?
A. Yes, I was.
Q. How did you become aware of that?
A. I was made aware that American Express was no longer doing business with Backpage by Joe Ryan, who is our director of

policy.
Q. And do you recall when it was that American Express had terminated its relationship with Backpage?
A. I don't recall, but it was before -- I don't recall.
Q. Did anyone from the Cook County Sheriff's Office at any time prior to American Express's termination contact American Express or request the termination?
A. No.
Q. You said earlier that you sent those letters of June 29th to other people at Visa and MasterCard. Can you tell the Court who you sent them to.
A. I sent them to -- my intent was to send them to the general counsel of both companies. And I believe I sent them to Tim Murphy at MasterCard and to Kelly Tullier at Visa.
Q. And why did you send those to Kelly and --

(Short interruption.)

THE COURT: Please be seated.

Excuse me. Water just went down the wrong way.

You may continue, Mr. Gallagher. I'm sorry for the interruption.

MR. GALLAGHER: Thank you, Judge.

BY MR. GALLAGHER:
Q. I think my last question to you was, why did you send the letters to Ms. Tullier and to Mr. Murphy?
A. Because I wanted to establish myself as a point of contact

for them. I thought it was the right thing to do and a professional courtesy, although I assumed that the communications people would get it into the right hands, I wanted to make sure that I could should they wish to discuss the letters.

Q. And did you get feedback from both companies?

A. Yes, I did.

Q. Let me show you what's been marked as Defendant's Exhibit No. 63 for identification. And it's a two-page group exhibit.

Can you identify those for the Court, please.

A. Yes. These are -- these are copies of my -- an e-mail exchange between myself and Tim Murphy at MasterCard.

Q. Who is Tim Murphy?

A. He is their -- I believe their general counsel.

Q. All right. And let's start with the earliest --

MR. GALLAGHER: Your Honor, I would offer these into evidence at this point.

THE COURT: They could be admitted, and you may publish them.

(Defendant's Exhibit 63 admitted into evidence.)

BY MR. GALLAGHER:

Q. Ms. Smith, I would ask you to take a look at the earliest e-mail on there, which is on the second page.

A. Mm-hmm.

Q. And it appears that on June 30, 2015, 1:10, you sent this

to someone at -- Mr. Murphy at MasterCard; is that correct?
A. Yes, although I think that the 1:10, that may be their time zone.
Q. It may be their time zone as opposed to your time zone?
A. Yes.
Q. Okay. And did you receive a reply from Mr. Murphy?
A. Yes. He politely just responded that they were in possession of the letter and they would be responding to it.
Q. Okay. And did you contact them again?
A. I did not.
Q. And what did you contact them for? Why did you contact them again?
This is the first page of Exhibit 63, the bottom e-mail.
A. Well, in between -- in between the response I got saying "Cara, thank you, we are in possession of the letter and we will be responding to you shortly," I received a phone call from someone on Tim Murphy's behalf.
Q. Okay. And the next paragraph was you were contacted by someone named Jenna?
A. Correct.
Q. And who was Jenna, as far as you know?
A. Another attorney that worked for Mr. Murphy with MasterCard.
Q. And was that a telephone conversation?

A. It was.
Q. Did you initiate the conversation or did Jenna initiate the conversation?
A. Jenna did.
Q. What was the sum and substance of the conversation you had with Jenna?
A. Oh, she called me to say that she was calling on Tim's behalf, that -- she first explained the relationship that MasterCard has with the acquiring banks, and she was calling to advise me that they had already had an investigation underway and had terminated their relationship with Backpage with -- and -- and I think her language was, we went beyond your request and we've terminated our relationship with the entire website.
Q. So she indicated to you that they went beyond your request and terminated the relationship with the entire website?
A. Yes.
Q. Is that correct?
A. Yes.
Q. And the letter that you -- or the e-mail that you received from Mr. Murphy indicated that MasterCard was already fairly advanced with an investigation, so your inquiry was well timed; is that correct?
A. Right. Jenna also mentioned that she had been recently at the National AG all-summer meeting where this issue was

discussed. I didn't ask her what the issue was. I interpreted her that -- to mean that the issue was being drafted in a vacuum.

Q. Did you receive any feedback from Visa?

A. When?

Q. After you sent the letter to their counsel on June 30th.

A. Yes, I did.

Q. Okay. Let me show you what's been marked as Exhibit No. 67.

Again, this is a three-page group exhibit marked Defendant's Exhibit 67, which is a string of e-mails. Could you go to the earliest e-mail on Page 3.

A. Yes.

Q. Is that your e-mail to the general counsel's office at Visa?

A. Yes, it is.

Q. Okay. And then on Tuesday, June 30th, did you also follow-up and tell Visa that MasterCard had already elected to terminate its relationship with Backpage?

A. Yes, I did.

Q. Okay. And did you receive any feedback from Kelly Mahon Tullier?

A. Yes, that they were looking into it as well.

Q. Okay. And you contacted them again in the evening to find out your consider- -- the consideration of your request; is

that right?
A. I did. I did.
Q. Okay. Did anybody respond to you other than Ms. Tullier?
A. Yes. I received an e-mail from John Earnhardt, who I believe is their director of communications -- in their communications.
Q. The director of communications?
A. For Visa.
Q. Okay. And did he get back to you again that night?
A. He did. He, again, was contacting me on Kelly's behalf and advised me that -- what it says here in the e-mail, that they -- their relation- -- Backpage's relationship with Visa Europe, not Visa U.S., and that they were endeavoring to communicate with them and would get back to me as soon as he could.
Q. Did he also indicate to you what he thought the outcome was going to be?
A. I think that -- you know, the sense I got from this e-mail was that they were working towards the same outcome that American Express and MasterCard had arrived at.
Q. Okay. Did you receive any other communication from Visa on July the 1st, the next day?
A. Yes. I received an e-mail and then had a phone call with John after -- around 9:20, 9:25, 9:30, on July 1st.
Q. And what was significant about the time of that

conversation with Mr. Earnhardt?
A. That we were going to try to connect on the morning of July 1st before the sheriff's press conference.
Q. Before the press conference; is that correct?
A. Yes.
Q. Okay. Let me show you what's been marked as Defendant's Exhibit No. 68.
Ms. Smith, is that the e-mail that you received from John Earnhardt at Visa on July 1, 2015?
A. Yes, it is.
Q. And it indicates it was received approximately 9:24 a.m.
Is that approximately the right time?
A. That's correct.
Q. Was that followed up by a phone call?
A. Yes.
Q. Okay. And in this e-mail to you he indicated that Visa had taken action to stop processing payments from Backpage; is that correct?
A. That's correct.
Q. And when you followed it up with a phone call, did he say anything to you about threats or any type of pressure that was put on Visa?
A. No. There were two parts of our conversation, I guess. The first was, we talked through and I thanked him for their decision. He said, you know, they worked with Visa in Europe.

Visa Europe had taken the action that he reflects here in this e-mail, and I thanked him for it.

And then he also raised to me that -- confirmed that I was Ben Breit's manager and he was -- you know, did not -- did not appreciate Ben's tone and Ben's manner of communication with him, which we talked about --

Q. Okay.

A. -- for a couple of minutes.

Q. And was your relationship with Mr. Earnhardt a cordial one?

A. Absolutely.

Q. Okay. Do you have any indication that Mr. Earnhardt was the one who made the decision on behalf of Visa?

A. No, I think he was just communicating to me the decision that his superiors -- in fact, that Visa Europe had made, not even Visa U.S.

MR. GALLAGHER: I have no further questions.

THE COURT: Cross-examination.

CROSS-EXAMINATION

BY MR. GRANT:

Q. Good morning, Ms. Smith.

A. Good morning.

Q. It's still morning.

A. Yep.

Q. Barely.

So let me start, if I can -- I want to understand the people within the sheriff's office that have been involved in matters related to Backpage, let's say.

So you testified that you're in the strategy department? You're chief strategist?

A. I am.

Q. And I assume there's a group of people who are in the strategy group?

A. No. I evaluate strategies sort of office-wide. I also oversee our policy and communications division.

Q. I see.

So Mr. Breit, for instance, reports to you?

A. Yes, he does.

Q. Okay. And how many other people report to you?

A. Directly, five or six.

Q. And then there's a separate policy group; is that right?

A. Yes.

Q. And you used to be the director of the policy group?

A. The policy group reports to me through one of my direct reports, yes.

Q. I saw that.

I don't want to go through all this at length, but then there's Mr. Ryan who I thought was the chief policy officer; is that right?

A. Right; and he reports to me.

Q. I see.

So -- and then we talked a moment ago, I think, in Sheriff Dart's testimony about Stephanie Zugschwert.

Did I pronounce that right?

A. Yes.

Q. And Ms. Zugschwert reports to whom?

A. To Joe Ryan.

Q. Who reports to you?

A. Yes.

Q. I see.

So are you a direct report then to Sheriff Dart?

A. I am.

Q. And --

A. Excuse me. I was to report directly to the undersheriff.

Q. Okay. But you have a direct relationship with Sheriff Dart and work with him?

A. Yes, I do.

Q. I see.

And does -- strike that.

So I want to show you something just to get a sense for how many people have been involved with this.

So hopefully -- I guess I need to do this.

THE COURT: There's no question pending.

MR. GRANT: I apologize, Your Honor. My logistics are not good here.

BY MR. GRANT:
Q. I just handed you a copy of what's been marked as Plaintiff's Exhibit 58. And I'll represent to you this is a set of interrogatory responses from Sheriff Dart's office. And I would like you to turn, if you would, to page 5.
So on page 5 in the response to Interrogatory No. 1, there's a listing of people there and the various names within the office.
Are those the four individuals who were involved in drafting the correspondence that went to Visa and MasterCard?
A. Yes, sir.
Q. And that's you, Mr. Ryan, Ms. Zugschwert, and the sheriff himself?
A. Correct.
Q. And then the answer to Interrogatory No. 2 identifies eight people who are involved in consideration of the policy with regard to Visa and MasterCard?
A. Yes, sir.
Q. Are there any others?
A. No, sir.
Q. Okay. Now, altogether in the time that you've been in Sheriff Dart's office have there been more than ten people involved in issues related to Backpage.com?
A. I'm sorry. Can you repeat your question?
MR. GALLAGHER: I'm going to object to the form of

the question, Your Honor.

BY MR. GRANT:

Q. And during the period of time -- let me go back.

I've been through a number of different documents and taking -- taken a look to see how many people had been involved in the sheriff's office concerning Backpage.com.

My question is, is it more than ten?

A. It probably is.

Q. Okay. More than 15?

A. Addressing human trafficking has been an issue of the sheriff's --

Q. I'm sorry. Hold up. My bad.

A. -- since he came into office. And there's been various members of his staff that have worked on these issues over the years. So I don't -- that's the best answer I can give you. I don't...

Q. Okay. So Ms. Zugschwert joined Sheriff Dart's office in February of 2015, correct?

A. Yes.

Q. And she was hired as the special -- the special counsel of -- concerning policy?

A. Policy counsel working on human trafficking issues, yes.

Q. Okay. And her task was to focus on legal, legislative or other angles to attack websites like Backpage.com?

A. Yes.

Q. Okay. And I'll ask you this simply because it's a characterization of Ms. Zugschwert, but is it fair to say that her role was -- she was assigned by Sheriff Dart to figure out how to take down Backpage.com?

A. No, I don't think that's accurate.

Q. Okay. But it is true that Sheriff Dart was looking for some angle, some approach to try to stop adult advertising or escort advertising on Backpage?

A. No. I think the sheriff is focused on addressing -- remains focused on addressing the harm caused by human trafficking. One of the places that occurs very frequently is through Backpage.com. So that was on the menu of ways -- of things we were looking at to address the harm done through that conduct.

Q. So let's just lay a little -- a little background.

In 2009 Sheriff Dart sued Craigslist, correct?

MR. GALLAGHER: Objection.

THE COURT: Overruled.

BY THE WITNESS:

A. Correct.

BY MR. GRANT:

Q. He lost that suit?

A. I was not with the office at that time, but I know it to be true.

Q. He lost that suit, correct?

A. Correct.

Q. He has made numerous public statements objecting to Craigslist and/or to Backpage?

A. Correct.

Q. And for a period of seven or eight years he said he's expressed frustration that he's made no progress in trying to take down Backpage.com?

A. I don't think he was --

MR. GALLAGHER: I'm going to object to the form of the question, Your Honor.

THE COURT: Overruled.

BY THE WITNESS:

A. I can't agree with the "take down Backpage.com" part of your question. He's been very frustrated that, despite numerous calls to action, that there was no progress made with Backpage.com addressing this activity through their website.

MR. GRANT: I don't want to confuse, but it's probably easiest if we were -- I would like to use a document that has been offered as -- let's do this -- okay. Thank you.

MR. GALLAGHER: Plaintiff's 5.

MR. GRANT: So the document has already been offered before. It's Plaintiff's Exhibit 5.

BY MR. GRANT:

Q. Have you seen this document before, Ms. Smith?

A. No.

Q. If you would, please flip to the third page beginning at the bottom 16112.

From that portion forward have you seen this document?

A. Yes.

Q. Okay. And, in fact, that portion of the document from the tail end, that is a proposal that Ms. Zugschwert forwarded to you and others concerning Backpage.com?

A. Yes, sir.

Q. Now, did that work -- she provided it to you first for your approval?

A. No, she would have provided it to -- she worked with Joe Ryan on the development of the memo and then it came to me.

Q. So Mr. Ryan approved it, and then you approved it?

A. I don't understand what you mean "approved." I mean, she submitted a memo to me for my consideration.

Q. In the way ordinarily that these things work, if Mr. Ryan had not approved the memo, he wouldn't have forwarded it to you, would he?

A. I'm sorry. I don't understand the -- I don't understand what you're asking.

Q. Let me lay a little foundation.

This is a proposal about how to deal with Backpage.com, correct?

A. Correct.

Q. And Ms. Zugschwert drafted it and forwarded it to Mr. Ryan, and Mr. Ryan then passed it to you?
A. Correct.
Q. And when he did so, was he giving his approval that he thought it was appropriate?
A. Yes. Joe is not a lawyer, but I think he looked very closely,, you know, back and forth. So I think he wanted my input and consideration of the idea.
Q. And you, Ms. Smith, are a lawyer?
A. I am.
Q. All right. And so you reviewed this as well?
A. I did.
Q. And then you believed it was appropriate to pass it on to Sheriff Dart?
A. Yes, I did.
Q. And you approved it?
A. Yes, I did.
Q. Okay. And Sheriff Dart approved it, correct?
A. Sheriff Dart approved us sending letters to Visa and MasterCard, is that what you're asking me?
Q. I'm sorry, ma'am, no.
I'm asking, this proposal that was forwarded up the chain to Sheriff Dart outlining the strategy for the letters to Visa and MasterCard, Sheriff Dart approved that, did he not?

A. I don't know whether Sheriff Dart reviewed the note.
Q. You had no conversations with him about this idea of sending letters to Visa and MasterCard?
A. I had letters -- I had conversations with him about the letters. I do not know whether the sheriff reviewed the memo.
Q. Do you expect ordinarily that when policy documents go to the sheriff proposing a major initiative, the sheriff will read it?
A. Generally, yeah. But in this case I know that we reviewed the letters with him. I do not know whether the sheriff reviewed this memo.
Q. Fair enough.
And sometimes, perhaps, the sheriff trusts his senior advisors. They've read all the details. If they advise something, then he accepts it. Is that fair?
A. I would hope so.
Q. Okay. Was there any other strategy document that outlaid this plan for going to Visa and MasterCard to try to defund Backpage.com?
A. I don't know that we were trying to -- I don't believe we were trying to defund Backpage.com, first of all.
Q. And let's not argue about semantics. I mean, I can pull out the press release again, but --
MR. GALLAGHER: I'm going to --
MR. GRANT: Judge --

MR. GALLAGHER: -- object to the comment by counsel.

THE COURT: All right. Just ask questions, Mr. Grant.

MR. GRANT: Sure.

BY MR. GRANT:

Q. Go ahead. I'm sorry, Ms. Smith.

Do you want me to pose another question?

A. Please.

Q. Okay. And, in fact, if I -- I'm not sure where I just left off.

THE COURT: You had asked if there was another plan or any other plan.

BY MR. GRANT:

Q. Let's just make that simple.

Was there any other memorandum laying out the strategy for focusing on MasterCard and Visa?

A. I don't believe so.

Q. So this reflects a strategy, doesn't it?

A. Yeah.

Q. So if we would -- if we can, let's go to page 1612 -- I'm sorry -- 1613. That's page 2 of the strategy memo.

At the top I want to focus you on the first sentence -- I'm sorry -- the second sentence. Recent trends in the financial industry as described below indicate not only willingness, but also a self-serving concern of financial

institutions over their own potential liability for allowing suspected illegal transactions to continue to take place."

Do you see that?

A. Yes, I do.

Q. So I want to understand, that was part of the premise of this strategy that was approved by the sheriff's office, that financial institutions would be concerned about potential liability?

A. Yes, and that they would be open to conversations with us regarding this.

Q. Fair enough. We'll get to the what happens after that; but this is part of the concern, they'll be worried about potential liability?

A. That they would be worried about illegal transactions being done through their companies, yes.

Q. I'm sorry. Ma'am, I'm talking about potential liability of Visa and MasterCard.

They're worried about somebody coming after them, correct?

MR. GALLAGHER: I'm going to object to the form of the question.

THE COURT: Overruled.

BY THE WITNESS:

A. I'm sorry. I don't quite understand what you're asking me. I mean, I see what the sentence reads.

BY MR. GRANT:
Q. Let me move on. All right?
A. All right.
Q. And let's go to the last two sentences of that paragraph.
Let me begin with the penultimate sentence. "Banks are highly concerned about their business reputations and that of their investors."
Do you see that?
A. Yes, I do.
Q. And that was the premise of their strategy, the bank's concerns about their reputation and their investors, correct?
A. It was part of our consideration.
Q. And then it goes on, "They could lose millions if they are found or accused of making such enormous financial gains from what could be" -- "arguably be called tainted money."
I may have slightly misread, so I apologize.
Was that also a part of the strategy, that their banks would have concerns about being accused of having tainted money?
A. That's in Stephanie's memo. I don't know what the companies were concerned about.
I don't understand what you're asking me on this question.
Q. All right. I appreciate that.
What I'm asking you is, this is the only strategy

memo, right?
A. Right.
Q. And the target -- the reason to go after the credit card companies is their concerns about potential liability and risks of accusations that they're permitting illegal content. Was that -- was that the premise?
A. Right. And if we could make them aware of the activity that was occurring through part of their web- -- through this website, they may be open to a conversation with us.
Q. Fair enough.
And in seeking to do that, you're trying to emphasize to them the potential liability and their risk of being accused of fostering illegal conduct?
MR. GALLAGHER: Objection to the characterization.
THE COURT: Overruled.
BY THE WITNESS:
A. Well, the letters speak for themselves. I mean, I -- we wanted to raise to their attention the illegal activity that we know to take place through a portion of that website.
THE COURT: Ms. Smith, did you understand that part of the context of the office's consideration of this strategy was that financial institutions would have some concern for their own potential liability if they understood that -- the types of transactions -- human trafficking, prostitution -- that were being placed routinely on -- in the adult services

of the Backpage website?

THE WITNESS: Yes.

THE COURT: All right. Thank you.

BY MR. GRANT:

Q. So let's move on to -- from the premise of the strategy. Let me talk a little bit about what's laid out as the kinds of things that were raised with the credit card companies.

So from that point about these concerns the banks and credit card companies would have -- the first paragraph on -- under the subheading (b)(1), do you see that?

A. Yes, sir.

Q. And you can just take a look at the first sentence and glance at it. I'm not going to quote all of this.

But one of the things that's pointed out here is the legal requirements for financial institutions to provide suspicious activity reports, correct?

A. Yes.

Q. So reminding the -- Visa and MasterCard, that's one of your legal duties?

A. Mm-hmm.

Q. And you could be liable if you failed to do that?

A. Yes.

Q. And so if there are accusations of illegal conduct going on through your credit cards, you may be liable?

A. Yes.

Q. So then it goes on from there and suggests -- and I'm now at the very last sentence of that same paragraph -- "Banks are susceptible to money laundering prosecutions."
Do you see that?
A. Yes.
Q. And that is part of what was being pointed out as the risk and concern to the banks, you should know you could be liable for money laundering prosecutions?
A. This is -- right. As part of Stephanie's legal analysis to Joe and myself, mm-hmm.
Q. Right. As part of the strategy memo we're talking about. Fair enough.
A. Mm-hmm.
Q. And then that same sentence goes on to say the banks would also be concerned if -- about reputational damage and/or hefty fines.
Do you see that?
A. Yes.
Q. And that was part of the idea also, let's remind the banks that you may be subject to hefty fines?
A. Yes.
Q. So then if you go on -- and I'll just sort of highlight a few more things.
If you go on to the next part of this strategy memo, Section 2 is talking about the Visa and MasterCard rules. And

the idea here is to suggest -- we point out to them that you have rules that you can enforce against merchants and others to require that they cut off services, right?

A. Right.

Q. Okay. Let me move on to the next page, on Page 4. And there's a subheading there about Department of Justice's Operation Choke Point?

A. I see that. Mm-hmm.

Q. Okay. And you're familiar with Operation Choke Point, right?

A. Right. Yes.

Q. Did you find out about it in the context of this -- developing this strategy against Backpage or some other way?

A. I think just in the context of this strategy.

Q. Did you -- did you do some research about what Operation Choke Point is?

A. I did not.

Q. Okay. But you have an understanding of it?

A. General.

Q. All right. So let me just sort of lay it out for present purposes.

Is that a program of the Department of Justice originally that was targeting specific industries that they believed were involved in questionable transactions?

A. That is my general understanding.

Q. And initially the target of the Department of Justice was payday lenders, correct?
A. I believe so.
Q. It's actually laid out in --
A. Yes.
Q. -- Ms. Zugschwert's memo?
And from there they broadened out to -- into a number of other industries, correct?
A. Yes, sir.
Q. And it was roundly criticized by Congress and others?
A. Yes.
Q. And the whole point of this idea was that the Department of Justice and other financial regulatory entities within the federal government would subpoena, threaten to investigate, go after particular banks that were servicing particular types of industries to make it clear that they did not want services being provided to those industries.
Is that a fair characterization?
A. Of the criticism?
Q. Of the way that people suggested this was an improper program, yes.
A. Yes.
Q. So that whole structure of -- strike that.
There's one other mention in here too about an analogue. It refers to WikiLeaks.

A. Mm-hmm.
Q. Do you want to see the reference?
A. Yeah, it's been some time since I read the memo. So where?
Q. Sure. It's in the last paragraph under subheading 2. It's the second-to-the-last paragraph -- or -- I'm sorry -- the second-to-the-last sentence. "Both Visa and MasterCard have blocked all donations to the WikiLeaks site."
Do you see that?
A. Yes, I do.
Q. And you're aware of what that is, too?
A. Yes.
Q. That is a site, run by Julian Assange, that was criticized by some, and Visa and MasterCard cut off all services to WikiLeaks.
Do you recall that?
A. Yes, I do.
Q. Okay. And, in fact, that was roundly criticized as well; wasn't it?
A. I don't -- I don't know whether it was from -- I don't know whether --
Q. You do know that Visa and MasterCard turned their services back on after being accused of violating free speech rights?
A. I don't know that.
Q. Do you know that Visa and MasterCard can be used for

WikiLeaks now?
A. Yes, I do.
Q. Okay. So that was the basis or the two examples that were given of why to go forward with this program with Visa and MasterCard related to Backpage.com; is that fair?
A. Can you repeat that question?
Q. Sure.
The two analogues that were cited in the strategy memo as to why to go do this or how to do this as to Backpage.com were Operation Choke Point and WikiLeaks?
A. My interpretation of those examples in the strategy memo was to suggest that Backpage would be open to conversa- -- I mean -- excuse me -- Visa and MasterCard would be open to conversations with us if we could show them that there was illegal conduct occurring through a portion of their website, that they would be open to that conversation for the reasons set forth in the memo.
Q. So this -- the strategy memo also has attached letters to Visa and MasterCard respectively, fair enough?
A. Yes, sir.
Q. And these were drafted by Ms. Zugschwert?
A. Correct.
Q. Forwarded to you and Mr. Ryan to approve, correct?
A. Yes, sir.
Q. Did one of you do some revision to this?

A. I had very little revision. I don't -- I'm not aware of Joe's revisions to it. I think he and Stephanie directed it together.

Q. Okay. And Sheriff Dart, who has already testified, he reviewed it and approved it and signed it?

A. Yes, sir.

Q. Okay. And this essentially is the same letters, almost identical to the letters that actually went to Visa and MasterCard, correct?

A. That's correct.

Q. Okay. And they refer to the same things that we were just talking about, alluding to SARs reports, right?

A. Ab- -- yes. Absolutely.

Q. Okay. Mentioning the prospect of money laundering prosecutions against financial institutions, correct?

A. Yes.

Q. Mentioning that banks and financial institutions might be liable to other reporting that they need to do in addition to SARs reportings, correct?

A. Yes.

Q. Mentioning that they should be concerned about reputational risk and the fact that they may be subject to negative publicity, all of that's here?

A. Yes, it is.

Q. Just as it was in the strategy memo?

A. Yes.
Q. Okay. And all of those things are just a request to MasterCard and Visa that "we want to work with you"?
A. They absolutely are.
Q. Okay. Let's move on.
You testified some with -- to defense counsel, Mr. Gallagher, about your contacts with Visa and MasterCard after the letters went out, correct?
A. Yes.
Q. Okay. So let's just get the order of things right.
It was June 29 that the letters were sent?
A. Yes, sir.
Q. And you said you contacted the general counsels of Visa and MasterCard?
A. Right.
Q. And Mr. Breit contacted whom?
A. First on the 29th Mr. Breit con- -- sent the letters to the communications departments in both companies.
Q. Let me lay this out a little bit differently.
This is your request to just work with Visa and MasterCard, right? Why wouldn't that be addressed to the people within Visa and MasterCard who might be involved in merchant services or brand identity problems?
A. Why wouldn't whose communication --
Q. I guess my question is, there's a group within Visa and

MasterCard presumably that has to do with suspected misuse of their cards, right?
A. I assume that there is, yes.
Q. So if that's what you want to do, why didn't you send this letter to them and say "we want to work with you"?
A. Because I just chose to contact their legal departments figuring they would know the right people to get engaged in the conversations.
Q. Oh, and to be clear about my question, when I said "you" here, I meant the entire sheriff's office. So let me rephrase a little bit.
A. Okay.
Q. So what the sheriff's office did was to send this to the president and CEO of MasterCard, right?
A. That's right.
Q. And Visa, the same person, the same president/CEO, right?
A. Yeah. Correct.
Q. And to all the Board of Directors of both companies?
A. Yes.
Q. And even went through and found out the top -- all investors in the company that were 20 percent or more -- I'm sorry -- within the top 20 percent of all investors and sent it to them, too, right?
A. Yes.
Q. And there's a bunch of other big financial institutions,

right?

A. Yes.

Q. Okay. And then you contacted general counsels, both companies?

A. Correct.

Q. And Mr. Breit contacted -- just bear with me. I'd give you a lot of documents, but let me just ask, some were upwards of eight people in the communications groups of both companies?

A. Right. And in the order Ben sent those on the 29th.

Q. Okay. That's fair.

Meanwhile, Mr. Breit also contacted over 20 different reporters throughout the United States and news media outlets, correct?

A. I believe he did.

Q. Mm-hmm. Was it more than that?

A. I don't -- I don't know the exact number, but ...

Q. Well, you were aware of what he was doing at this time as you were gearing up for this release, correct?

A. I was aware.

Q. And you know that he actually contacted reporters and news media in advance of the distribution of the letters to tell them that this was coming?

A. I think he had a couple of embedded conversations, yes.

Q. A couple?

A. Yes. I don't know the exact number.
Q. It was more than a couple, wasn't it?
A. I don't believe it was. I thought it was just a couple of conversations.
Q. Okay. Fair enough.
And the way this was all set up was, the letter was going to go out June 29, and then afterward on July 1 -- the morning of July 1 was going to be the press conference. That was the plan?
A. Yes.
Q. And in the course of that press conference on July 1, as it was originally envisioned, it was going to be with advocacy groups; there was going to be a petition circulated; it was essentially going to be to do a show about how the credit card companies were involved in promoting sex trafficking. Isn't that fair?
A. No, that's not fair. The purpose of the press conference was to announce the beginning of this, what we thought would be a marathon effort at urging the credit card companies to cease their relationship with that portion of Backpage.com that, in our opinion, facilitates trafficking and exploitation.
Q. Okay.
A. We thought it was going to be a long journey.
Q. Well, what actually happened was MasterCard, within less

than 18 hours, responded back that they agreed and would cut off services to Backpage; is that fair?
A. And MasterCard said they already, you know, had an ongoing investigation and were poised to take this step.
Q. Well, we saw the one document you referenced, and that speaks for itself. I don't need to deal with that.
You said you had a conversation with somebody at MasterCard, right?
A. Correct.
Q. Did that happen on June 29 or when?
A. It happened on the after- -- early afternoon of June 30th.
Q. Okay. And the person, again, was whom?
A. Her first name was Jenna. I don't recall her last name. She worked for Tim Murphy.
Q. And you know her position?
A. She's in their legal department, a lawyer in their legal department.
Q. And did you say that she had had any direct involvement with MasterCard's prior dealings about Backpage?
A. She told me that they had had an ongoing investigation, that she had just returned or recently had been at the summer national AG meeting where this topic was discussed.
Q. I'm sorry. National...?
A. National Assistant -- National Association of Attorneys General. And that they had -- after explaining to me the

relationship between MasterCard and the acquiring banks, explaining to me they had already decided they were going to terminate their relationship.

Q. So did Jenna -- because we don't -- I don't have a last name that I can refer to, I'll just call her that.

Did Jenna say that she had had any dealings about Backpage's relationship with its acquiring bank or MasterCard? I'm just trying to figure out, was she actually involved or was she telling you something from someone else?

A. I don't know. She was -- I assumed that she had had some involvement. I don't know exactly, so ...

Q. All right. You --

A. She was communicating their decision to me.

Q. Okay. That's fair.

You didn't -- you actually didn't know if she knew anything about what the actual decision was?

A. Oh, I think she knew a lot about what the actual decision was.

Q. What was her position again? Just attorney?

A. She was a -- worked for Tim Murphy. She was a deputy general counsel. I don't really exactly remember her name, but I -- she was very well-versed, or so it appeared to me, in this matter and in this decision.

Q. So --

A. And her reference to the -- having been at the summer

AG -- the National AG conference led me to believe that this was an area she had actually been very involved with.
Q. I'm going to move on for a minute.
Then she told you that MasterCard had decided to cut off all services to Backpage?
A. Yes. And as I recall the conversation, she said, "We're going beyond what you asked. We're just -- we're done with the entire website."
Q. Okay. And did she tell you the basis for why that was?
A. She didn't.
Q. Did she tell you anything about pressure that had -- that they had received from law enforcement?
A. That was never a part of the conversation.
Q. Okay. So she just didn't tell you specifically what was the basis for any of this?
A. No, that's not correct. Because she said they had had an ongoing investigation already that preceded the letter that they received from us, that she had been at the summer meeting of the National AG conference, and they had made their decision.
Q. There's no writing that reflects any of this from MasterCard, is there?
A. I don't know.
Q. Okay. I don't want to get too deep into this, but you said that you and she talked about the relationship with

acquiring banks, correct?
A. Right.
Q. And -- I'll just ask -- you understand that the way the credit cards' networks work, Visa and MasterCard, the merchant works through a specific bank called the acquiring bank, right?
A. I do.
Q. I'm just trying to lay it out so we've got some foundation.
So the merchant works with the acquiring bank and the acquiring bank then works through the Visa or MasterCard networks, correct?
A. That's my general understanding.
Q. Someone goes on a website, buys something, and that charge then goes through a processor to the acquiring bank and into the Visa network; is that fair?
A. That's my general understanding, mm-hmm.
Q. So you understand that a merchant can have one acquiring bank or multiple acquiring banks, right?
A. I assume so. I --
Q. When you spoke -- sorry.
When you spoke to Jenna, did she tell you anything about what the acquiring banks were thinking of with Backpage?
A. I don't believe she did.
Q. Okay. She said it was MasterCard's decision dictating to

the acquiring banks what they had to do with Backpage?
A. Can you repeat that, please?
Q. Yeah.
Did she tell you that it was MasterCard's decision to dictate to the acquiring banks what they had to do with regard to Backpage?
A. You know, I don't -- I don't think she used that language. I -- without getting into the intricacies of it, which I don't -- you know, I'm not very familiar with and have no really expertise in, she was -- gave me a general understanding of how the payment structure works and had said that they were no longer going to be doing business with Backpage.
Q. Now, this is -- this was a pretty short portion of the conversation, I take it? This didn't last very long, did it?
A. The conversation itself didn't last very long.
Q. Okay. A couple of minutes?
A. The full conversation didn't last very long.
Q. A couple of minutes?
A. Probably a couple minutes, right.
Q. Let's talk a little bit about what happened with Visa.
So just to lay the groundwork, it was, I believe -- I'm just looking if we get a timeline somebody gave -- someone in your office prepared. I don't want to go through too many documents.

On June 30, about noon, MasterCard indicates publically that they -- in response to the sheriff's request they will stop processing on Backpage?
A. On June 30th?
Q. Mm-hmm. Yeah. About noon on June 30.
A. Visa says that?
Q. No, MasterCard.
A. Okay. I believe that's about -- well, I know my conversation with Jenna. I think that might be a time zone difference there, but ...
Q. And let me set aside for a moment your conversation with Jenna.

When MasterCard -- I can get documents if you want.

When MasterCard actually announced this, they said they were doing this in response to the sheriff's office?
A. I believe that is what they said publically, yes.
Q. And in fairness, what they stated publically was, we are terminating card services to Backpage.com because of the letter we've received from Sheriff Dart?
A. I think that is what they said publically.
Q. Okay. And that was the official statement of MasterCard? You have to say "yes."
A. You're --
Q. You have to answer out loud.
A. Okay. I don't -- what's the question?

You're asking me if that was their position, that was their statement?

Q. Yeah, the question was, the official statement -- the official position of MasterCard was that they were terminating use of their cards on Backpage because of the letter they had received from Sheriff Dart in these demands?

A. I understand that to be their public statement, yes.

Q. Okay. So after MasterCard had provided the response, Mr. Breit was charged with contacting Visa to see what they were going to do?

A. When?

Q. Well, now we're -- afternoon on June 30th. The press conference is coming up July 1, I think at 9:30 in the morning.

Didn't Mr. Dart -- Mr. Breit contact Visa in that window to find out what they were going to do?

A. No, I think I did. I believe I did.

Q. You're saying Mr. Breit did not have conversations?

A. Well, he may have; but I know that after MasterCard notified us of their decision, I wanted to make sure that Visa had that information as well.

Q. So what I've handed you is Plaintiff's Exhibit 13. And can I ask you, is -- this is an e-mail that Mr. Breit sent to two different addresses at Visa.com?

A. Yes.

Q. And you were aware that Mr. Breit was in contact with Visa at this point to find out what they were going to do regarding the sheriff's letter?
A. You know, I don't know if I was aware of that. I know that I had reached out to Kelly Tullier to advise her of the decision that Back- -- that MasterCard had arrived at. And that's when I had my communication with Ben and John Earnhardt. But I'm not on these e-mails, so I wasn't aware -- I mean, I don't know -- I have never seen this e-mail before.
Q. You told me a moment ago that you were aware Mr. Breit was in touch with the communications people at Visa, correct?
A. I knew he was in touch with the communications people at Visa on June 29th. And I knew he was in contact with the communications people, John Earnhardt specifically, later in the evening of June 30th.
I -- I was not -- I don't know that I was aware of this back-and-forth at the times here in this e-mail.
Q. There was a flurry of activity going on that day, June 30th, and into the morning of July 1 about announcing this initiative against Backpage, right?
A. I don't know if there was a flurry of activity, but there were moving parts and we were trying, you know, to decide what, if any, announcement we were going to have.
Q. Okay. So I'd like to ask about what Mr. Breit was representing at that time to Visa.

And I'll just ask you if you knew at the time -- he states that "obviously the tone of the press conference will change considerably if your executives see fit to sever ties with Backpage and its imitators. Of course we would need to know tonight if that is the case so that we can ensure the sheriff's messaging celebrates Visa's change in direction as opposed to pointing out its ties with sex trafficking."

Were you aware that Mr. Breit was representing that to Visa?

A. No.

Q. Were you aware that Mr. Breit was saying similar statements to Visa?

A. No. Again, my communications were with John Earnhardt, and I knew that they were going to be consulting with Visa Europe and was -- knew he would get back to me.

Q. But you understood that Visa would treat Mr. Breit's comments as coming from Sheriff Dart's office?

A. Well, I don't know what they would have done. I know that I was communicating with people higher than those on this e-mail that Ben is communicating with.

Q. People higher up than Jenna?

A. No, I thought I was communi- -- John, I thought, was overseeing these people. My communication was with John at that time, who their general counsel had directed to communicate with me.

Q. I would like to show you Plaintiff's Exhibit 14.
And this is an e-mail from Abdon Pallasch --
Did I pronounce that right?
A. Yes.
Q. -- to Mr. Breit, right, and to you and to others in the sheriff's office?
A. Yes.
Q. Who is Abdon Pallasch?
A. He is a direct report to me. He is our director of -- I don't know if it's government or external affairs, but he is part of our team.
Q. Okay. So was he a peer to Mr. Breit or is he a higher-up?
A. He's a peer.
Q. And this is also the same time frame about Visa has not yet decided and people are talking about what should we be saying to Visa, correct?
A. Yes.
Q. And Mr. Pallasch's recommendation was, I also recommend the sheriff's point in the news feed -- that the sheriff point to the newsfeed from Backpage and say, quote, "Visa, this is one place you don't want to be."
Do you see that?
A. I do.
Q. And that's referring to the fact that MasterCard had already decided to discontinue services with Backpage?

A. I'm sorry. I don't understand your question as it relates to this e-mail.
Q. Fair enough.
What he's referring to is the fact that MasterCard has already backed out from providing services after responding to the sheriff's letter, correct?
A. Correct.
Q. Did you ever instruct Mr. Breit in his communications with Visa "don't communicate that"?
A. I don't -- don't communicate that to Visa?
Q. Don't communicate a message to the effect, Visa, this is one place you don't want to be." Did you ever tell him that?
A. I -- it wouldn't have to be said. This would not be approved by me for -- to be used in any sort of messaging.
Q. I didn't mean the express words, ma'am. I meant the tone.
Did you contact Mr. Pallasch or Mr. Breit afterward and say, "No, no, no, that's not what this plan is; we're not doing that"? Did you say anything to that effect?
A. No, it was never going to -- I wouldn't have to say that.
Q. Did you respond back to Mr. Pallasch that you took exception, you disagreed with what he had written?
A. I don't -- I don't really recall whether I did or didn't.
Q. All right. Were you aware that Mr. Breit had on the order of five to seven calls -- or -- I'm sorry -- communications, mostly e-mails, with Visa on the close of -- in the evening of

June 29 and into the morning of July 1?
A. June 30th, you mean?
Q. I'm sorry. Yeah.
A. I imagine -- I assume that he was communicating with them, but I don't know the specifics of them.
Q. I'm saying you knew it was that often. He was communicating with Visa frequently?
A. That seems high, but I don't know.
Q. And you were too?
A. I don't think I had many communications. I had a couple with John Earnhardt. We agreed to talk in the morning. But I did not have excessive communication with them at all. And my understanding was they were -- John described that they were going to be working with Visa Europe, that it was -- because of the time zone difference, it was going to be into the night and we would talk into the morning.
Q. And you had a conversation with Mr. Earnhardt at some point about Mr. Breit and the tone of his communications, didn't you?
A. I did.
Q. That's not the same conversation or is it?
A. That conversation occurred on the morning of July 1st.
Q. Okay. And Mr. Breit said to you he didn't think that -- I'm sorry.
Mr. Earnhardt of Visa said he didn't believe that

Mr. Breit's tone of the things he was saying was appropriate?

A. After John had advised me of the decision that Visa Europe had made, he then confirmed "Ben works for you, right?" And I said, "Yeah." He goes, "You know, I need to talk to you about his tone and manner of communication."

Q. He was saying he didn't believe it was appropriate, Mr. Earnhardt did not believe Mr. Breit's tone was appropriate?

A. That's correct.

Q. Did he say that he felt like he was being blackmailed?

A. No.

Q. Did he say that he felt like he was being threatened?

A. I don't believe he said he was being threatened. I don't specifically recall. I know that he was not happy with the way Ben had communicated with him.

Q. How about the word "pressure," did he say something to that effect?

A. I don't recall specifically. My takeaway was that Ben had -- Ben's tone was not well received by John, and I was going to address it with Ben.

MR. GRANT: Your Honor, just to sort of keep on track, I was going to shift gears to a different subject. If you want me to keep going, I'm happy to. Depending on how the responses go, it's not a huge section, but...

THE COURT: Go.

MR. GRANT: Okay. Very good.

BY MR. GRANT:

Q. So the actions of the sheriff's office regarding Backpage, they didn't stop when the two letters were sent out, did they?

A. I'm sorry?

Q. The actions of the sheriff's office didn't stop when they sent out the two letters; is that fair?

A. I don't -- what do you mean "the actions of the sheriff's office"?

Q. The sheriff's office or the sheriff himself sends letters to Visa and MasterCard on June 29th. On July 1, they respond. They say they're going to terminate services. The actions of the -- the Cook County Sheriff's Office kept working against Backpage.com after that, right?

A. We weren't working against Backpage.com. We were working on this issue, yes.

Q. So have you ever heard of a group referred to as Team Backpage?

A. I don't know.

Q. So working on this issue, did that involve monitoring Backpage.com on a daily basis?

A. I think -- yes, on the days following the announcement we were looking at Backpage to see, you know, whether the logos are still up, whether cards were being processed. Yes.

Q. And I'm not talking about just the days afterwards. Let

me talk about the entire period of time from July 1 to July 23, the date of the temporary restraining order in this case.

During that period of time, was the Cook County Sheriff's Office monitoring Backpage.com every day?

A. I don't know. I know in the few days following July 1st we were. I don't know up until the 23rd.

Q. So you don't know what the members of the team working for you were doing?

A. Not minute to minute.

Q. Or day by day?

A. I'm sorry?

Q. Or day by day?

A. I know what they're generally doing day by day, yes.

Q. Is one of the things that your folks were doing was counting the number of ads on Backpage?

A. I think we were counting the ads or trying to. There's so many. But we were looking to see, you know, what sort of steps Backpage was going to take to continue accepting money for these ads. So I think we were just sort of looking to see what the next step was going to be.

Q. Well, you've already gotten the cooperation of Visa and MasterCard. At that point why look at all anymore? You're fine. If Backpage makes some other arrangements, that's up to them, isn't it?

A. I suppose. We were just interested -- you know, we

remained interested in the issue and we're looking to see how it was implemented and whether it was going to be -- you know, how it was going to play out. That's all.

Q. And whether Backpage could arrange some other kind of financing mechanism or credit card mechanism, you were looking for that, too?

A. I think there were already mechanisms on there.

Q. Well, set aside Bitcoin. I'm saying some other version of working with a different acquirer in order to accept credit cards?

A. I think there were also credits that people could purchase and buy ads with.

Q. Right. And you found out about that in this exercise, right?

A. I think I did learn about it in that.

Q. Right. We'll come back in a second.

But in the course of this, among this group of people who were working on this, they're going out and trying to place ads on Backpage and use credit cards, right?

A. Yes.

Q. Okay. They tried that on American Express? Yes?

A. I'm sorry?

Q. They tried that with American Express, correct?

A. I don't know.

Q. All right. I'll ask you about that. Maybe you don't have

knowledge on that one.
They tried it with Visa?
A. I know they tried it with Visa.
Q. Okay. They tried it with MasterCard?
A. I don't know that.
Q. And this wasn't just folks of -- I mean, this team in Back- -- or -- in the sheriff's office; they were working with people across the country on this, too, weren't they?
A. I don't know. I know we are -- our office is connected to a large group of advocates and law enforcement, but I don't -- I don't know whether other people were working on it.
Q. Well, you do know that that large group of advocates and other law enforcement people had been communicated with by your office concerning this shutdown of Backpage?
A. Concerning the decisions Visa and MasterCard made? I believe so.
Q. The ones in response to the sheriff's office, yes.
A. I believe the -- those were communicated, yes.
Q. Okay. So you were in touch with these law enforcement agencies and these other advocacy groups about that decision?
A. Yeah, although they probably heard about it in the news, but I think we were in contact with them.
Q. I'll just put it bluntly, ma'am.
You were talking about them -- talking with them about "what's our strategy now to make sure we shut them

down," correct?
A. I don't -- I don't think that's a fair characterization. I think advising them of the decisions that Visa and MasterCard made is simply that.
Q. I'll try a different characterization and see if this is more fair.
You were in touch with all these other organizations about what are our next steps in case Backpage finds some other means to finance?
A. I actually don't -- I don't know exactly how to answer that. I don't know what the communication specifically was. We work and have worked for nine years with advocates and law enforcement around the country to address trafficking and exploitation. So this -- we have regular communications with them about our collective concerns and this development.
Q. Okay. All right. So at some point during -- in this period, July 1st or the second week, someone in your office was able to place an ad on Visa; isn't that right?
A. Yes, sir.
Q. Okay. And then there was immediate communication with Visa by your office, right?
A. Yes. I don't know if it was immediate, but we did share with them that development.
Q. And were you involved in that?
A. I was.

Q. And who was the communication with, Ms. Smith?
A. I think -- I would have to look at my e-mail to be sure, but I think I communicated with John and asked if we could have a conversation. I may have directed Stephanie to him. I don't recall specifically.
Q. So, again, since you were specifically requesting help from the card companies, why at this point are you going back to pressure them again to do something else?
A. We weren't pressuring them at all. We were just communicating about -- we just wanted to let them know that a transaction, it appeared, had gone through.
Q. Isn't that Visa's business to worry about, if somebody else has set up acquiring arrangements, for example?
A. They know about it.
Q. Oh, you were just making sure to alert them in case there was some other funding mechanism?
A. Some other what?
Q. You were making sure to alert them in case there was some other funding mechanism for Backpage?
MR. GALLAGHER: Objection to form of the question.
THE COURT: I'm going to interrupt here.
Ms. Smith, is it accurate to say that the purpose of sending, as you understood it, the letters on June 29th was to convince Visa and MasterCard to stop allowing their cards to be used to pay for ads appearing in the adult services section

of the Backpage.com website?

THE WITNESS: Your Honor, I think the purpose of them was to raise their awareness of the activity we thought was occurring -- or we believed was occurring on -- through that section and to ask for their assistance in joining us and --

THE COURT: And the assistance you wanted from them was that they would stop allowing their cards to be used to pay for the ads in that section --

THE WITNESS: Yes.

THE COURT: -- correct?

All right. Now -- and the reason that you wanted that assistance was -- the goal of this objective was to reduce to the greatest extent possible the ads that were appearing in that adult services section because the view of those ads is they were facilitating human trafficking; is that fair?

THE WITNESS: Yes. And in the, you know, years leading up to this effort, we had tried all sorts of other ways to communicate with Backpage about this. And our conclusion was, if those -- all those efforts have failed and if they're just in it for the money, maybe if we -- if it's not a lucrative business to be in, they will not keep this part of their website going.

THE COURT: All right. So after Visa and MasterCard agreed not to allow their ads -- their cards to be used to pay

for the ads, was there ongoing monitoring of what was happening with the Backpage site in order to detect whether there were alternative ways for payment that would effectively sort of mitigate the success that you had had by -- through Visa and MasterCard's decision not to allow their cards to be paid?

You were still looking to make sure that some other payment mechanism didn't crop up or that, if there was some mechanism, you knew about that mechanism because your goal was to eliminate that sort of advertising in the adult section of the website; is that not correct?

THE WITNESS: I think there were -- we were monitoring to see, sir, what happened with the ads, to see if it -- I mean, from my perspective, it was like is it that easy, that they just can, you know, flip a switch and those ads are no longer -- can be paid for using those cards and to see if it was working, whether, you know, any ads were going through -- I mean, any payments were going through through there and to sort of see what, if any, response Backpage had to the credit card's decisions.

THE COURT: All right. And if Backpage came up with an alternative way to -- for people to fund those ads, you would have been interested in trying to ask for the cooperation or trying to see if there was some method to address that payment mechanism as well, correct?

THE WITNESS: Yes, sir, I'm sure we would have. We were just sort of evaluating what the next steps of this were going to be.

THE COURT: All right. Because the fundamental objective of this course of conduct was to, if not eliminate altogether, significantly reduce the amount of escort ads appearing in the adult services section of Backpage; is that fair?

THE WITNESS: I think we hoped that that would be one outcome of this, yes.

THE COURT: Okay. All right.

Mr. Grant, this -- the line of questioning about -- I think -- I understand and I don't need a lot more information about why they were continuing to monitor Backpage. They were monitoring -- continuing to monitor Backpage and figure out the payment mechanisms for the same reasons they were contacting Visa and MasterCard. It's the same issue; reduce -- you know, let's see what we can do about the payment mechanism for this process because that might be a way that we can reduce the number of ads appearing on this website. We don't need more evidence on that point, okay, unless you've got a different angle on it.

MR. GRANT: Just a moment, Your Honor.

(Pause.)

THE COURT: And I don't want to cut you off if you've

got a different point. That's what I'm understanding the point of your line of questioning to be. And I think you've -- that's been established.

So if I'm missing the point of your line of questioning, by all means continue to educate me, but --

MR. GRANT: Let me -- let me point out just a couple of other things just so that we have the fact background right. And these are just more factual questions.

BY MR. GRANT:

Q. So the two other things that happened, I'd like to discuss those.

One is that someone in your office realized that you could purchase American Express -- you could purchase general credits on Backpage through American Express cards, right?

A. Yes, sir.

Q. And this is sometime in mid-July, again, as you're checking on the site?

A. I don't recall the exact timing. It was probably earlier in July, but yes.

Q. And you also realized you could use those general credits to buy any kind of ad on Backpage?

A. I don't really have any understanding about how you purchase things outside of the adult services section. So --

Q. What --

A. -- I don't -- I didn't know that at all.

Q. Okay. But you contacted American Express to point out that these credits could be used to buy adult ads, right?
A. I believe so.
Q. And at that point you urged American Express to cut off that, too?
A. We asked them to look at it.
Q. Well, you wanted them to get rid of it? Yes?
A. We wanted to raise their attention about it. And we hadn't really had much communication with American Express at all about what they did, so we were just raising their awareness.
Q. But now here you did in mid-July. You went to them, too?
A. We did.
Q. Okay. And you also realize that you could mail in purchases or money or checks or money orders to Backpage.com to buy credits on the site?
A. Yes, we did learn that.
Q. Okay. And so your office contacted the Texas governor's office about that issue, didn't you?
A. Yes.
Q. Backpage's headquarters -- U.S. headquarters are in Dallas, Texas, right?
A. I didn't -- I don't know where their headquarters are. I know that their -- that's where their P.O. Box was set up to accept money or checks.

Q. And that was then referred to the Texas AG's office?
A. Yes.
Q. And you also wrote a letter to the U.S. postal inspector, the chief postal inspector of the U.S. Postal Service?
A. We did.
Q. Urged him to investigate Backpage.com?
A. Yes.
Q. And take whatever action they could about monies going through the mails to purchase ads on the website?
A. Right. What -- the reason we did that was we expected there to be large amounts of money being sent to a P.O. Box to purchase ads connected to illegal activity.
Q. I was just asking you that you actually took that step, you urged an investigation by the Postal Service inspector?
A. Right. I'm just explaining why we took that step.
Q. So the sheriff's office with federal authorities had no qualms about urging that some other federal authority should investigate Backpage under its jurisdiction?
A. Can you repeat your question?
Q. The sheriff's office had no qualms at all about contacting federal authorities to say they should investigate Backpage or some other entity?
A. We were asking -- we were raising their awareness that this P.O. Box had been set up to accept money for ads that we believed, in our experience, were all illegal. So we were

putting that on the radar of the U.S. postal inspector, yes.
Q. My point is just a little bit different.
The sheriff's office is -- was -- thought it perfectly appropriate to contact the federal authority to refer or recommend an investigation?
A. Correct.
Q. Okay. Ms. Smith, I've handed you Exhibit 40. I just have to ask -- because I've seen this style of document several times and it looks like somebody who is sort of doing a summary of what's involved with Backpage and what's going on -- is this Ms. Zugschwert who wrote these?
A. I don't know. I don't know if I've seen this. I don't know. I'm sorry.
Q. You don't recall getting regular summaries of -- or analyses of numbers about Backpage or background about the industry that had this form?
A. I -- no. I know I was -- I was curious about, you know, what the ads would do, but I don't recall -- I don't recall seeing this before. I apologize.
Q. So you did know that there was an examination of the volume of ads that were appearing on Backpage?
A. Very unscientifically. It was manually.
Q. I'm just asking, are you -- you were aware that that was happening?
A. Yeah. That's my answer, very unscientifically, yeah. I

was --
Q. And you saw where --
A. -- looking at what the trends were, uh-huh.
Q. And what you saw was that there was a spike in the number of ads after the cards were no longer allowed and Backpage allowed permitted ads for free?
A. Yes.
Q. They went up considerably?
A. Yes.
Q. And you were actually doing some analysis at that point about, well, what does this mean?
A. I don't know what you mean, we were doing some analysis. We were just kind of examining what was happening in the days following the announcement.
Q. Okay. Weren't there some concerns that by ad volumes going up, that you had done the opposite of what you said you were intending to do at reducing adult-oriented ads that maybe could relate to prostitution?
A. You know, I think there's -- my understanding is there's lots of ads that are sort of continually reposted. And so I think we weren't sure what the numbers really meant that early on. We weren't sure.
Q. So the question I'm going to ask about here -- and maybe you have not seen it -- but the opinions you expressed at the very last sentence on this page, not only have the ads gone

up -- that's what the rest of the page is talking about, but it says, "The following week, Backpage.com received zero dollars for the thousands of base ads posted." "And most important" -- this is now the first sentence -- "the revenue stream is gone."

Do you see that?

A. I see that on this document.

Q. Was that view expressed within the sheriff's office, that what was important was to deprive Backpage of a revenue stream?

A. No. I haven't seen this document before, but I can tell you that it was our sense that because of all of our communications with Backpage over the years -- I mean, not just ours, but AG's Congress, law enforcement around the country -- if they were -- if they remained in this business solely for the money, perhaps if they weren't making the money, they would be no longer interested in facilitating this activity through their site.

So obviously these are -- this analysis appears to have been done shortly after the decision was made, and we were just analyzing the effect it had.

Q. I'm not sure that was responsive to what I was asking, so let me try again.

Through the course of persuading, compelling, whatever word you want to, Visa and MasterCard to discontinue

use of their cards on Backpage, was it the sheriff's office's view that they had succeeded because they had choked off the financial lifeline of the website?
A. I would say advocated.
Q. Okay. I'll take that.
A. Advocated, it was our advocacy. And -- yeah, I think we felt there was some success because maybe without the revenue stream, Backpage would be -- not -- no longer interested in facilitating this conduct.
Q. So the objective was to choke off the financial lifeline of the website?
A. I don't know if it's the financial lifeline of the website.
Q. So let me ask you to take a look at something.
I've given you what's been marked as Plaintiff's Exhibit No. 41. And this is a couple of e-mails together. The one I'm interested in is from Mr. Ryan.
A. This is just one piece of paper you handed me.
Q. I know, but if you see, there are two copied on the same page.
A. Okay.
Q. I don't mean the one --
A. I got it.
Q. -- that's Mr. Breit's.
A. Thank you. Sorry.

Q. So the e-mail is from Mr. Ryan, and he was directed to report to you, correct?
A. Yes, he is.
Q. Okay. And what he's doing is he's writing here about how should we characterize the victory we had in regards to Backpage, correct?
A. That appears to be what they're doing. I'm not on this e-mail.
Q. No, I understand that. I'm just asking about your direct report and communications going on in your department.
If you look at the paragraph that begins with the phrase -- and the paragraphs are kind of jumbled here -- with the financial industry finally issuing a stern rebuke.
Do you see that?
A. Yes, sir.
Q. Go to the last sentence of that. Mr. Ryan wrote -- and it's referring to Backpage -- "choked of its financial lifeline and branded by the financial community as untouchable, Backpage will likely wither."
Do you see that?
A. I do see that.
Q. Did Mr. Ryan express that view that that was the success of the sheriff's operation against Backpage, was to force the company to wither and die?
A. I mean, I'm reading the same words you are.

Q. No, I'm asking -- I'm asking if he expressed that view at other times?
A. Using that language, not that I can refer -- not that I can recall. I don't -- I don't know.
Q. Okay. You don't know whether he expressed that concept in different words, though. Is that what you're saying?
A. The concept of...?
Q. That the objective of this exercise from the sheriff's office was to choke off the financial lifeline of Backpage so that it would wither or die, and conceptually?
A. The only area -- the only part of the website that we were concerned about -- have ever been concerned about was the adult section.
So -- and we wanted to see whether -- if they weren't making the money off this part of the website, whether they would stay in the business of keeping it, you know, as part of their website. So I had no interest in outside of that, of the adult section.
So I don't -- this is Joe's, you know, language here. I don't -- so I'm sorry I'm not being more helpful in my answer, but I don't quite understand what you're asking me.
Q. But you're suggesting that it was never expressed within the sheriff's office that the objective of this exercise of targeting the card companies to get to Backpage, that the objective was to take down the site altogether, to get rid of

it?
A. Absolutely --
Q. Nobody ever said that?
A. Absolutely never did we have any conversation outside of the activity on the adult section of Backpage.
Q. No one ever said that the objective here is to eliminate Backpage.com?
A. Not -- no, not in my recollection at all.
THE COURT: Mr. Grant, I'm going to give you five minutes to wind up the cross-examination. Otherwise --
MR. GRANT: Your Honor --
THE COURT: -- we're not going to get through the rest of the materials.
MR. GRANT: I'm not going to use the five minutes.
THE COURT: All right.
MR. GRANT: Thank you for the indulgence, though.
THE COURT: Mr. Gallagher, any redirect?
MR. GALLAGHER: Very short.

REDIRECT EXAMINATION

BY MR. GALLAGHER:
Q. Ms. Smith, counsel asked you several questions about whether or not credit card companies might be worried about legal reputational issues; is that correct?
A. Yes, sir.
Q. To be clear, at any point, did you ever discuss internally

at the sheriff's office taking any kind of legal action against Visa or MasterCard?
A. No.
Q. Counsel asked you about your conversation with the American Express company in mid-July; is that correct?
A. Yes.
Q. And that was because you discovered that, even though the American Express company had terminated its relationship with Backpage, that people were able to buy credits through American Express to buy ads on Backpage; is that right?
A. That is correct.
Q. And you contacted American Express, correct?
A. Yeah, I don't know if I did or someone under my control.
Q. Someone on behalf of the sheriff's office did. Is there --
MR. GRANT: I -- maybe it's just point of order, but maybe not direct questions. That's my objection.
THE COURT: This is redirect. I'll permit some leading.
MR. GALLAGHER: Right.
BY MR. GALLAGHER:
Q. So at that time, was any threat made to American Express about what the sheriff would do if they didn't take -- stop taking those ads or stop taking those credits?
A. No. The purpose of the communication was information to

make them aware that this credit arrangement was viable.
Q. And they independently took the step not to allow credits to be bought on their card for Backpage anymore; is that correct?
A. That's my understanding, yes.
Q. At any time was the intent of the sheriff to completely choke off all revenues for Backpage or was it just to eliminate or cut down on the ads in the adult section?
A. The focus -- our focus and energy going back to, you know, the earliest conversation with the sheriff were about trafficking and the conduct that occurs through just the adult service section of that website.
Q. Counsel asked you about -- in July there was some conversation or something done with respect to referring to the Department of Justice possible illegal conduct of Backpage; is that correct?
A. To the postal inspector.
Q. To the postal inspector and to anybody else, anybody else in the federal government?
A. I don't recall. I know we were concerned about the -- focused on the P.O. Box and the revenues that we --
Q. Okay.
A. -- expected might be coming.
Q. Just so we're clear, there was no referral to anybody in any governmental agency about any possible or proposed or

alleged illegal conduct of Visa or MasterCard or American Express; is that correct?

A. Oh, absolutely not.

Q. And you never -- you never thought that Visa, American Express or MasterCard was involved in any criminal conduct, did you?

A. I don't know.

MR. GRANT: I have to note an objection. Lack of foundation and --

THE COURT: He's asking what she believed.

BY MR. GALLAGHER:

Q. With respect to Mr. Breit, counsel had asked you about some conversations with John Earnhardt and Mr. Breit's several contacts with Visa; is that correct?

A. Yes.

Q. Did anybody from Visa, including John Earnhardt, ever tell you that anything that Ben Breit did, said or wrote had any impact on their decision to cut off Backpage?

A. No. I mean, the communication I had with John was that the outcome they reached was the outcome they were looking to arrive at, and then separately that -- because Ben reported to me that his manner of communication was not well-received by John. And I assured him I would address it with Ben.

MR. GALLAGHER: I have no further questions.

MR. GRANT: Nothing, Your Honor. Thank you.

THE COURT: Ms. Smith, you're excused. Thank you.

THE WITNESS: Thank you, Your Honor.

THE COURT: All right. Mr. Gallagher, who are the remaining two witnesses?

MR. GALLAGHER: We have Deputy Chief Michael Anton from the Cook County Sheriff's Office police department. And we have Marian Hatcher, who is with the department of women's justice services.

THE COURT: In the sheriff's office?

MR. GALLAGHER: Yes.

THE COURT: All right. Relatively speaking, in comparison to Ms. Smith's testimony and Sheriff Dart's testimony, do you anticipate on direct that the testimony is about the same?

MR. GALLAGHER: Yes.

THE COURT: All right. We will -- we're going to take a break, give folks a chance to get some lunch. We'll reconvene at 2:00.

We're going to finish the testimony at the absolute latest 4:00. So that probably means, depending on how long the direct will go -- you know, the direct will go no longer than a half an hour.

MR. GALLAGHER: Right.

THE COURT: And the testimony of each of these witnesses is going to go no longer than an hour when we resume

so that we have some opportunity for each side to make oral presentations.

The shorter the testimony is, the more time there will be for those presentations; but if the witnesses take an hour each and we don't begin arguing until 4:00, you're each going to have about a half-an-hour presentation.

All right. So, again, I would urge both sides -- if you have time, you're going to have the opportunity to make arguments based on the documents that you have presented. So your time spent simply reiterating points that you could just as easily do in an argument is not time well spent with the witness. You'd be, frankly, more effective doing it with an argument without a witness to argue with.

So I would urge you to try to streamline your questions to, you know, additional factual material that is not evident from the face of the documents; but I leave that to you.

We'll resume at 2:00.

MR. GALLAGHER: Thank you.

THE CLERK: All rise.

(Lunch recess was had.)

THE COURT: Then you will hear something from us tomorrow. And depending on what that is, we'll need to reconvene -- well, as I think about it, regardless of which way the ruling goes we'll probably need to reconvene for some purpose next week in any event. So stand by for that.

All right. Hope you all are able to have a good weekend after what I'm sure have been a tough few weeks.

MR. GALLAGHER: Thank you very much, Your Honor.

(Which were all of the proceedings had.)

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Kelly M. Fitzgerald August 31, 2015
Official Court Reporter

# Backpage Timeline

June 29: Letters to Visa and MasterCard went out from Sheriff at 3 p.m.

June 30: MasterCard responds that its card will be removed from the site. Message received around noon.

July 1: Visa Reports its card will be removed from Backpage at 8:30 a.m. and Sheriff hold's press conference at 10:30 a.m.

July 1: Night: It appears some cards are still working and card logo's appear on site. We record 1,059 ads on the "adult section" of Chicago's Backpage.

July 3: Reports of Backpage alerts sent to users offering a FREESPEECH promo code for ads to be placed free "as often as you like until the payment issues are resolved." It is unclear how long the promo works, but within days it is clear it no longer works.

July 7: Visa and Mastercard Logos removed from Backpage and cards are no longer working to buy ads or credits on Backpage. Only Bitcoin and "buy credits" options (w/AmEx) remain.

July 7: It is clear this morning all ads are free, though it may have gone into effect on July 6 at some point. Reposting and Sponsor ads costs remain the same. Option to "Fund Account" is addedto allow sending cash, check or money order to P.O. Box in Dallas. "Buy Credits" still an option with AmEx or mail in cash, check or money order an option.

July 7: Cara contacted and spoke with someone at Texas Governor's office re: sending cash, etc. through mail.

July 7: Number of ads on Chicago's "adult section" spikes 135% over July 6th numbers, to 2,500.

July 8: Governor of Texas forwarded our Backpage information to the Texas AG's office. Letter sent to USPS Postal Inspector asking them to investigate the sending of money through the mail..

July 8: Number of ads on Chicago's "adult section" settles back down to about 1,200. Our analysis shows at least 25% of ads being posted are free re-posts from the same poster.

July 10 – Backpage added links to directions on how to use Bitcoin on its website payment pages.

PX01

July 13 – We observe the cost to repost ads in Chicago dropped from $48 for four reposts to $4 for four reposts. AmEx still an option to buy credits. AMEX says they are working to remove card from "credits" option.

**Benjamin Breit (Sheriff)**

**From:** Joseph Ryan1 (Sheriff)
**Sent:** Friday, February 20, 2015 12:24 PM
**To:** Jan Russell (Sheriff); Benjamin Breit (Sheriff); Britt Logan (Sheriff); Sophia Ansari (Sheriff); Richard Garcia2 (Sheriff); Larissa Davis (Sheriff)
**Cc:** Cara Smith (Sheriff)
**Subject:** New employee

On Monday we welcome Stephanie Zugschwert to the team in the position of assistant general counsel to policy. Stephanie will be focusing on exploring legal, legislative and all other angles to eliminating the sex trafficking that has boomed on Web sites like Backpage.com. She comes to us with a proven track record in victim advocacy. She previously led the Minnesota Alliance on Crime where she coordinated legislative and policy advocacy on crime victim issues. She now lives in Chicago and will be working to save the world from Cass's old office.
Thanks for giving her a warm welcome,

Joseph Ryan
Director of Policy
Cook County Sheriff's Office
Cell: 312-833-2379
Office: 773-674-5994

PX02

**Stephanie Zugschwert (Sheriff)**

| | |
|---|---|
| **From:** | Caroline Palmer <Caroline@mncasa.org> |
| **Sent:** | Monday, April 06, 2015 5:50 PM |
| **To:** | Stephanie Zugschwert (Sheriff) |
| **Cc:** | Rana S Alexander |
| **Subject:** | RE: Sex trafficking of minors |
| **Attachments:** | FacebookWritpetition.pdf; In re Facebook Inc Response to Writ.pdf |

Hi, I'm sorry for the delay in responding. This is all I have from the Facebook case in my files but I'm cc-ing Rana because she'll have the rest.
Hope all is well with you and sounds like you are doing some really interesting work!
Caroline

**From:** Stephanie Zugschwert (Sheriff) [mailto:Stephanie.Zugschwert@cookcountyil.gov]
**Sent:** Tuesday, March 17, 2015 11:10 AM
**To:** Caroline Palmer
**Subject:** Sex trafficking of minors

Hi Caroline -- I hope you are doing well. It has been 3 ½ years now since I left MAC and moved to Chicago. I was just recently hired by Cook County Sheriff Tom Dart as one of his Policy team to specifically work on sex trafficking issues, mainly trafficking of minors. This issue has been one of Sheriff Dart's top priorities for many years. He was heavily involved with getting Craigslist to discontinue its Adult Escort section of its online classified ads many years ago. Now, he has turned me towards trying to take down Backpage.com. Just a minor task☺

Anyway, I just spoke to Kelly Moller and she pointed me in your direction, for the amicus briefs you (and Rana) filed in the "Facebook" case. My issues are similar in that I am doing research on what is discoverable from Backpage.com in an action where Backpage is not the named party. There will also be jurisdiction/procedural issues because Backpage is an out of state party for us. Would you be willing to show/send me copies of all the briefs involved and the court's decision in that case, if you have them? Or, is there someplace I could look it all up? I would love to see both sides of the arguments and the court's reasoning, if possible. This would be tremendously helpful to me as communications law is brand new to me, although I have been learning as I move forward.

Also, As I am focusing on Backpage.com, do you know anyone in Minnesota that has taken a look at what can be done to them legally or otherwise to stop their free-flow of advertisements trafficking minors on their webpage? I am willing to talk to anybody on ideas!

Let me know at your convenience. Thank you!

Stephanie Zugschwert
Assistant General Counsel for Policy
Cook County Sheriff Tom Dart's Office
Office: 773-674-4466

PX03

**Benjamin Breit (Sheriff)**

| | |
|---|---|
| **From:** | Nicholas Kristof <kristof@nytimes.com> |
| **Sent:** | Wednesday, June 17, 2015 8:11 AM |
| **To:** | Benjamin Breit (Sheriff) |
| **Subject:** | Re: Backpage |

I'm afraid I'm in South Sudan. Hope to be back next week. Let's talk then.

Sent from my iPhone

> On Jun 17, 2015, at 3:57 PM, Benjamin Breit (Sheriff) <Benjamin.Breit@cookcountyil.gov> wrote:
>
> Hey Nick, hope all is well! Sheriff Dart has got something coming up on the Backpage front that we thought you'd be interested in hearing about. We've put together a strategy to hopefully compel the credit card companies to stop accepting Backpage payments. Since the national legal strategies aren't working to this point, the Sheriff feels this is the most effective way to hit Backpage where it hurts.
>
> We're looking at announcing this perhaps next week. Know you've already dedicated a significant number of columns to Backpage, so even if you won't be writing on this specifically, we'd love to jump on the phone and run the concept by you in more detail to get your perspective as an expert in the field.
>
> Ben
>

PX04

CCSO 03157

**Stephanie Zugschwert (Sheriff)**

**From:** Stephanie Zugschwert <jszugs@gmail.com>
**Sent:** Wednesday, June 24, 2015 1:01 PM
**To:** Stephanie Zugschwert (Sheriff)
**Subject:** Fwd: my proposal and letters for sheriff - not yet acted upon

Sent from my iPhone

Begin forwarded message:

> **From:** Stephanie Zugschwert <jszugs@gmail.com>
> **Date:** June 21, 2015 at 9:06:58 AM CDT
> **To:** Steve Bergerson <srbergerson@gmail.com>
> **Subject: Fwd: my proposal and letters for sheriff - not yet acted upon**
>
> Sent from my iPad
>
> Begin forwarded message:
>
> > **From:** Stephanie Zugschwert <jszugs@gmail.com>
> > **Date:** June 20, 2015 at 7:38:40 PM CDT
> > **To:** Lois Bergerson <lmbergerson@frontiernet.net>, Annelie Bergerson <annelie.bergerson@gmail.com>, Shawn Bergerson <sbergerson@wscm.net>, "Don, Stacy, Celia and Tegan Brown" <brown686@juno.com>, John Zugschwert <jzugschwert@harriscollect.com>
> > **Subject: my proposal and letters for sheriff - not yet acted upon**
>
> <BPFinancialInstitutions.docx>
>
> <Visa%20Final.doc>
>
> <MasterCard%20Final.doc>
>
> <Financial%20Institutions%20Fact%20Sheet.docx>
>
> > This is the proposal for the sheriff I put together - I think we are having a press conf and release either on Thurs. next week or Tues. the following week.
> >
> > Just FYI for context - Backpage.com runs an adult escort section online that is everywhere in the united states and 80 countries internationally. Craigslist had the adult escort section years ago and Sheriff Dart sued them and numerous other pressures were put on them and Craigslist's owners agreed to shut its site down for Adult Escorts. Backpage.com started posting these ads, basically prostitution ads, after Craigslist shut its down. Backapge.com was affiliated at that time with a Media Holding group with numerous newspapers and after its advertisers and

investors got into the controversy about Backpage.com and its promotion of prostitution, they split Backpage off and it has been its own company for years and does not care about the controversies about its Adult Escort section.

Law enforcement around the country continue to make arrests for minors that are being trafficked right off of Backpage.com. Backpage.com has been sued on numerous occasions by minors - victims - that have been advertised on Backpage.com by their traffickers and because of a federal statute, the Communications Decency Act, each court has found that Backpage is immune from any civil suit or immune for prosecution or suit brought under any state law "that is inconsistent with" the Communications Decency Act. So Backpage.com's Adult Escort has flagrantly just become an open market for online prostitution and subsequently minor sex trafficking. The owners of Backpage are well aware of this fact but they have never been able to be held accountable because of the federal law. Even states have passed state statutes to criminalize the advertising of minors for sex trafficking specifically to try to shut Backpage.com's adult escort section down, but they have all been held unconstitutional. 51 State's Attorneys General have sent Backpage letters to shut down, Congress has tried, huge nonprofits and calnge.org petitions signed by thousands of people, but to no avail. Google or other search engines will not cooperate because if they do, it erodes their immunity under the Communications Decency Act as well.

Sheriff Dart can't stand for the minors to be used in this way. So he hired me to specifically focus on this issue, think outside the box, and come up with a way to disrupt Backpage.com. Above is my proposal after much research and he has approved it and is excited about it. I am hoping it goes forward! Not to be dramatic but is still highly confidential. We are only going after Visa and masterCard because they are the only two credit cards on Backpage.com's Adult Escort site to be used as payment.

Stephanie Zugschwert
jszugs@gmail.com

1

To: Sheriff Tom Dart, Director Cara Smith, Joseph Ryan, Director of Policy
From: Stephanie Zugschwert
Re: Backpage and Financial Institutions
Date: May 7, 2015

## Backpage.com: Approach Major Financial Institutions

### A. Summary

The basic concept of this initiative would be for the Sheriff to approach Visa, MasterCard, American Express, and Discover to request these companies to block all customer transactions that use their brand-name credit cards to pay for the placement of sex-selling ads on Backpage and like Web sites, nationally and internationally.

We are seeking to use the "National Day of Johns," ending in early August, as a platform to launch this initiative. This initiative is highly dependent on our ability to show these financial institutions clear evidence that supports the arguments that ads placed with Backpage in the Adult Escort sections are: (1) actually being used as a front for adult and minor prostitution; 2) Backpage is frequented by johns seeking minors and by child sex traffickers; 3) that these companies have the legal ability, moral/reputational responsibility to do this and 4) they have already done this before in similar cases and should therefore do it in this case as well.

The National Day of Johns provides an ideal launching pad to exert national pressure on the financial institutions by garnering the backing of dozens of law enforcement agencies and the attention from media across the country. We need to show these financial institutions that Backpage is not only being used this way here in Cook County, but all over the nation. The ultimate goal would be to present our initiative to our National Day of Johns partners and to have them sign on in support. We would use the new 2015 National Day of Johns data to supplement our already prepared information packet for the media push.

We could prepare a letter outlining our initiative and send it to our partners prior to the start of the National Day of Johns asking them to eventually sign on and also to provide us with a bit of additional data. We would need to do this by late June. We can add questions to the questionnaire that our partners send back to us after the National Day of Johns that includes which website that they used to place decoy ads and what method of payment used to pay for the ad, specifying credit card type. We could also ask them to have decoy ads placed that will give us a measure of the demand for minors.

The goal would be to ultimately present this information in a streamlined media digestible form, with our National Day of Johns partners signing on and to release it with the National Day of Johns media effort.

We have a strong and legitimate argument to support an initiative. Recent trends in the financial industry as described below indicate not only willingness, but also self-serving concern of financial institutions over their own potential liability for allowing suspected illegal transactions to continue to take place. Some big name banks and other financial institutions have already taken actions in the area of human trafficking and closed down accounts of customers in "risky" industries like adult entertainment and escorts. Banks are highly concerned about their business reputations and that of their investors. They could lose millions if they are found or accused of making such enormous financial gain from what can be arguably "tainted" money.

Following is a description of the current context in which financial institutions are operating with regard to human trafficking issues and the other research in which this initiative could be supported.

## B. Legal/ Moral and Reputational Responsibility

### 1. Financial Institutions Have a Duty to File Suspicious Activity Reports

U.S. and European financial institutions already have a regulatory duty to report suspected illegal activity through the filing of "Suspicious Activity Reports (SARs)". The SARS forms that institutions currently use to report suspicious activities do list fraud, money laundering and terrorist activity. They do not contain a separate box for suspected human trafficking (HT), although 18 U.S.C. 1956 provides that the laundering of monetary instruments includes in its definition of "specified unlawful activities" in section (vii) "that trafficking in persons, selling or buying children, sexual exploitation of children or transporting or recruiting or harboring a person including a child, for commercial sex acts". (suspected HT is, in practice, included in the "other" box and explained in the narrative portion of the SAR form). Because the posting of prostitution ads on BP, those purchasing the girls from BP, is illegal and falls within the SAR filing category, banks that knowingly allow these transactions, are susceptible to money laundering prosecutions, reputational damage and/or hefty fines..

Updating these forms to include HT has been suggested, in particular by Joann Alicea, beginning in 2011 to the present. The forms have not yet changed. Ms. Alicia is a Certified Financial Crimes Investigator and an Anti-Money Laundering (AML)/human trafficking investigator. She actively travels and speaks on the topic of HT and the role of financial institutions. She currently works at JPMorgan Chase Bank, a leader in the financial industry's fight against HT. She specifically advocates investigating individual credit card and other financial transactions for multiple spending on ads placed in Craigslist/Backpage (BP), followed by hotel spending, or purchase of Greyhound bus transactions, for example. After an account has been flagged ten times for internet ad purchases, she closes the account down.

### 2. Purchasing a BP Ad Violates Visa and MasterCard User Rules

Both Visa and MasterCard have rules that regulate their customer's use of their credit cards and bank accounts, as well as rules to their issuing banks. As we know (but would need to prove to Visa and MasterCard) purchasing an ad in BP under the Adult Escort or other related sections is very often prostitution and minor prostitution-related and these acts would clearly violate Visa and MasterCard's rules.

**MasterCard's rules:**

Notwithstanding anything to the contrary set forth in a License, the Corporation, at its sole discretion, may terminate a Customer's Participation effective immediately and without prior notice, if:

9. The Customer (i) directly or indirectly engages in or facilitates any action or activity that is illegal, or that, in the good faith opinion of the Corporation, and whether or not addressed elsewhere in the Standards, has damaged or threatens to damage the goodwill or reputation of the Corporation or of any of its Marks; or (ii) makes or continues an association with a person or entity which association, in the good faith opinion of the Corporation, has damaged or threatens to damage the goodwill or reputation of the Corporation or of any of its Marks;

**Visa's rules:**

1.3.3.1 Protecting the Visa Brand Reputation
No activities or materials may infringe, dilute, denigrate, or impair the goodwill and/or reputation of the Visa brand or Visa-Owned Marks.

**And in its Visa Acquirer Risk Program Standards Guide (to issuing bank):**

Stipulate a clause in the Merchant Agreement that provides for the immediate Termination of a merchant by the member for any significant circumstances that creates harm or loss to the goodwill of the Visa system.
Members should invoke this clause when a merchant's practices and exception item activity are such that they create a substantial risk of loss and/or harm to the payment system, including illegal activity.

## C. Financial Institutions Have Blocked Accounts in Similar Situations

### 1. Manhattan DA – Cyrus Vance and CEO of Thomson-Reuters Foundation

In April of 2013, at a round-table meeting in NYC, Manhattan DA Cyrus Vance asserted that banks and credit card companies should play a crucial role in shutting down human trafficking. This discussion occurred when Manhattan DA Cyrus Vance and the CEO of Thomson Reuters Foundation launched a new initiative; joined by JPMorgan Chase, Citigroup Inc., Bank of America Corp., Wells Fargo & Co., Toronto Dominion Bank, Barclays, Western Union, and American Express to fight HT. At this roundtable meeting, JPMorgan, a leader in this initiative, shared its model for monitoring transactions for HT and partnering with law enforcement.

In July of 2013, these banks, various NGO's and the Polaris Project met again, from which in January of 2014, they issued an "international white paper" offering guidance to financial institutions and law enforcement in identifying financial transactions that may be linked to HT. The paper offers investigative guidance and transaction traits that may indicate a higher risk for HT. This "white paper" has been widely distributed in the financial industry and internationally.

### 2. The Department of Justice's "Operation Choke Point"

Happening at the same time, beginning in late 2013, and really under the public's and media's radar, the Department of Justice (DOJ) created a plan to crack down on banks that allowed online scammers to access the payment system. The DOJ believed that banks were allowing payment processors to continue to maintain accounts, despite the presence of glaring red flags indicative of fraud. This plan has been called "Operation Choke Point (OCP)". Although originally interested primarily in online consumer lenders, it has been expanded to target more than 30 "high risk industries" such as firearms sales, online gambling, tobacco sales and escort services. The DOJ informed the banks that certain industries are more likely than others to be involved in unauthorized charges and consumer credit. They also informed the banks that they would be watching closely.

The DOJ issued an abundance of subpoenas to big and small banks to investigate suspect transactions. Eventually some banks settled with the DOJ, paying hefty fines. This has had a great effect on banks around the country. Around April of 2014, news articles started reporting that banks such as Chase Bank, JPMorgan even PayPal and online fundraiser platforms have started closing accounts of various adult entertainers, online sex toy sales, pornography activities, etc. The institutions cited "reputational risk" or "high risk" as various reasons for closing the accounts. Both Visa and MasterCard have blocked all donations to the WikiLeaks site, and have previously blocked all online gambling transactions. They have also cancelled merchant agreements for medical and recreational marijuana purchases and American Express

and Discover do not allow it's cardholders to buy marijuana for either purpose. American Express does not allow its cardholders to purchase online pornography and this extends to its gift cards and prepaid cards.

OCP has become very controversial in Congress, although still not highly reported by the news media. After an uproar from Congress, the FDIC, under the direction of the DOJ, issued an official letter changing the OCP policy, stating instead that each transaction must be reviewed on a case-by-case basis instead of "red flagging" entire industries. Congress has demanded the FDIC to punish OCP operators. Also insisting that all government agencies "publically disclaim" their involvement in OCP. This appears to be all posturing on behalf of Congress.

Banks, however, are still weary of high risk industries. As recently as March 16, 2015, the U.S. Justice Department's criminal head said banks may need to go beyond filing SARs when they encounter a risky customer. She said" the vast majority of financial institutions file SARs when they suspect that an account is connected to nefarious activity. . . . But, in appropriate cases, we encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem." Just recently, a bank in Florida closed a Gun/Pawn Shop account. Also, even though Online Gambling is now legal in some states, banks still regularly deny credit card payments for Online gambling transactions, even in legal states.

Recently, the Consumer Financial Protection Bureau (CFPB) filed a massive lawsuit against a dozen debt collectors, payment processors and related entities, alleging the failure to stop fraudulent collection tactics. Critics of OCP are arguing that CFPB has now picked up where OCP left off. In addition, recently a bank in NY was held civilly liable to victims of terrorism for the bank's handling of Hamas accounts. This is a very recent development in banking liability law, and a development that banks will be watching closely.

**F. Future of Suspect Online Payments**

The Adult Entertainment industry has caught on to the trend that financial institutions are cancelling their accounts and are moving to digital currencies like Bitcoin. In a recent article, even Playboy evaluated the use of various digital currencies "... it makes sense that crypto currencies appeal to the people whose business is sex: they are independent of any central authority and can be transferred through a computer or smartphone without an intermediary financial institution.... In an industry... discriminatory to anyone with the word "sex" on their website, crypto currency seems like a much needed ray of hope". Goldman Sachs and Chinese Co. just invested $50 million in a Bit-Coin focused company, so I do think this is something that law enforcement will have to address in the future.

**OFFICE OF THE SHERIFF**
RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

June 17, 2015

Mr. Charles W. Scharf
Chief Executive Officer
Visa Incorporated
P.O. Box 8999
San Francisco, CA 94128-8999

Members of the Board of Directors, Visa Incorporated,

Dear Mr. Scharf and Members of the Board of Directors,

As the Sheriff of Cook County, a father and a caring citizen, I write to request that your institution immediately cease and desist from allowing its credit cards to be used to place ads on websites like Backpage.com, which promotes prostitution and facilitates online sex trafficking.

After years of unchecked growth in the online sex trade, it has become increasingly indefensible that your corporation continues to willfully play a central role in an industry that reaps its cash from the victimization of women and girls across the world.

Sex trafficking is among the most pervasive and persistent of social evils. It is one that law enforcement strives daily to mitigate to reduce the number of victims. Yet, the unfettered proliferation of websites like Backpage.com has provided this violent industry with a mask of normalcy, driving demand ever higher and increasing the enslavement of prostitutes, including children.

In just one month this spring, Backpage.com posted 1,461,227 ads in its "Adult Escort" section in the United States. I challenge you to find an ad in that section that is not selling sex. Most of them even include prices, hotel locations, nude photos and, increasingly, videos. Still, this deluge of ads is just a comparative drop in the bucket as Backpage.com now operates in over 80 countries.

In the Chicago area – where I'm charged with eradicating such trafficking – more than 20,000 prostitution ads are placed every month on Backpage.com, according to an outside

analysis. That puts Chicago among the leaders in the number of prostitution ads across the country.[i] My officers could spend every day answering ads and setting up stings and they would not be able to put a dent in such traffic.

Key to this growth is the sense of normalcy your institutions provide by allowing traffickers to pay for their ads with your credit cards, just as if they were placing an ad for a used car or buying a book on Amazon. That flood of ads makes the practice of buying sex appear increasingly normal and harmless to Johns across the country. As the demand then rises, the supply – women and girls – is increased through coercion and violence.

For years law enforcement agencies and advocacy organizations have screamed and howled about Backpage.com and similar sites to no avail.[ii] But Congress is too hamstrung to act and the Courts continue to follow antiquated laws to the point of nonsensical outcomes.[iii]

But such absurdity is no excuse for your institution to ignore its own rules, its own precedent and its own sense of decency. To the contrary, your institution has the moral, social and legal right to step up on this pervasive problem and make a fundamental and everlasting difference.

Your own credit card user and merchant "Terms of Use" clearly give you the right to cancel or block transactions over activities that can impair your brand's reputation.

Financial institutions have the legal duty to file "Suspicious Activity Reports" to authorities in cases of human trafficking and sexual exploitation of minors.[iv] In fact, the Justice Department's criminal head recently said banks may need to go beyond filing suspicious activity reports when they encounter a risky customer, "we encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem."[v]

Meanwhile, the financial industry has already decided to block specific transactions and close certain accounts in other cases, for both legal and illegal industries. Chase Bank, JPMorgan, and PayPal have closed accounts of various adult entertainers, online sex toy sales, and pornography activities. The institutions cited "reputational risk" or "high risk" as various reasons for closing the accounts.[vi]

Both Visa and MasterCard have blocked their cards from being used in certain online gambling transactions. Credit cards can't be used in many cases for medical and recreational marijuana purchases.[vii] Recently, American Express decided to stop allowing its cards to be used to buy ads in the adult section of Backpage.com.

If the industry has decided not to allow credit cards to be used to gamble, buy pot or watch pornography, then why allow them to be used to facilitate prostitution, even in cases of child sex trafficking? Make no mistake: Your cards have and will continue to be used to buy ads that sell children for sex on sites like Backpage.com.

If you think I'm being hyperbolic, I ask you to please go to Backpage.com and click on the ads for 'adult escort' or 'dom & fetish' or 'adult jobs.' There you will easily be able to check out hourly rates and nude photos of women and girls across your area, even for a 'young, young, young, pretty girl,' as was recently posted in Chicago.

Now, click on the blue 'Post Ad' button at the top of the Web site. After you click through a bevy of laughable rules, you will see familiar credit card icons: the ubiquitous yellow and red globes of MasterCard and the blue and gold bars of Visa.

For every one of the millions of ads on Backpage.com alone, your institution is making money. But at what cost to your image, our society and to those thousands of victims?

The use of your credit cards in this violent industry implies an undeserved credibility and sense of normalcy to such illicit transactions and only serves to increase demand. You now have a chance to reverse the trend and reduce sex trafficking.

Within the next week, please provide me with contact information for an individual within your organizations that I can work with on this issue.

Sincerely,

Thomas J. Dart
Cook County Sheriff

Cc: CEO's of top five investors in Visa:

Frederick William McNabb III
Vanguard Group, Inc.

Abigail Pierrepont Johnson
Fidelity Management and Research Co.

James Kennedy
T. Rowe Price Associations, Inc.

Joseph L. Hooley
State Street Corp.

Laurence D. Fink
BlackRock Fund Advisors

---

[i] An analysis of Backpage.com of ad placement provided from Hunt Alternatives.
[ii] *Kirk Leads Letter to DOJ Requesting Immediate Investigation of Backpage*.com ( Jan. 28, 2015), http://www.kirk.senate.gov/?p=press_release&id=1315; Letter from the National Association of Attorneys General regarding Backpage.com's ongoing failure to effectively limit prosecution and sexual trafficking activity on its website, signed by 51 Attorneys General (August 31, 2011); Letter from the United States Senate, signed by 19 Senators, asking Backpage to shut its Adult Escort section down (March 23, 2012); Letter to Village Voice Media asking for Backpage to shut down its Adult Escort section, signed by a coalition of 53 organizations and individuals, including **Polaris** (Dec. 2, 2011); Mass. Amicus Brief, *supra* n. 2; *Amicus Curiae* Brief of the National Center for Missing and Exploited Children, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed Sept. 4, 2014) [hereinafter WA NCMEC Amicus Brief]; *Amicus Curiae* Brief from the City and County of San Francisco, City of Atlanta, City and County of Denver, City of Houston, City of Philadelphia and City of Portland, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed 02/19/2015).
[iii] See Jane Doe No. 1, Jane Doe No. 2 and Jane Doe No. 3 v. Backpage.com, United States District Court, District of Massachusetts, Order and Memorandum of the Court Dismissing Backpage's Motion to Dismiss based on immunity under the Communication Decency Act, 47 U.S.C. §230, wherein the Court stated that "Congress has made the determination that the balance between suppression of trafficking and freedom of expression should be struck in favor of the latter in so far as the Internet is concerned. Putting aside the moral judgment that one might pass on Backpage's business practices, this court has no choice but to adhere to the law that Congress has seen fit to enact.", page 33 of Court's Memorandum and Order (filed 5/15/2015).
[iv] 12 U.S.C. 1818, 1819; 31 U.S.C. 5318 and 18 U.S.C. 1956
[v] *Prosecutor: Banks Need to do More Than File SAR's*, Risk and Compliance section of the Wall Street Journal, (3/16/2015)
[vi] *JPMChase, PayPal Close Adult Entertainer Account, Denied Payment for "Morality"* IssueHawk.com (April 25 2014); *5 naughty things your credit card won't buy*, www.bankrate.com; *Cash is King*, http://www.forbes.com/2008/03/18/spitzer-money-laundering-biz-cz_nv_0318money.html (3/08/2008); *Online Gambling Booms, But Credit Card Acceptance Lags* http://www.foxbusiness.com/personal-finance/2014/01/17/as-online-gambling-booms-credit-card-acceptance-lags (01/24/2014); *Green Dot Prepaid Visa Card Members Being Blocked* http://successonline13.empowernetwork.com/blog/green-dot-visa-card-members-being-blocked (Aug. 8, 2013); *Major Bank Won't Do Business With a Florida Gun and Pawn Shop. Is Choke Point to Blame?* http://dailysignal.com/2015/04/16/major-bank-wont-do-business-with-a-florida-gun-and-pawn-shop (April 16, 2015).
[vii] *Id.*

# OFFICE OF THE SHERIFF

RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

June 17, 2015

Mr. Ajaypal Banga
President and Chief Executive Officer
MasterCard Incorporated
2000 Purchase Street
Purchase, NY 10577

Members of the Board of Directors, MasterCard Incorporated

Dear Mr. Banga and Members of the Board of Directors,

As the Sheriff of Cook County, a father and a caring citizen, I write to request that your institution immediately cease and desist from allowing its credit cards to be used to place ads on websites like Backpage.com, which promotes prostitution and facilitates online sex trafficking.

After years of unchecked growth in the online sex trade, it has become increasingly indefensible that your corporation continues to willfully play a central role in an industry that reaps its cash from the victimization of women and girls across the world.

Sex trafficking is among the most pervasive and persistent of social evils. It is one that law enforcement strives daily to mitigate to reduce the number of victims. Yet, the unfettered proliferation of websites like Backpage.com has provided this violent industry with a mask of normalcy, driving demand ever higher and increasing the enslavement of prostitutes, including children.

In just one month this spring, Backpage.com posted 1,461,227 ads in its "Adult Escort" section in the United States. I challenge you to find an ad in that section that is not selling sex. Most of them even include prices, hotel locations, nude photos and, increasingly, videos. Still, this deluge of ads is just a comparative drop in the bucket as Backpage.com now operates in over 80 countries.

In the Chicago area – where I'm charged with eradicating such trafficking – more than 20,000 prostitution ads are placed every month on Backpage.com, according to an outside analysis. That puts Chicago among the leaders in the number of prostitution ads across the

country.[i] My officers could spend every day answering ads and setting up stings and they would not be able to put a dent in such traffic.

Key to this growth is the sense of normalcy your institutions provide by allowing traffickers to pay for their ads with your credit cards, just as if they were placing an ad for a used car or buying a book on Amazon. That flood of ads makes the practice of buying sex appear increasingly normal and harmless to Johns across the country. As the demand then rises, the supply – women and girls – is increased through coercion and violence.

For years law enforcement agencies and advocacy organizations have screamed and howled about Backpage.com and similar sites to no avail.[ii] But Congress is too hamstrung to act and the Courts continue to follow antiquated laws to the point of nonsensical outcomes.[iii]

But such absurdity is no excuse for your institution to ignore its own rules, its own precedent and its own sense of decency. To the contrary, your institution has the moral, social and legal right to step up on this pervasive problem and make a fundamental and everlasting difference.

Your own credit card user and merchant "Terms of Use" clearly give you the right to cancel or block transactions if the customer "indirectly engages in or facilitates any action or activity that is illegal."

Financial institutions have the legal duty to file "Suspicious Activity Reports" to authorities in cases of human trafficking and sexual exploitation of minors.[iv] In fact, the Justice Department's criminal head recently said banks may need to go beyond filing suspicious activity reports when they encounter a risky customer, "we encourage those institutions to consider whether to take more action: specifically, to alert law enforcement authorities about the problem."[v]

Meanwhile, the financial industry has already decided to block specific transactions and close certain accounts in other cases, for both legal and illegal industries. Chase Bank, JPMorgan, and PayPal have closed accounts of various adult entertainers, online sex toy sales, and pornography activities. The institutions cited "reputational risk" or "high risk" as various reasons for closing the accounts.[vi]

Both Visa and MasterCard have blocked their cards from being used in certain online gambling transactions. Credit cards can't be used in many cases for medical and recreational marijuana purchases.[vii] Recently, American Express decided to stop allowing its cards to be used to buy ads in the adult section of Backpage.com.

If the industry has decided not to allow credit cards to be used to gamble, buy pot or watch pornography, then why allow them to be used to facilitate prostitution, even in cases of child sex trafficking? Make no mistake: Your cards have and will continue to be used to buy ads that sell children for sex on sites like Backpage.com.

If you think I'm being hyperbolic, I ask you to please go to Backpage.com and click on the

ads for 'adult escort' or 'dom & fetish' or 'adult jobs.' There you will easily be able to check out hourly rates and nude photos of women and girls across your area, even for a 'young, young, young, pretty girl,' as was recently posted in Chicago.

Now, click on the blue 'Post Ad' button at the top of the Web site. After you click through a bevy of laughable rules, you will see familiar credit card icons: the ubiquitous yellow and red globes of MasterCard and the blue and gold bars of Visa.

For every one of the millions of ads on Backpage.com alone, your institution is making money. But at what cost to your image, our society and to those thousands of victims?

The use of your credit cards in this violent industry implies an undeserved credibility and sense of normalcy to such illicit transactions and only serves to increase demand. You now have a chance to reverse the trend and reduce sex trafficking.

Within the next week, please provide me with contact information for an individual within your organizations that I can work with on this issue.

Sincerely,

Thomas J. Dart
Cook County Sheriff

Cc: CEO's of top five investors in MasterCard:

Reeta Roy
MasterCard Foundation

Frederick William McNabb III
Vanguard Group, Inc.

Abigail Pierrepont Johnson
Fidelity Management and Research Co.

Joseph L. Hooley
State Street Corp.

James Kennedy
T. Rowe Price Associations, Inc.

---

[i] An analysis of Backpage.com of ad placement provided from Hunt Alternatives.
[ii] *Kirk Leads Letter to DOJ Requesting Immediate Investigation of Backpage.com* ( Jan. 28, 2015), http://www.kirk.senate.gov/?p=press_release&id=1315; Letter from the National Association of Attorneys General regarding Backpage.com's ongoing failure to effectively limit prosecution and sexual trafficking activity on its website, signed by 51 Attorneys General (August 31, 2011); Letter from the United States Senate, signed by 19 Senators, asking Backpage to shut its Adult Escort section down (March 23, 2012); Letter to Village Voice Media asking for Backpage to shut down its Adult Escort section, signed by a coalition of 53 organizations and individuals, including **Polaris** (Dec. 2, 2011); Mass. Amicus Brief, *supra* n. 2; *Amicus Curiae* Brief of the National Center for Missing and Exploited Children, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed Sept. 4, 2014) [hereinafter WA NCMEC Amicus Brief]; *Amicus Curiae* Brief from the City and County of San Francisco, City of Atlanta, City and County of Denver, City of Houston, City of Philadelphia and City of Portland, J.S., S.L., and L.C. v. Backpage.com, Supreme Court of the State of Washington (filed 02/19/2015).
[iii] See Jane Doe No. 1, Jane Doe No. 2 and Jane Doe No. 3 v. Backpage.com, United States District Court, District of Massachusetts, Order and Memorandum of the Court Dismissing Backpage's Motion to Dismiss based on immunity under the Communication Decency Act, 47 U.S.C. §230, wherein the Court stated that "Congress has made the determination that the balance between suppression of trafficking and freedom of expression should be struck in favor of the latter in so far as the Internet is concerned. Putting aside the moral judgment that one might pass on Backpage's business practices, this court has no choice but to adhere to the law that Congress has seen fit to enact.", page 33 of Court's Memorandum and Order (filed 5/15/2015).
[iv] 12 U.S.C. 1818, 1819; 31 U.S.C. 5318 and 18 U.S.C. 1956
[v] *Prosecutor: Banks Need to do More Than File SAR's*, Risk and Compliance section of the Wall Street Journal, (3/16/2015)
[vi] *JPMChase, PayPal Close Adult Entertainer Account; Denied Payment for "Morality"* IssueHawk.com (April 25 2014); *5 naughty things your credit card won't buy*, www.bankrate.com; *Cash is King*, http://www.forbes.com/2008/03/18/spitzer-money-laundering-biz-cz_ny_0318money.html (3/08/2008); *Online Gambling Booms, But Credit Card Acceptance Lags* http://www.foxbusiness.com/personal-finance/2014/01/17/as-online-gambling-booms-credit-card-acceptance-lags (01/24/2014); *Green Dot Prepaid Visa Card Members Being Blocked* http://successonline13.empowernetwork.com/blog/green-dot-visa-card-members-being-blocked (Aug. 8, 2013); *Major Bank Won't Do Business With a Florida Gun and Pawn Shop. Is Choke Point to Blame?* http://dailysignal.com/2015/04/16/major-bank-wont-do-business-with-a-florida-gun-and-pawn-shop (April 16, 2015).
[vii] *Id.*

# Fact Sheet

**Cook County Sheriff Tom Dart is requesting that Visa and MasterCard immediately cease and desist allowing its credit cards to be used to place ads on websites like Backpage.com, which promotes prostitution and facilitates online sex trafficking.**

## Backpage .com Facts:

- The City of Chicago is ranked #2 in highest demand for online Commercial Sex topped only by Las Vegas. There is an average of 21,000 "Adult Escort" ads placed on Backpage each month in Chicago.
- In just one month this spring, Backpage.com posted 1,461,227 ads in its "Adult Escort" section in the United States alone. Backpage.com now operates in over 80 countries.
- Sheriff's Police have arrested more than 815 people through Backpage.com since 2009.
- In Sheriff Dart's ninth "National Day of Johns", 408 johns were arrested in participating jurisdictions across the country after answering what they thought were online ads for prostitution on Backpage.
- Since January 1, 2015, Sheriff Dart's Police have made 82 arrests off of Backpage ads.
- The average age for girls entering prostitution is 12-14 years old. Some reports suggest that anywhere from 70-90% of commercially exploited youth have a history of sexual abuse.
- The National Center for Missing and Exploited Youth (NCMEC) has reported a 1,432% increase in reports of suspected child trafficking. NCMEC attributes this enormous increase as directly correlated to the increased use of the Internet to sell children for sex.

## Case Studies:

- In one case an individual was arrested by a local task force for forcing three teenage girls into prostitution, in separate instances. They were all driven from Iowa to Chicago where he placed their photos and ads on Backpage.com. He then forced the women to engage in prostitution and took all the money and marijuana the girls received as payment. He gave them nothing but meals and a hotel room in return.

After two of the girls said they were afraid and did not want to prostitute, he assaulted them and threatened to leave them in Chicago without a ride or money.

- The Sheriff's Police arrested a 26 year old man for trafficking following a social media tip made by a local law student while looking at Backpage.com as part of a research project on prostitution. After seeing an ad that appeared to feature a girl in her mid-teens, the law student reported the ad to Sheriff Dart's Twitter account. After an undercover operation the teen was rescued and the trafficker was arrested. The teen had previously run away from her home in Central IL.

## **Backpage is No Partner of Law Enforcement:**

- The National Center for Missing and Exploited Children (NCMEC) is an expert in the use of online classified ads to facilitate child sex trafficking. In an *Amicus Brief* filed by NCMEC in a Washington state civil suit by three minors against Backpage, NCMEC stated the following:

  - "Backpage voluntarily reports only selective information to NCMEC about ads suspected of child sex trafficking... These reports account for what NCMEC believes to be only a small fraction of the children trafficked online at backpage.com"

  - "Backpage knows that it actively encourages a lucrative marketplace for child sex trafficking, and yet has rejected most proposals to meaningfully reduce the selling and buying of children. ... *A majority of the child sex trafficking cases being reported to NCMEC now involve ads posted on backpage.com.*"

  - "In an April 14, 2010 blog to users, Backpage even provided guidance on how to remain anonymous when posting an ad: "If you want to remain completely anonymous, get an AMEX or Visa gift card, which are sold at most grocery stores and online. They work just like credit and debit cards, only they are prepaid, and no personal data is attached to them.""

## **Credit Card Companies Role in the Industry:**

- MasterCard reported first-quarter 2015 net income of $1.0 billion. Visa reported first quarter 2015 net income of $1.6 billion.

- Visa and MasterCard do not issue their credit cards directly to a card holder. Visa and MasterCard are the "name brands" and license their brands to various financial institutions. Visa and MasterCard have the final authority to discontinue business with anyone that violates their terms of use. Under Visa and MasterCard, there are issuing banks and acquiring banks. The issuing banks issue the actual credit card to the cardholder. The

acquiring banks have relationships with the merchants that take the Visa and MasterCard for payment. Both Visa and MasterCard also operate their own payment processing networks that send the data to all the involved parties instantly.

- To pay for an ad in the Adult Escort category on Backpage, you currently can pay directly using your own personal Visa or MasterCard credit card, or with a prepaid or gift Visa or MasterCard. Backpage also allows users to pay with Bitcoin, which allows its users to remain anonymous. You can also buy "credit" for your account with a Visa or MasterCard or Bitcoin.

- Various other "Adult" websites have limited market share in the industry. www.cityvibe.com has approximately 12,000 unique ads per month and takes Visa, MasterCard, American Express and Discover for payment for an ad. www.usasexguide.com has approximately 80,000 unique visitors per month and has just began adult escort ads on www.usaadultclassifieds.com. There are no payment options at this point (06/17/2015). See also www.eroticreview.com with approximately 306,000 unique visitors per month. You can pay for a Sponsor Ad or a VIP membership through payment processing companies that offer Visa, MasterCard, and Discover, among other payment options; and www.cracker.com or www.backpage.cracker.com both which operate out of Australia and are identical to Backpage.com and offer Visa, MasterCard and Bitcoin.

- Visa, MasterCard, American Express and Discover assign merchant category codes to each of its merchants and monitor and block charges that they chose to block. For example, MasterCard has an assigned a code number for online gaming operators, which covers lottery tickets, casino chips and racetrack wagers. It even has a new code that is used for cash advances for legal gambling.

- In 2013, Green Dot prepaid Visa credit card blocked some cardholders from using their cards on Backpage.com, stating that the cardholder had violated its "terms and conditions". MasterCard offers a Green Dot prepaid credit card also.

- Discover and American Express do not allow cardholders to buy medical or recreational marijuana. Visa and MasterCard have cancelled merchant agreements with medical marijuana providers across the country.

- American Express does not allow its cardholders to purchase online pornography, even though it is federally legal, a policy they have had in place since 2000. This ban extends to American Express gift and prepaid cards.

- American Express and Discover ban the practice of buying casino chips with their cards. In addition, they prohibit cardholders from buying lottery tickets with their credit cards. Visa and MasterCard have been reported to decline online gambling purchases.

CCSO 06117

**Benjamin Breit (Sheriff)**

**From:** Benjamin Breit (Sheriff)
**Sent:** Thursday, June 25, 2015 6:38 PM
**To:** 'lauren.gambino@theGuardian.com'
**Subject:** Backpage

Hi Lauren, saw your piece from earlier this year on Nick Kristof, Sheriff Tom Dart and the effort to fight sex trafficking via online forums like Backpage. We're actually making a big announcement this coming Wednesday regarding a national campaign to defund Backpage and hopefully put them out of business. Thought you might be interested given your past coverage. If you're interested in hearing some of the details tomorrow off the record, let me know!

Ben

**Ben Breit**
Director of Communications
Cook County Sheriff's Office
Direct: 773-674-8054
Mobile: 847-274-5456

PX09

**Benjamin Breit (Sheriff)**

**From:** Benjamin Breit (Sheriff)
**Sent:** Wednesday, July 01, 2015 7:41 AM
**To:** mike.tobin@foxnews.com; ruth.ravve@foxnews.com
**Subject:** Fw: Sheriff Dart to Announce Development Regarding National Initiative to Fight Online Sex Trafficking

Fyi, here are the details. We've compelled MasterCard to cut off ties with the top sex trafficking profiteer in the world. Visa is next on our target list. Below is a bit of initial coverage.

http://www.usatoday.com/story/money/2015/06/30/mastercard-ceases-doing-business-backpage/29536177/
http://www.wsj.com/articles/mastercard-stops-processing-purchases-of-ads-on-backpage-com-1435701660

---

**From:** ccso communications (Sheriff)
**Sent:** Wednesday, July 1, 2015 4:02 AM
**Subject:** Sheriff Dart to Announce Development Regarding National Initiative to Fight Online Sex Trafficking

**Sheriff Dart to Announce Development Regarding National Initiative to Fight Online Sex Trafficking**

Cook County Sheriff Thomas J. Dart will announce this morning a significant development regarding his national initiative to take on websites such as Backpage.com that serve as an open and safe forum for pimps and traffickers.

**Where:** Daley Center, 50 W. Washington St, Chicago, Suite 704

**When:** Today at 10:30 a.m.

Please call the Sheriff's press line or respond to this email to confirm your attendance.

**Cook County Sheriff's Press Line:** 312-603-4242

PX11

**Benjamin Breit (Sheriff)**

| | |
|---|---|
| **From:** | Benjamin Breit (Sheriff) |
| **Sent:** | Tuesday, June 30, 2015 5:51 PM |
| **To:** | elswanso@visa.com; sanchu@visa.com |
| **Cc:** | globalmedia@visa.com |
| **Subject:** | Re: Letter from Cook County Sheriff Tom Dart |

Hi all,

Just checking in on your thoughts with regards to this call to action from Sheriff Dart. Wanted to give fair warning that we will be having a press conference tomorrow morning, and by now I'm sure you've been hearing from a handful of national reporters. Obviously the tone of the press conference will change considerably if your executives see fit to sever ties with Backpage and its imitators. Of course we would need to know tonight if that is the case so that we can ensure the Sheriff's messaging celebrates Visa's change in direction as opposed to pointing out its ties to sex trafficking. I'm available on cell, please feel free to call or email.

Thank you,
Ben

---

**From:** Benjamin Breit (Sheriff)
**Sent:** Monday, June 29, 2015 4:01 PM
**To:** elswanso@visa.com; sanchu@visa.com; mcassar@visa.com
**Cc:** globalmedia@visa.com
**Subject:** Letter from Cook County Sheriff Tom Dart

Elvira, Sandra, Melissa –

Hope you are well, and apologies that I'm inundating you all, as I'm unsure of whom would be the best contact. Attached is a letter addressed to Mr. Scharf from Tom Dart, Sheriff of Cook County. Please confirm receipt and let me know if you have any questions. I'm available at your convenience.

**Ben Breit**
Director of Communications
Cook County Sheriff's Office
Direct: 773-674-8054
Mobile: 847-274-5456

PX13

**Benjamin Breit (Sheriff)**

**From:** Benjamin Breit (Sheriff)
**Sent:** Wednesday, July 01, 2015 10:58 AM
**To:** Flynn McRoberts
**Cc:** tjones58@bloomberg.net
**Subject:** Re: Final release

Yes. Were thrilled.

On Jul 1, 2015, at 10:50 AM, Flynn McRoberts (BLOOMBERG/ NEWSROOM:) <fmcroberts1@bloomberg.net> wrote:

In response to your pressure?

From: Benjamin.Breit@cookcountyil.gov At: Jul 1 2015 10:33:08
To: Flynn McRoberts (BLOOMBERG/ NEWSROOM:), Tim Jones (BLOOMBERG/ NEWSROOM:)
Subject: Re:Fwd: Final release

Visa is out as well. Big news.

Begin forwarded message:

**From:** "Sophia Ansari (Sheriff)" <Sophia.Ansari@cookcountyil.gov>
**Date:** July 1, 2015 at 10:28:10 AM CDT
**To:** "Benjamin Breit (Sheriff)" <Benjamin.Breit@cookcountyil.gov>
**Subject: Final release**

Sophia Ansari

Press Secretary

Cook County Sheriff's Office

312-550-0705

<Backpage Defund Trafficking FINAL.doc>

<ATT00001.htm>

PX22

**Joseph Ryan1 (Sheriff)**

**From:** Marian Hatcher (Sheriff)
**Sent:** Tuesday, July 14, 2015 9:15 AM
**To:** Joseph Ryan1 (Sheriff)
**Cc:** Stephanie Zugschwert (Sheriff)
**Subject:** Bsckpage Snap Shot Analysis 7/6/15 thru Sunday 7/12/15

Backpage.com Snapshots 7/6-7/9 2015

**Actual**

| **Time** | **7/6/2015** | **7/7/2015** | **7/8/2015** | **7/9/2015** | **7/10/2015** | **7/11/2015** | **7/12/2015** |
|---|---|---|---|---|---|---|---|
| **Approx** | **2300hrs** | **2300hrs** | **2300hrs** | **2300hrs** | **2300hrs** | **2300hrs** | **2300hrs** |
| **regular** | 1632 | 2498 | 1218 | 1521 | 808 | 1356 | 1530 |
| **sponsored** | 1221 | 1760 | 934 | 1189 | 480 | 644 | 531 |
| **total** | 2853 | 4258 | 2152 | 2710 | 1288 | 2000 | 2061 |
| **inc(dec)** | baseline | 1,405 | (2,106) | 558 | (1,422) | 712 | 61 |

*Marian Hatcher*

***Project Manager***
***Human Trafficking Coordinator***
***Office of Policy***
***Cook County Sheriff's Office***
***marian.hatcher@cookcountyil.gov***
***(773)674-7718 (Office)***
***(312)718-4451(Human Trafficking 24 Hr Hotline)***

PX24

CCSO 09356

**Joseph Ryan1 (Sheriff)**

**From:** Marian Hatcher (Sheriff)
**Sent:** Wednesday, July 08, 2015 4:04 PM
**To:** Joseph Ryan1 (Sheriff)
**Subject:** Re: Spike in Backpage Ads Posted from 7/7 to 7/8 Due to No Charge for Ads

Ok will do.

***Marian Hatcher***

***Project Manager***
***Human Trafficking Coordinator***
***Office of Policy***
***Cook County Sheriff's Office***
***marian.hatcher@cookcountyil.gov***
***(773)674-7718 (Office)***
***(312)718-4451(Human Trafficking 24 Hr Hotline)***

Sent from my iPhone

On Jul 8, 2015, at 4:01 PM, Joseph Ryan1 (Sheriff) <Joseph.Ryan2@cookcountyil.gov> wrote:

> Thank you for doing this.
> We should count the sponsored ads on the side of the page as well. It will be interesting to see how Backpage can continue paying to post free ads on this scale, or any scale.
> Meanwhile, please send things like this to me first and we can work out how it is conveyed to the group.
> Thanks again,
> Joe
>
> Joseph Ryan
> Office: 773-674-5994
> Cell: 312-833-2379
>
> ---
>
> **From:** Marian Hatcher (Sheriff)
> **Sent:** Wednesday, July 08, 2015 3:35 PM
> **To:** Joseph Ryan1 (Sheriff)
> **Cc:** Cara Smith (Sheriff); Benjamin Breit (Sheriff); Stephanie Zugschwert (Sheriff); William Leen (Sheriff)
> **Subject:** Spike in Backpage Ads Posted from 7/7 to 7/8 Due to No Charge for Ads
>
> My intern is doing an actual count of the ads sent in the zip folders, however I did a quick analysis looking at average ads per page.
>
> Snapshot - 7/7 at 10pm, approximately 3,600
> Snapshot - 7/8 at 10pm, approximately 5,700
>
> Increase of more than 2,000 ads since the ads became free.
>
> Partners around country are reporting huge spikes in number of ads posted.
>
> Best regards

PX25

*Marian Hatcher*

*Project Manager*
*Human Trafficking Coordinator*
*Office of Policy*
*Cook County Sheriff's Office*
*marian.hatcher@cookcountyil.gov*
*(773)674-7718 (Office)*
*(312)718-4451(Human Trafficking 24 Hr Hotline)*

# RE: Visa, MC - Due Diligence by Partners

Cara Smith (Sheriff)

Thu 7/2/2015 8:12 AM

To:Stephanie Zugschwert (Sheriff) <Stephanie.Zugschwert@cookcountyil.gov>; Marian Hatcher (Sheriff) <Marian.Hatcher@cookcountyil.gov>;

Cc:Benjamin Breit (Sheriff) <Benjamin.Breit@cookcountyil.gov>; Joellen Bailey (Sheriff) <Joellen.Bailey@cookcountyil.gov>; Joseph Ryan1 (Sheriff) <Joseph.Ryan2@cookcountyil.gov>; Abdon Pallasch (Sheriff) <Abdon.Pallasch@cookcountyil.gov>; Sophia Ansari (Sheriff) <Sophia.Ansari@cookcountyil.gov>;

I recommend we ask Visa and Mastercard to give us a point person with whom we can direct information we receive – I am particularly concerned if cards are being accepted on the 2nd try. Cara

Cara Smith
Cook County Sheriff's Office
Cell: 312-636-9230

**From:** Stephanie Zugschwert (Sheriff)
**Sent:** Thursday, July 02, 2015 8:05 AM
**To:** Marian Hatcher (Sheriff)
**Cc:** Cara Smith (Sheriff); Benjamin Breit (Sheriff); Joellen Bailey (Sheriff); Joseph Ryan1 (Sheriff); Abdon Pallasch (Sheriff); Sophia Ansari (Sheriff)
**Subject:** Re: Visa, MC - Due Diligence by Partners

Yes Marian - great idea. In all my emails last night I let all inquirers know that our intention is to research and follow up on every potential loophole Backpage develops and follow up with V & MC in a thoughtful and organized way. So Marian, a database is a great way to keep a handle on this. Thank you.

Stephanie

Sent from my iPhone

On Jul 2, 2015, at 7:28 AM, Marian Hatcher (Sheriff) <Marian.Hatcher@cookcountyil.gov> wrote:

> Good morning team backpage. Stephanie and I have been involved in very robust email discussions until after 11pm with national partners who had follow up questions ranging from the inclusion of pre-paid cards to if this was indeed effective immediately and many more.
>
> In addition they were excitedly testing the site and feeding us results i.e. Card declined on first try and accepted on 2nd.

PX29

They also inquired about the "buy credits" option, which requires you have a backpage account. They are going to acquire an "account" to research to see if the credits can be used to buy ads in the adult section.

We are being fed great information and it serves as a guide on the ground so I will assign an intern to develop a database of post announcement pulling of cards from backpage activity for the team to analyze and utilize to determine strategy.

Have a great holiday weekend everyone!

Mar

***Marian Hatcher***

***Project Manager***
***Human Trafficking Coordinator***
***Office of Policy***
***Cook County Sheriff's Office***
***marian.hatcher@cookcountyil.gov***
***(773)674-7718 (Office)***
***(312)718-4451(Human Trafficking 24 Hr Hotline)***

Sent from my iPhone

**Cara Smith (Sheriff)**

**From:** Joseph Ryan1 (Sheriff)
**Sent:** Monday, July 06, 2015 5:49 PM
**To:** Cara Smith (Sheriff)
**Subject:** Visa/AMEX

Ben has been in touch with American Express. They asked us for a list of sites that are also problematic, following up on the Sheriff's original letter. We can go back to them via that route and inform them of the issue (or should we try to ratchet it up to the legal counsel level?).
I've written just a quick two sentences below for each outlet for the basis of emails.

**For Visa**

This afternoon, our office was twice able to purchase adult escort ads on Backpage.com using Visa credit cards. We have several reports from agency partners that they have been able to do the same. At the same time, Visa can also still be used to buy Backpage.com credits, a system clearly devised to allow users to purchase "adult entertainment" ads if their payments are blocked from directly paying for such an ad on the site.

Please advise if Visa has changed its stated policy to halt the use of its cards for purchasing ads on Backpage.com.

**For American Express**

This afternoon, our office was able to easily purchase an adult escort ad on Backpage.com using an American Express credit card. While the AMEX logo doesn't appear on the payment page, if an AMEX number is entered into the payment box, it is processed and the ad is placed. At the same time, American Express is available as a payment option to purchase "Backpage.com credits," a system Backpage clearly devised to allow users to purchase "adult entertainment" ads if their payments are blocked from directly paying for such an ad on the site.

We believe this would not be in keeping with AMEX's laudable intent to remove itself as a payment option for Backpage ads and we wanted to bring this to your immediate attention.

Joseph Ryan
Director of Policy
Cook County Sheriff's Office
Cell: 312-833-2379
Office: 773-674-5994

**Cara Smith (Sheriff)**

**From:** Benjamin Breit (Sheriff)
**Sent:** Tuesday, July 07, 2015 2:19 PM
**To:** Cara Smith (Sheriff)
**Subject:** FW: Letter from Cook County Sheriff Tom Dart

**From:** Molly Faust [mailto:molly.faust@aexp.com]
**Sent:** Tuesday, July 07, 2015 2:18 PM
**To:** Benjamin Breit (Sheriff)
**Cc:** Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

Thank you for bringing this to our attention, Ben. We will look into it immediately.
Molly

Molly Faust
Vice President, Public Affairs
Global Merchant Services
American Express
212-640-0624

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Tuesday, July 07, 2015 3:15 PM
**To:** Molly Faust; Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

Molly –

We would like to bring your immediate attention an additional issue of concern. American Express is currently the only credit card option for the purchase of Backpage.com "credits." Visa and MasterCard removed themselves as options for both 'adult entertainment' ads and Backpage 'credits' in recent days. The 'credits' section of Backpage.com was clearly designed to allow users to bypass payment problems on the site's 'adult entertainment' section. That means, AmEx users can purchase Backpage.com credits and then simply use those credits to purchase sex trafficking ads on the 'adult entertainment' section of the site.

Like Visa and MasterCard, we encourage your company to also remove the card as a payment option for Backpage.com 'credits' to prevent you cards from being used for illegal activity and prevent further brand damage.

As previously requested, we would like to jump on the phone as soon as possible with someone senior within merchant services or legal at AmEx, as has been the case with MasterCard and Visa. Of course we'd be happy for you to join that call, but Sheriff Dart would like direct communication with someone who has decision-making authority over these merchant relationships to ensure nothing gets lost in translation over this important matter.

Thanks so much,
Ben

**From:** Molly Faust [mailto:molly.faust@aexp.com]
**Sent:** Thursday, July 02, 2015 1:19 PM
**To:** Benjamin Breit (Sheriff); Marina H Norville
**Subject:** RE: Letter from Cook County Sheriff Tom Dart

If there are additional sites you think we should look into, you can send the names of the sites to me.
Thanks.
Molly

Molly Faust
Vice President, Public Affairs
Global Merchant Services
American Express
212-640-0624

---

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Thursday, July 02, 2015 1:11 PM
**To:** Marina H Norville; Molly Faust
**Subject:** Re: Letter from Cook County Sheriff Tom Dart

Molly, apologies that I missed your voicemail. Past few days have been very busy and very exciting. As you've probably seen, Visa and MC have followed AmEx's lead in severing ties with Backpage. It's a big step in the fight against sex trafficking. I hope you all have been happy with Sheriff Dart's comments and the ensuing coverage complimenting AmEx for taking this step proactively, without anyone having to exert pressure.

We'd still like to work with you to make sure the smaller sites that also operate in this space do not succeed in filling this vacuum. Who would you suggest I connect my research/legal team to?

Thanks so much.
Ben

---

**From:** Benjamin Breit (Sheriff)
**Sent:** Monday, June 29, 2015 6:15 PM
**To:** marina.h.norville@aexp.com; molly.faust@aexp.com
**Subject:** Letter from Cook County Sheriff Tom Dart

Marina and Molly,

Hope you are well. Attached is a letter from Tom Dart, Sheriff of Cook County, to Mr. Chenault. We are preparing a major press conference Wednesday morning in Chicago to launch our campaign to compel Visa and MasterCard to disassociate themselves from Backpage, which profits off of sex trafficking victims. This is a step that AmEx recently took voluntarily. Basically, we're calling on Visa and MC to follow your lead.

I'd like to jump on the phone with you on Tuesday to discuss. Let me know. Thanks so much.

Ben

**Ben Breit**
Director of Communications

Cook County Sheriff's Office
Direct: 773-674-8054
Mobile: 847-274-5456

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant le
Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent renfermer des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.

American Express made the following annotations

"This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."

American Express a ajouté le commentaire suivant le
Ce courrier et toute pièce jointe qu'il contient sont réservés au seul destinataire indiqué et peuvent renfermer des renseignements confidentiels et privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation, duplication, utilisation ou distribution du courrier ou de toute pièce jointe est interdite. Si vous avez reçu cette communication par erreur, veuillez nous en aviser par courrier et détruire immédiatement le courrier et les pièces jointes. Merci.

**Stephanie Zugschwert (Sheriff)**

| | |
|---|---|
| **From:** | Cara Smith (Sheriff) <Cara.Smith@cookcountyil.gov> |
| **Sent:** | Wednesday, July 08, 2015 2:14 PM |
| **To:** | 'Elizabeth Edwards'; Stephanie Zugschwert (Sheriff) |
| **Cc:** | Joseph Ryan1 (Sheriff) |
| **Subject:** | RE: Recent Conversation |

Thank you. We have formally requested the Postal Inspector conduct an investigation. Cara

Cara Smith
Cook County Sheriff's Office
Cell: 312-636-9230

---

**From:** Elizabeth Edwards [mailto:Elizabeth.Edwards@gov.texas.gov]
**Sent:** Wednesday, July 08, 2015 2:12 PM
**To:** Stephanie Zugschwert (Sheriff)
**Cc:** Cara Smith (Sheriff); Joseph Ryan1 (Sheriff)
**Subject:** RE: Recent Conversation

Cara and Stephanie-

Thank you for the information. I have contacted David Maxwell in the Office of the Attorney General and they are looking into it. He has your contact information in case he needs to get in touch with you. Let me know if I can be of any more assistance and please do not hesitate to contact me in the future.

Elizabeth

---

**From:** Stephanie Zugschwert (Sheriff) [mailto:Stephanie.Zugschwert@cookcountyil.gov]
**Sent:** Wednesday, July 08, 2015 12:22 PM
**To:** Elizabeth Edwards
**Cc:** Cara Smith (Sheriff); Joseph Ryan1 (Sheriff)
**Subject:** RE: Recent Conversation

Hello Elizabeth,

As Cara indicated below, Backpage.com is offering a free initial ad posting in its "adult entertainment" section. You can upgrade the ad to automatically repost four times. This costs $48 in Dallas, for example. Because Visa and MasterCard are no longer available as payment options, Backpage has set up another option to "fund account" or purchase "credits" for your Backpage account by sending cash, check or money order to P.O. Box 192307 in Dallas. See attached screenshot of Backpage P.O. Box. I have also attached the letters that Sheriff Dart sent to Visa and MasterCard last week.

We are also sending a letter to the Chief Postal Inspector at the U.S. Postal Inspection Service to alert him that potentially large amounts of money may soon be flowing through the U.S. Postal Service to pay for ads that advertise illegal prostitution and traffic victims.

Thank you for your time.

Stephanie Zugschwert

Assistant General Counsel for Policy
Cook County Sheriff Tom Dart's Office
3026 S. California Street, Chicago, IL 60608
Office: 773-674-4466

---

**From:** Cara Smith (Sheriff) [mailto:Cara.Smith@cookcountyil.gov]
**Sent:** Wednesday, July 08, 2015 11:11 AM
**To:** 'Elizabeth Edwards'
**Cc:** Stephanie Zugschwert (Sheriff); Joseph Ryan1 (Sheriff)
**Subject:** RE: Recent Conversation

Elizabeth – thank you for your time last evening. I have cc'd Stehanie Zugschwert and Joe Ryan. Joe is our policy director and Stephanie is policy counsel and have led our office's work against Backpage. As I explained in our call, we sent letters to Visa and Mastercard last week asking that they sever all ties to Backpage. Both companies did so immediately. In response, backpage is offering a free initial ad and has established a P.O. box in Dallas for posters to send cash, checks or money orders to pay for ads. Given Governor Abbott's interest in this issue, we wanted to alert your office to this development. Stephanie will send you copies of the letters as well as a screenshot of the page with the PO box. You indicated you would share this information with your team and we greatly appreciate it. Thanks .Cara

Cara Smith
Chief Strategist
Cook County Sheriff's Office
Cell: 312-636-9230

---

**From:** Elizabeth Edwards [mailto:Elizabeth.Edwards@gov.texas.gov]
**Sent:** Tuesday, July 07, 2015 6:05 PM
**To:** Cara Smith (Sheriff)
**Subject:** Recent Conversation

This is my email. Feel free to send me anything you have that you think that we should be aware of.

Thank you!

Elizabeth

CCSO 05649

# OFFICE OF THE SHERIFF

RICHARD J. DALEY CENTER
COOK COUNTY
CHICAGO, ILLINOIS 60602

THOMAS J. DART
SHERIFF

July 8, 2015

Guy Cottrell
Chief Postal Inspector
U.S. Postal Inspection Service
433 W Harrison Street, Room 3255
Chicago IL 60699-3255

Dear Chief Cottrell,

I write to urge your office to explore all available means to ensure that the U.S. Postal Service is not being used to foster the avenues for sex trafficking via the site.

For the last several years, Backpage.com has been utilized as the primary tool by a violent industry built on the exploitation of minors and trafficked individuals. In that same time, both the nation's attorneys general and law enforcement community have tried to convince the website's owners to be responsible and get out of this business, to no avail.

Meanwhile, across the country, thousands upon thousands of arrests on charges ranging from prostitution, involuntary servitude, juvenile pimping to trafficking and homicide have been made in connection with "adult entertainment" ads placed on Backpage.com. In Cook County, my officers alone have responded to more than 800 ads on Backpage.com and each and every time we have made an arrest for crimes that have include prostitution, facilitating prostitution and, even, child trafficking.

Recently, the financial credit card industry has recognized their role in this industry and has decided to cut off Backpage.com. Now, Backpage has directed those wanting to pay for these "adult services" ads to send cash, checks or money orders to P.O. Box 192307 Dallas, Texas 75219. That could mean large amounts of money may soon be flowing through the U.S. Postal Service to pay for ads that advertise illegal prostitution and trafficking victims. Once again, in the over 800 ads we responded to, **we did not find one that was not an ad for a criminal act.**

Through your leadership, the U.S. Postal Inspection Service has long been recognized as a leading federal law enforcement agency in the effort to combat crimes relating to the

exploitation of children. According to your website, about 95% of child exploitation cases investigated by your agency involve both the U.S. Mail *and* the internet. Backpage.com is now attempting to utilize the U.S. Mail in order to continue their business which has, in our county alone, has facilitated hundreds of criminal acts.

Your investigators are not in this alone. My office stands ready to assist in any way necessary to help the U.S. Postal Service protect against the illegal use of the postal system to facilitate sex trafficking. Please let me know how I can help.

Sincerely,

Thomas J. Dart
Cook County Sheriff

CCSO 06893

**Benjamin Breit (Sheriff)**

| | |
|---|---|
| **From:** | Flynn McRoberts (BLOOMBERG/ NEWSROOM:) <fmcroberts1@bloomberg.net> |
| **Sent:** | Thursday, July 09, 2015 3:18 PM |
| **To:** | tjones58@bloomberg.net; Benjamin Breit (Sheriff) |
| **Subject:** | RE: Re:Fwd: Final release |

Thanks for the update, Ben.

From: Benjamin.Breit@cookcountyil.gov At: Jul 9 2015 15:13:44
To: Flynn McRoberts (BLOOMBERG/ NEWSROOM:), Tim Jones (BLOOMBERG/ NEWSROOM:)
Subject: RE: Re:Fwd: Final release

Hey guys, fyi on a few intriguing developments over the last few days that may be of interest as you develop the pitch.

Backpage was obviously shell-shocked by the move and took a few days to figure out their next move. They started by instituting a mechanism that would allow users to buy "credits", which could then be used to purchase ads throughout the site, including adult ads. Basically trying to indirectly find a way for credit cards to still be used. We're working with Visa, MC and AmEx to ensure they weed this out.

Their next move was to make all of their adult ads free. Basically trying to thumb their nose at us. We were ready for this and not concerned. It's unsustainable for them to maintain all of their lobbying, legal battles and all the money it takes for their server space without any revenue coming in.

Finally, they've issued a call to their users to literally mail in cash and money orders to a PO Box in Texas. This is the last desperate gasp of a company who knows they're on the ropes and that their business model is about to be broken. We're working with the Governor of Texas and the Postmaster General to see if this could/should be addressed. TX Gov (very conservative R) has been a longtime advocate in the anti-sex trafficking fight.

Additionally, we're working with the credit card companies to sever ties with the smaller sites that will try to fill the vacuum of Backpage.

So that's the latest! Been a crazy week, we'll see what next week brings.

Ben



PX38

**From:** Flynn McRoberts (BLOOMBERG/ NEWSROOM:) [mailto:fmcroberts1@bloomberg.net]
**Sent:** Wednesday, July 01, 2015 10:51 AM
**To:** tjones58@bloomberg.net; Benjamin Breit (Sheriff)
**Subject:** Re:Fwd: Final release

In response to your pressure?

From: Benjamin.Breit@cookcountyil.gov At: Jul 1 2015 10:33:08

To: Flynn McRoberts (BLOOMBERG/ NEWSROOM:), Tim Jones (BLOOMBERG/ NEWSROOM:)
Subject: Re:Fwd: Final release

Visa is out as well. Big news.

Begin forwarded message:

**From:** "Sophia Ansari (Sheriff)" <Sophia.Ansari@cookcountyil.gov>
**Date:** July 1, 2015 at 10:28:10 AM CDT
**To:** "Benjamin Breit (Sheriff)" <Benjamin.Breit@cookcountyil.gov>
**Subject: Final release**

Sophia Ansari

Press Secretary

Cook County Sheriff's Office

312-550-0705

**Stephanie Zugschwert (Sheriff)**

**From:** Cara Smith (Sheriff) <Cara.Smith@cookcountyil.gov>
**Sent:** Tuesday, July 14, 2015 7:59 PM
**To:** Earnhardt, John
**Cc:** Stephanie Zugschwert (Sheriff); Vizena, Valerie
**Subject:** Re: backpage

Thanks very much, John. Cara

Cara Smith
Cook County Sheriff's Office
312-636-9230

On Jul 14, 2015, at 6:50 PM, Earnhardt, John <jearnhar@visa.com> wrote:

Stephanie / Cara:

We are still working through this and will have something back to you as soon as we are able. Thanks for your patience on this as we work through to see what the issue is.

Best,

John Earnhardt

**From:** Stephanie Zugschwert (Sheriff) [mailto:Stephanie.Zugschwert@cookcountyil.gov]
**Sent:** Tuesday, July 14, 2015 12:58 PM
**To:** Earnhardt, John; Cara Smith (Sheriff)
**Cc:** Vizena, Valerie
**Subject:** RE: backpage

Sorry John – I sent this info only to Cara before but I am sure she assumed I copied you. The transaction details are as follows: It was my Visa credit card, ################, exp. #### security code ###, transaction date was today, 7/14/2015 and amounts were in two transactions – one was for $4.00 and one was for $1.00. They show them as "pending" on my bank account. Both of my ads placed were in the adult escort section and both were confirmed by Backpage and went "live" almost right away.

Thank you.

Stephanie Zugschwert
Assistant General Counsel for Policy
Cook County Sheriff Tom Dart's Office
3026 S. California Street, Chicago, IL 60608
Office: 773-674-4466

---

**From:** Earnhardt, John [mailto:jearnhar@visa.com]
**Sent:** Tuesday, July 14, 2015 2:54 PM

**To:** Cara Smith (Sheriff); Stephanie Zugschwert (Sheriff)
**Cc:** Vizena, Valerie
**Subject:** RE: backpage

Cara / Stephanie:

Going to quickly grab lunch if you call...

Alternatively, you don't have to provide the info to me, but to our brand protection investigator whose name is Valerie Vizena. I have cc'd her on this mail.

Best,

John Earnhardt

**From:** Cara Smith (Sheriff) [mailto:Cara.Smith@cookcountyil.gov]
**Sent:** Tuesday, July 14, 2015 12:12 PM
**To:** Earnhardt, John; Stephanie Zugschwert (Sheriff)
**Cc:** Joseph Ryan1 (Sheriff)
**Subject:** RE: backpage

John – I have included our Policy Counsel, Stephanie Zugschwert, on this email. She placed the ads. What is the best number to reach you?

Cara Smith
Chief Strategist
Cook County Sheriff's Office
312-636-9230

---

**From:** Earnhardt, John [mailto:jearnhar@visa.com]
**Sent:** Tuesday, July 14, 2015 1:50 PM
**To:** Cara Smith (Sheriff)
**Subject:** RE: backpage

Cara,

Can you help here? Here's what I'm being asked for to look up the transaction:

"John, if possible can you get the card number, date and transaction amount from the cook county sheriff. This will allow me to look up the transaction to find the acquirer."

Thx,

jje

**From:** Cara Smith (Sheriff) [mailto:Cara.Smith@cookcountyil.gov]
**Sent:** Tuesday, July 14, 2015 11:31 AM
**To:** Earnhardt, John
**Subject:** RE: backpage

We posted an adult ad. Thanks for your help. Cara

Cara Smith
Chief Strategist
Cook County Sheriff's Office
312-636-9230

---

**From:** Earnhardt, John [mailto:jearnhar@visa.com]
**Sent:** Tuesday, July 14, 2015 1:28 PM
**To:** Cara Smith (Sheriff)
**Subject:** RE: backpage

Cara,

What kind of ads were you able to place? Was it for a legal advertisements? (i.e. baby buggy for sale?)...just trying to get more info as we look into this...

Thx,

jje

---

**From:** Cara Smith (Sheriff) [mailto:Cara.Smith@cookcountyil.gov]
**Sent:** Tuesday, July 14, 2015 11:16 AM
**To:** Earnhardt, John
**Subject:** backpage
**Importance:** High

John – do you have time for a quick call? The Visa logo is back on backpage and we were able to purchase ads today using a Visa card. Thanks. Cara

Cara Smith
Chief Strategist
Cook County Sheriff's Office
312-636-9230

**From:** Swanson, Elvira
**Sent:** Wednesday, July 01, 2015 10:03 PM
**To:** Earnhardt, John
**Subject:** RE: Comms opportunity for Visa on Change.org

Really good call. Was getting annoyed by his tone... As a company we have a pretty good track record for doing the right thing and cutting off inappropriate or illegal transactions. [redacted]

BTW-Justine, Charlie's admin, requested to see the original email from the Sheriff's office. I sent to her this morning.

Elvira

Sent with Good (www.good.com)

-----Original Message-----
**From:** Earnhardt, John
**Sent:** Wednesday, July 01, 2015 04:41 PM Pacific Standard Time
**To:** Swanson, Elvira
**Subject:** RE: Comms opportunity for Visa on Change.org

I had a conversation with Ben's boss (he is the comms guy at Sheriff's office) and told her that he needs to tone down the threatening language...all of his emails as a public employee are, of course, discoverable and public if anyone asks for them...

Sigh,

jje

**From:** Swanson, Elvira
**Sent:** Wednesday, July 01, 2015 4:27 PM
**To:** Earnhardt, John
**Subject:** RE: Comms opportunity for Visa on Change.org

Ok thanks. Yes, love the subtle messages they've been sending us that could easily be taken for blackmail...

Sent with Good (www.good.com)

-----Original Message-----

**From:** Earnhardt, John
**Sent:** Wednesday, July 01, 2015 04:21 PM Pacific Standard Time
**To:** Swanson, Elvira
**Subject:** RE: Comms opportunity for Visa on Change.org

Thanks. I'll go to the Sheriff's office and ask why this was published. They were not supposed to push this live.

They've been a peach to work with.

Thx,

jje

**From:** Swanson, Elvira
**Sent:** Wednesday, July 01, 2015 3:47 PM
**To:** Earnhardt, John
**Subject:** FW: Comms opportunity for Visa on Change.org

Hi John,

See below the email I received via LinkedIn. Do you want me to respond and get an email contact so you or Jennifer can engage?

Let me know.

Elvira

---

**From:** Tyler Rattray [mailto:hit-reply@linkedin.com]
**Sent:** Wednesday, July 01, 2015 3:32 PM
**To:** Swanson, Elvira
**Subject:** Comms opportunity for Visa on Change.org

Hi Elvira,

My name is Tyler Rattray, and I lead a team that works with companies, elected officials, and public figures that are being petitioned on Change.org.

I just read a USAToday article about Visa cutting off business with Backpage.com, and I wanted to quickly flag this petition on the subject.

URL: https://www.change.org/p/visa-defund-sex-trafficking-in-america

This presents a very great comms opportunity, as we build a tool that allows Visa to communicate directly with all the signers of this petition that can help build customer rapport. Since you already have a statement on this topic, it seems like an easy win.

Some major companies engaging through this response feature already include IKEA, GAP, Facebook, and Southwest Airlines.

Do you have a few minutes to connect? As Visa is often petitioned on our site, I would like to ensure

you understand all the ways you can engage on our site.

Let me know what works best for you, and I'll give you a ring.

Cheers,

Tyler

Reply | Not interested

View Tyler's LinkedIn profile

This email was intended for Elvira Swanson (Vice President, Global Corporate Communications, Visa Inc.). Learn why we included this.

You are receiving InMail notification emails. Unsubscribe
If you need assistance or have questions, please contact LinkedIn Customer Service.

© 2015, LinkedIn Corporation. 2029 Stierlin Ct. Mountain View, CA 94043, USA

BANK FRICK
ACQUIRING SERVICES

MasterCard
Attn. Paul J. Paolucci
Senior Business Leader/Vice President
Franchise Integrity
2000 Purchase Street
Purchase NY 10577-2509, USA

**Sent by e-mail to:** paul_paolucci@mastercard.com;
**Cc:** ulrich_crecelius@mastercard.com; Ingrid_titus@mastercard.com

Balzers, 10 June 2015

**Re: Update regarding to the Conference-Call June 2nd 2015 (Non-Compliance Concerns)**

Dear Paul,

referring to the telephone conversation with you and Ulrich Crecelius on June 2nd, 2015 we are pleased to send you an update on the various questions and concerns we were notified about. The following outlines measures we have taken so far and what we will do in the future to address the concerns you pointed out in your e-Mail. Please note that we are not completely finished with the review of all these issues as there are still certain points which need more clarification.

**Backpage.com**
On June 4th, 2015 we submitted the information and copies of the agreement as requested in your letter regarding to the Noncompliance with MasterCard Standards. Therein we explained the issues related to the Area of Use, inconsistencies in the authorization and clearing message data and the concern of load balancing. Following a summary and update:

1. **Are of Use**
   a) There was an incorrect setup at the processor where the City field was displayed as Dallas. In the meantime this has been fixed and there should be no confusing and inconsistent data anymore.
   b) The T&C reflect that the governing laws are in the US. This is maybe something that needs to be clarified. In our opinion the applicable law must not be in the same country where the merchant is registered. This is often the case where a company is doing business internationally. However we will discuss this with the merchant's legal department and check possibilities to make it more clear in the T&C.
   c) The merchant agreement is with the Payment Solutions B.V. registered in the Netherlands. This company is also mentioned in the T&C of Backpage.com.

2. **Load Balancing**
   a) Backpage uses a descriptor which indicates where the cardholder purchases products/services. In this case advertisement space. This raised your concerns to be load balancing. Backpage operates 1 merchant account and the overall performance in chargebacks and fraud is well below the thresholds. We got the information from your review team that they are fine with the billing descriptor and that this issue is clarified. However, if MasterCard would like the merchant to change the descriptor we will of course try to find another solution.

3. **Backpage & Media:**
   We screen the news and law suits and also require certain statements and explanations from the merchant. We will get in contact with them and ask about the measures they take to minimize the misuse of their service.
   As far as we can see in the news is that the federal judge did not hold the merchant liable for the advertisements that were posted on their platform. However, this does not mean that we are not concerned about the criminal acts the merchant's advertisement platform is misused for. We

BANK FRICK
ACQUIRING SERVICES

are in discussions about all these issues and implications in the bank's Risk & Compliance Board and will decide about how and if we will be able to keep the business relationship. However we always appreciate your point of view and further information which could help us in the evaluation.

[redacted]

BANK FRICK
ACQUIRING SERVICES

[redacted]

The notifications regarding suspected noncompliance issues and the specific concerns you pointed out induces us to review certain aspects and setups in our business in general. We want to point out that we always strive for compliance and we want to clarify every issue proactively with you. If there is a chance to have a meeting with you and compliance experts in payment facilitator models and supplier/reseller models we would spare no efforts and come to New York.

Please let us know if you need any further documentation and information.

Thank you in advance for your feedback. In the meantime I remain with

Best Regards,

Alexander Marxer
Bank Frick Acquiring Services
alexander.marxer@bankfrick.com
risk@bankfrick.com

**Gillis, Kimberly**

**From:** Simon, Eileen
**Sent:** Monday, June 29, 2015 9:25 PM
**To:** Verdeschi, John
**Subject:** Re: Backpage Follow UpFrom Subject ReceivedSize Categories In Folder

We need the hook, no argument there. I just think a sheriff's letter is, um, unusual.

Sent from my iPhone

On Jun 29, 2015, at 8:41 PM, Verdeschi, John <John_Verdeschi@mastercard.com> wrote:

> Eileen,
>
> [redacted] But in my view this is a positive turn of events (sort of). Up until now we've had verbal complaints but nobody, including law enforcement, has been willing to send us a referral in writing. Now we have it and we can take decisive action. And I'm sure Randi would agree.
>
> John
>
> Sent from my iPhone
>
> On Jun 29, 2015, at 7:34 PM, Simon, Eileen <Eileen_Simon@mastercard.com> wrote:
>
>> Thanks. Let's see if we can send them he sheriff's letter or redirect the sheriff to the bank and get someone to take action sooner.
>>
>> Several BRAM fire drills today. Must be a full moon or something.
>>
>> ---
>>
>> **From:** Verdeschi, John
>> **Sent:** Monday, June 29, 2015 8:16:06 PM
>> **To:** Simon, Eileen
>> **Subject:** Fwd: Backpage Follow UpFrom Subject Received Size Categories In Folder
>>
>> FYI
>>
>> Sent from my iPhone
>>
>> Begin forwarded message:
>>
>>> **From:** "Eisen, Seth" <Seth_Eisen@mastercard.com>
>>> **Date:** June 29, 2015 at 5:02:52 PM CDT
>>> **To:** "Paolucci, Paul" <Paul_Paolucci@mastercard.com>, "Verdeschi, John" <John_Verdeschi@mastercard.com>
>>> **Cc:** "Goodfellow, Jenna" <Jenna_Goodfellow@mastercard.com>, "De Petro, Jeffrey" <Jeffrey_DePetro@mastercard.com>, "Adelstein, Randi" <randi_adelstein@mastercard.com>
>>> **Subject:** [redacted]

[redacted]

**Seth Eisen**
Senior Business Leader
External Communications

MasterCard
2000 Purchase Street | Purchase, NY 10577-2509

tel 914-249-3153
mobile 914-325-5932 | Twitter @MasterCardNews
seth_eisen@mastercard.com

*Please think of the environment before printing this email.*

---

**From:** Paolucci, Paul
**Sent:** Monday, June 29, 2015 6:01 PM
**To:** Verdeschi, John; Eisen, Seth
**Cc:** Goodfellow, Jenna; De Petro, Jeffrey; Adelstein, Randi
**Subject:** [redacted]
In Folder

John,

[redacted]

Regards,

**Paul J. Paolucci**
Senior Business Leader/Vice President
Customer Performance Integrity

MasterCard | Franchise Integrity
2000 Purchase Street | Purchase, New York 10577

tel 914-249-3759 | fax 914-249-4257

*Please think of the environment before printing this email.*

---

**From:** Verdeschi, John
**Sent:** Monday, June 29, 2015 5:51 PM
**To:** Eisen, Seth; Paolucci, Paul
**Cc:** Goodfellow, Jenna; De Petro, Jeffrey; Adelstein, Randi
**Subject:** [redacted]
**Importance:** High

[redacted]

[redacted]

**John Verdeschi**
Group Head
Customer Performance Integrity

MasterCard | Law & Franchise Integrity
2000 Purchase Street | Purchase, N.Y. 10577

tel 914-249-6282
mobile 914-263-5778
john_verdeschi@mastercard.com

*Please think of the environment before printing this email.*

---

**From:** Eisen, Seth
**Sent:** Monday, June 29, 2015 5:10 PM
**To:** Verdeschi, John; Goodfellow, Jenna
**Subject:** [redacted]
**Importance:** High

[redacted]

[redacted]

Thanks,
Seth

**Seth Eisen**
Senior Business Leader
External Communications

MasterCard
2000 Purchase Street | Purchase, NY 10577-2509

tel 914-249-3153
mobile 914-325-5932 | Twitter @MasterCardNews
seth_eisen@mastercard.com

*Please think of the environment before printing this email.*

---

**From:** Benjamin Breit (Sheriff) [mailto:Benjamin.Breit@cookcountyil.gov]
**Sent:** Monday, June 29, 2015 5:02 PM
**To:** Eisen, Seth; Issokson, James; Ely, Sarah; Cottelli, Robyn; Kitchener, Beth
**Subject:** Letter from Cook County Sheriff Tom Dart
**Importance:** High

Seth, James, Sarah, Robyn, Beth –

Hope you are well, and apologies that I'm inundating you all, as I'm unsure of whom would be the best contact. Attached is a letter addressed to Mr. Banga from Tom Dart, Sheriff of Cook County. Please confirm receipt and let me know if you have any questions. I'm available at your convenience.

Best,
Ben

**Ben Breit**
Director of Communications
Cook County Sheriff's Office
Direct: 773-674-8054
Mobile: 847-274-5456

**Gillis, Kimberly**

| | |
|---|---|
| **From:** | Paolucci, Paul |
| **Sent:** | Wednesday, July 01, 2015 6:54 AM |
| **To:** | Verdeschi, John |
| **Subject:** | FW: Backpages.com: Advice regarding Closure / Closure confirmed |
| **Attachments:** | 2015-07-01 Backpages postfastr Screenshots homepage and terms.pdf; 20150630 MATCH_ENTRY_PAYMENT SOLUTIONS BV.pdf |

FYI

---

**From:** Reinhard Schorer <Reinhard.Schorer@bankfrick.com>
**Sent:** Wednesday, July 1, 2015 5:05:44 AM
**To:** Paolucci, Paul
**Cc:** De Petro, Jeffrey; Crecelius, Ulrich; Titus, Ingrid; Katabarwa, Ortega; reto.naescher@bankfrick.li; Michael Morsch; Edi Woegerer; alexander.marxer@bankfrick.li
**Subject:** AW: Backpages.com: Advice regarding Closure / Closure confirmed

Dear All,

Just to close the case from our end--

Late last night, our Ops colleagues were not 100% sure about this additional MID on which [redacted] was being processed. But our Risk team reviewed this morning and decided that this was Backpages, too. Upon that, Ops closed the MID instantly. It might still be open until ca. 5 a.m. CET tomorrow morning at the very latest. But that will be it then.

The team also added them to MATCH.

See 2 .pdf's attached, please.

This completes required actions from our end. Hoping that other acquirers processing them will cooperate as adequately and quickly as well, and that MC will get to good terms with Law Enforcement about them soon again.

Kind regards,

Reinhard

---

**Von:** Paolucci, Paul [Paul_Paolucci@mastercard.com]
**Gesendet:** Dienstag, 30. Juni 2015 17:55
**An:** Reinhard Schorer
**Cc:** De Petro, Jeffrey; Crecelius, Ulrich; Titus, Ingrid; Katabarwa, Ortega; reto.naescher@bankfrick.li; Michael Morsch; Edi Woegerer; alexander.marxer@bankfrick.li
**Betreff:** RE: Backpages.com: Advice regarding Closure / Closure confirmed

Reinhard,

Thank you for the update. It's greatly appreciated.

Regards,

**Paul J. Paolucci**
Senior Business Leader/Vice President
Customer Performance Integrity

MasterCard | Franchise Integrity
2000 Purchase Street | Purchase, New York 10577

tel 914-249-3759 | fax 914-249-4257

MasterCard

*Please think of the environment before printing this email.*

---

**From:** Reinhard Schorer [mailto:Reinhard.Schorer@bankfrick.com]
**Sent:** Tuesday, June 30, 2015 10:52 AM
**To:** Paolucci, Paul
**Cc:** De Petro, Jeffrey; Crecelius, Ulrich; Titus, Ingrid; Katabarwa, Ortega; reto.naescher@bankfrick.li; Michael Morsch; Edi Woegerer; alexander.marxer@bankfrick.li
**Subject:** AW: Backpages.com: Advice regarding Closure / Closure confirmed
**Importance:** High

Dear Paul,

Thanks.

I would like to officially confirm that by management decision we have terminated the merchant agreement without notice. Our processor [redacted] has been notified. They will process the request over night, and the merchant's processing facilities will be inactive (closed) from c. 5 a.m. CET tomorrow morning.

The merchant will be added to MATCH tomorrow in the morning as well.
(or, potentially, even still today)

Kind regards,

Reinhard

---

**Von:** Paolucci, Paul [Paul_Paolucci@mastercard.com]
**Gesendet:** Dienstag, 30. Juni 2015 14:42
**An:** Reinhard Schorer
**Cc:** De Petro, Jeffrey; Crecelius, Ulrich; Titus, Ingrid; Katabarwa, Ortega; reto.naescher@bankfrick.li; Michael Morsch; Edi Woegerer; alexander.marxer@bankfrick.li
**Betreff:** RE: Backpages.com: Advice regarding Closure

Reinhard,

At this point the activity is being viewed as brand damaging given the law enforcement communication.

If Bank Frick promptly decides to terminate and adds the merchant to MATCH their will be no formal letter sent.

Regards,

---

**From:** Reinhard Schorer <Reinhard.Schorer@bankfrick.com>
**Sent:** Tuesday, June 30, 2015 8:25:33 AM
**To:** Paolucci, Paul
**Cc:** De Petro, Jeffrey; Crecelius, Ulrich; Titus, Ingrid; Katabarwa, Ortega; reto.naescher@bankfrick.li; Michael Morsch; Edi Woegerer; alexander.marxer@bankfrick.li
**Subject:** WG: Backpages.com: Advice regarding Closure

[amended spelling of some recipients; had typo-os in them previously]

Dear Paul,

Thanks for sharing. Now that looks rather massive. Understand your concerns.

Just to avoid any misunderstanding re MC Rules--
Is it correct that we can currently still decide to terminate the merchant agreement, and will be good.
But if/ once MC decide that this merchant per se is a BRAM violation, we basically automatically will receive a BRAM Notification Letter as well?

Thanks,

Reinhard

---

**Von:** Paolucci, Paul [Paul_Paolucci@mastercard.com]
**Gesendet:** Dienstag, 30. Juni 2015 14:16
**An:** Reinhard Schorer; jeff_depetro@mastercard.com
**Cc:** Katabarwa, Ortega; Titus, Ingrid; Edi Woegerer; alexander.marxer@bankfrick.li; reto.naescher@bankfrick.li; michael.morsch@bankfrick.li; Crecelius, Ulrich
**Betreff:** Re: Backpages.com: Advice regarding Closure

Reinhard,

Per my earlier e-mail, please find attached the letter MasterCard received from the Cook County Sheriff Office.

This is an urgent matter and MasterCard will require your position so it may formally respond to the law enforcement complaint.

As advised previously, if this matter was to escalate in this sort of negative manner, MasterCard may deem such activity as brand-damaging which would be a violation of MasterCard Standards.

If there are any questions, please advise.

Regards,

Paul J. Paolucci
Senior Buisness Leader
Customer Performance Integrity

MasterCard | Law and Franchise Integrity

2000 Purchase Street | Purchase, New York 10577

Tel: 1-914-249-3759

---

**From:** Paolucci, Paul
**Sent:** Tuesday, June 30, 2015 7:06 AM
**To:** Reinhard Schorer; jeff_depetro@mastercard.com
**Cc:** Katabarwa, Ortega; uli_crecelius@mastercard.com; Titus, Ingrid; Edi Woegerer; alexander.marxer@bankfrick.li; reto.naescher@bankfrick.li; michael.morsch@bankfrick.li
**Subject:** RE: Backpages.com: Advice regarding Closure

Reinhard,

I wanted to provide an update.

Yesterday MasterCard received a complaint letter from Law Enforcement regarding Back Page. I'm discussing with my legal team to determine if we can share the letter.

Given the current situation, what actions will Bank Frick enact?

Regards,

---

**From:** Paolucci, Paul
**Sent:** Tuesday, June 23, 2015 5:36:03 PM
**To:** Reinhard Schorer; jeff_depetro@mastercard.com
**Cc:** Katabarwa, Ortega; uli_crecelius@mastercard.com; Titus, Ingrid; Edi Woegerer; alexander.marxer@bankfrick.li; reto.naescher@bankfrick.li; michael.morsch@bankfrick.li
**Subject:** RE: Backpages.com: Advice regarding Closure

Reinhard,

Thank you for the update.

If Bank Frick determined that the associated risk warrants termination, I don't see that the approach presented is unreasonable.

Regards,

**Paul J. Paolucci**
Senior Business Leader/Vice President
Customer Performance Integrity

MasterCard | Franchise Integrity
2000 Purchase Street | Purchase, New York 10577

tel 914-249-3759 | fax 914-249-4257

MasterCard

*Please think of the environment before printing this email.*

**From:** Reinhard Schorer [mailto:Reinhard.Schorer@bankfrick.com]
**Sent:** Tuesday, June 23, 2015 5:27 PM
**To:** Paolucci, Paul; jeff_depetro@mastercard.com
**Cc:** Katabarwa, Ortega; uli_crecelius@mastercard.com; Titus, Ingrid; Edi Woegerer; alexander.marxer@bankfrick.li; reto.naescher@bankfrick.li; michael.morsch@bankfrick.li
**Subject:** Backpages.com: Advice regarding Closure

Dear Paul, and Jeff,

We are glad to confirm that the Bank's management has taken the decision to close down the account for Backpages.com--for reason of the concerns that you raised and in a best-practice approach to demonstrate cooperation.

Regarding timelines, we would like to ask for your advice, please--
Our Legal department confirmed that as by our files and how our merchant is set-up with their European entity, we cannot really hold much against them.
So we would benefit from the option to give them notice by regular terms, i.e. 30 days towards the end of a month, i.e. by 31-July-2015.

Would this be a viable option for you, and find your approval?

Kind regards,

Reinhard

--

Reinhard Schorer
Card Schemes Relations
Bank Frick Acquiring Services
Landstrasse 14, FL-9496 Balzers
Mobile +49 177 300 70 90
General +423 388 21 21
Fax +423 388 21 32
reinhard.schorer@bankfrick.com
www.bankfrick.com

CONFIDENTIALITY NOTICE This e-mail message and any attachments are only for the use of the intended recipient and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If you are not the intended recipient, any disclosure, distribution or other use of this e-mail message or attachments is prohibited. If you have received this e-mail message in error, please delete and notify the sender immediately. Thank you.

[redacted]

MasterCard Alert To Control High-risk merchants
New Merchant Added to MATCH
Reference Number: 134702015063000000
Date: 30-06-2015

***Merchant Data***

| | | | |
|---|---|---|---|
| Acquirer Id: | 13470 | Date Added to MATCH: | 30-06-2015 |
| Merchant Name: | PAYMENT SOLUTIONS B.V. | Merchant Id: | 30000317 |
| Doing Business As: | BACKPAGE.COM | Merchant Category Code: | 7311 |
| Address Line 1: | ZUIDPLEIN 116, TOWER H, LEVEL 14 | Address Line 2: | |
| City: | AMSTERDAM | State: | |
| Province: | | Country: | NLD |
| Postal Code: | 1077XV | Phone Number: | 31203338320 |
| National Tax Id: | | Alternate Phone Number: | |
| CAT: | N | State Tax Id: | |
| Date Opened: | 04-03-2014 | Date Closed: | 30-06-2015 |
| Svc Provider Legal: | | Svc Provider DBA: | |

***Principal Data***

---Principal 1---

| | | | |
|---|---|---|---|
| Last Name: | BRUNST | First Name: | JOHN EDWIN |
| Middle Initial: | | | |
| Address Line 1: | | Address Line 2: | |
| City: | | State: | OH |
| Province: | | Country: | USA |
| Postal Code: | | Phone Number: | |
| Driver's License Number: | | Alternate Phone Number: | |
| Driver's License Country: | | Driver's License State: | |

***URL Data***

WWW.BACKPAGE.COM

***Reason Data***

| | |
|---|---|
| Reason Code: | 10 |
| Definition: | VIOLATION OF STANDARDS |
| Other Comments: | |

**From:** Verdeschi, John <John_Verdeschi@mastercard.com>
**Sent:** Thursday, July 2, 2015 9:53 AM
**To:** Paolucci, Paul <Paul_Paolucci@mastercard.com>; Eisen, Seth <Seth_Eisen@mastercard.com>; Monteiro, Chris <Chris_Monteiro@mastercard.com>
**Cc:** Tan, Georgette <Georgette_Tan@mastercard.com>
**Subject:** RE: Mastercard position on sex work transactions - backpage

---

All,
I hate to say this, but I really think we should hide behind the law enforcement referral in this situation.
The facts are Backpage has been accepting MasterCard for a long time. We didn't suddenly change our policy or our stance on sex work. And we didn't shut down Backpage. All we did was forward the law enforcement referral to the acquirer and the acquirer decided to terminate.
I believe this message is extremely important to communicate for a couple of reasons. First and foremost, this may not be the end of Backpage. It's possible they will engage another acquirer and begin accepting again. And yes, we can re-send the law enforcement referral. But what if the next time the acquirer is in Russia and the acquirer responds "we're not bound by U.S. law".
Second, the more we try to justify acceptance at legal but controversial merchants, the more the debate will rage. "well what about this situation...."
The Cook County Sheriff has given us cover. I suggest we exploit that to the fullest and take it.

**John Verdeschi**
Group Head
Customer Performance Integrity
MasterCard | Law & Franchise Integrity
2000 Purchase Street | Purchase, N.Y. 10577
tel 914-249-6282
mobile 914-263-5778
john_verdeschi@mastercard.com

MasterCard

e-LEARNING

*Please think of the environment before printing this email.*

**From:** Paolucci, Paul
**Sent:** Thursday, July 02, 2015 9:27 AM
**To:** Eisen, Seth; Monteiro, Chris
**Cc:** Verdeschi, John; Tan, Georgette
**Subject:** RE: Mastercard position on sex work transactions - backpage

Seth,
You are correct. Similar to gambling, the acquirer must ensure the activity is legal in any jurisdiction they receive transactions.
Regards,

**Paul J. Paolucci**
Senior Business Leader/Vice President
Customer Performance Integrity
MasterCard | Franchise Integrity
2000 Purchase Street | Purchase, New York 10577
tel 914-249-3759 | fax 914-249-4257

MasterCard

*Please think of the environment before printing this email.*

**From:** Eisen, Seth
**Sent:** Thursday, July 02, 2015 9:26 AM
**To:** Monteiro, Chris
**Cc:** Verdeschi, John; Paolucci, Paul; Tan, Georgette
**Subject:** RE: Mastercard position on sex work transactions - backpage

I would imagine that would fall under MCC 7273 (Dating/Escort Services) but would require acquirer and merchant to be vigilant and diligent in complying with our rules.

**Seth Eisen**
Senior Business Leader
External Communications
MasterCard
2000 Purchase Street | Purchase, NY 10577-2509
tel 914-249-3153
mobile 914-325-5932 | Twitter @MasterCardNews
seth_eisen@mastercard.com

MasterCard

*Please think of the environment before printing this email.*

**From:** Monteiro, Chris
**Sent:** Thursday, July 02, 2015 9:16 AM
**To:** Eisen, Seth
**Cc:** Verdeschi, John; Paolucci, Paul; Tan, Georgette
**Subject:** Re: Mastercard position on sex work transactions - backpage

Like gambling? Legal in some places. The difference here is we aren't challenging the legality of prostitution rather about running ads that lead to it in markets where it's illegal.

On Jul 2, 2015, at 9:12 AM, Eisen, Seth <Seth_Eisen@mastercard.com> wrote:

> Can the acquirer set up the merchant for acceptance in specific geographies?
>
> **Seth Eisen**
> Senior Business Leader
> External Communications
> MasterCard
> 2000 Purchase Street | Purchase, NY 10577-2509
> tel 914-249-3153
> mobile 914-325-5932 | Twitter @MasterCardNews
> seth_eisen@mastercard.com
>
> *Please think of the environment before printing this email.*
>
> **From:** Monteiro, Chris
> **Sent:** Thursday, July 02, 2015 9:09 AM
> **To:** Eisen, Seth
> **Cc:** Verdeschi, John; Paolucci, Paul; Tan, Georgette
> **Subject:** Re: Mastercard position on sex work transactions - backpage
>
> That's cool. But how do we address their issue where legal -can't we shut down only where illegal?
>
> On Jul 2, 2015, at 8:52 AM, Eisen, Seth <Seth_Eisen@mastercard.com> wrote:
>
>> That would work. Acquirer would still hold final decision/action.

Do we need to run past Eileen and Tim as we had for the initial statement?

**Seth Eisen**
Senior Business Leader
External Communications
MasterCard
2000 Purchase Street | Purchase, NY 10577-2509
tel 914-249-3153
mobile 914-325-5932 | Twitter @MasterCardNews
seth_eisen@mastercard.com
*Please think of the environment before printing this email.*

**From:** Verdeschi, John
**Sent:** Thursday, July 02, 2015 7:19 AM
**To:** Paolucci, Paul
**Cc:** Eisen, Seth; Tan, Georgette; Monteiro, Chris
**Subject:** Re: Mastercard position on sex work transactions - backpage

Seth,

What if we were more specific and said "we contacted the acquiring bank about the Sherrif's claims of illegal activity in the U.S...."

Sent from my iPhone

On Jul 2, 2015, at 6:05 AM, Paolucci, Paul <Paul_Paolucci@mastercard.com> wrote:

> I have no objection with the statement.
>
> Regards,
>
> ---
>
> **From:** Eisen, Seth
> **Sent:** Thursday, July 2, 2015 6:01:21 AM
> **To:** Paolucci, Paul; Verdeschi, John; Tan, Georgette; Monteiro, Chris
> **Subject:** RE: Mastercard position on sex work transactions - backpage
>
> Following up on the earlier email. Any concerns/objections to this language?
>
> Points to action they are taking.
>
> Based on a request from the Cook County Sheriff's Office, we contacted Backpage's acquiring bank about the issue IN THE U.S. They have advised us that they are terminating acceptance at this time.
>
> Trending discussion on social around restrictions/discrimination against legal sex trade in Australia, Canada and Europe.
>
> Two inquiries from The Age and BuzzFeed in Australia. According to Alana, Visa has reinforced their current U.S. statement. No deviations.
>
> **Seth Eisen**
> Senior Business Leader
> External Communications
> MasterCard
> 2000 Purchase Street | Purchase, NY 10577-2509
> tel 914-249-3153
> mobile 914-325-5932 | Twitter @MasterCardNews
> seth_eisen@mastercard.com
> *Please think of the environment before printing this email.*
>
> **From:** Eisen, Seth
> **Sent:** Thursday, July 02, 2015 12:51 AM
> **To:** Paolucci, Paul; Verdeschi, John; Tan, Georgette; Monteiro, Chris
> **Subject:** RE: Mastercard position on sex work transactions - backpage
>
> In the interim, if there are media inquiries, would the following language in CAPS/highlight be accurate?
>
> Based on a request from the Cook County Sheriff's Office, we contacted

Backpage's acquiring bank about the issue IN THE U.S. They have advised us that they are terminating acceptance at this time.

**Seth Eisen**
Senior Business Leader
External Communications
MasterCard
2000 Purchase Street | Purchase, NY 10577-2509
tel 914-249-3153
mobile 914-325-5932 | Twitter @MasterCardNews
seth_eisen@mastercard.com
*Please think of the environment before printing this email.*

**From:** Tan, Georgette
**Sent:** Thursday, July 02, 2015 12:41 AM
**To:** Eisen, Seth; Monteiro, Chris
**Cc:** Paolucci, Paul; Verdeschi, John
**Subject:** RE: Mastercard position on sex work transactions - backpage

If there's a way to touch on it, I think that'll be good. In the case of the note from Scarlet Alliance, they asked for the rationale and seem open to understanding the situation.

**From:** Eisen, Seth
**Sent:** Thursday, July 02, 2015 12:21 PM
**To:** Monteiro, Chris; Tan, Georgette
**Cc:** Paolucci, Paul; Verdeschi, John
**Subject:** RE: Mastercard position on sex work transactions - backpage

In updating/revising a statement, beyond talking to the nature of the activities regionally, would we also be willing to be more specific about the complaint on how the transactions were processed and that violation of our rules?

**Seth Eisen**
Senior Business Leader
External Communications
MasterCard
2000 Purchase Street | Purchase, NY 10577-2509
tel 914-249-3153
mobile 914-325-5932 | Twitter @MasterCardNews
seth_eisen@mastercard.com
*Please think of the environment before printing this email.*

**From:** Monteiro, Chris
**Sent:** Wednesday, July 01, 2015 11:54 PM
**To:** Tan, Georgette
**Cc:** Paolucci, Paul; Verdeschi, John; Eisen, Seth
**Subject:** Re: Mastercard position on sex work transactions - backpage

There has to be a way to block trans in geos from/where illegal.

On Jul 1, 2015, at 11:45 PM, Tan, Georgette <Georgette_Tan@mastercard.com> wrote:

> And this just came in.
>
> **From:** ceo [mailto:ceo@scarletalliance.org.au]
> **Sent:** Thursday, July 02, 2015 11:38 AM
> **To:** Tan, Georgette; Eisen, Seth
> **Subject:** Mastercard position on sex work transactions - backpage
>
> Hi,
>
> We are receiving a high level of media requests on the recent MasterCard decision.
>
> You might be aware that sex work is not illegal in Australia. Sex workers derive a legitimate income from advertising, using a range

of sources including backpage. Advertising is NOT illegal, sex work is recognised as legitimate employment, sex workers pay tax and in many parts of the country are covered by anti-discrimination laws. Approaches that single out and discriminate or disadvantage sex workers are illegal in some Australian states/territories.

I am hoping that someone can get back to me to discuss this decision. At the very least can you clarify the decision and the reasons behind it.

Thanks,

Janelle Fawkes,
Chief Executive Officer,
**Scarlet Alliance, Australian Sex Workers Association,**
P O Box 2167, Strawberry Hills, NSW 2012
Suite 9, 245 Chalmers Street, Redfern NSW 2016
P: +61 2 9690 0551 F: +61 2 9690 1013 M: +61 411 985 135
www.scarletalliance.org.au
**Decriminalisation for sex worker rights, health and safety**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **BACKPAGE.COM, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 15 C 06340** |
| | ) | |
| **THOMAS J. DART, Sheriff of Cook County, Illinois.** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF MARTIN ELLIOTT**

I, Martin Elliott, state the following:

1. I currently am a Senior Director of Visa U.S.A., Inc. ("Visa") and Visa's Global Head of Brand Protection. I have been employed at Visa since June 1998. As part of my responsibilities in these positions, I manage the Global Brand Protection Program. My position is within Visa's Global Risk group.

2. I have personal knowledge of the facts stated within this affidavit and, if called to testify, I could testify competently to the statements contained herein.

3. Following communication with Sheriff Dart's staff in June 2015, members of Visa's Global Risk group, including myself, consulted with Visa Legal Department personnel and made the decision to request that Visa Europe, a separate and independent legal entity, contact Backpage.com's acquiring banks in order to terminate the acceptance of Visa-branded payment cards at Backpage.com.

//

//

4. At no point did Visa perceive Sheriff Dart to be threatening Visa with prosecution or any other official state action, nor did Visa base its decision on any such threat.

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 11, 2015.

Martin Elliott

**Transcription of Sheriff Dart's July 1, 2015 Press Conference**

**Sheriff Dart:** As many of you know, for years we have been working on the issue of trafficking, prostitution and the rest that is going on on the internet and about how difficult that it has been for us and we've tried many, many different ways to try to attack the problem with the obvious one—reaching out to the companies that are involved with it, asking them to desist from what they've been doing. We've tried that for years. We've had luck in some respects, Craigslist which used to be actively involved in this area is no longer involved as it used to be but the big organization—the big company that has been working in this area now for years has been Backpage and we've attempted numerous methods to try to go at them to say "listen, this is wrong, what you're doing, is clearly wrong. People are being hurt, lives are being destroyed."

What we did this past Monday was that we reached out to two companies: Visa and MasterCard and we asked them: "Would you be interested in not being involved and engaged with the Backpage website anymore?" And I'm happy to say, the level of civic, response from them is absolutely amazing. There are certain levels of civic responsibilities that we have never seen out of Backpage. Visa and MasterCard, within hours, have agreed not to be involved with the website Backpage anymore and for us and the people who have worked on this issue for years, it's a huge victory. It's a victory because this is why it's going to make it much more difficult for the people who are engaged in trafficking and hurting young women—hurting women of all ages and men at times as well. So, we want to commend both Visa and MasterCard for their civic responsibility for so quickly acting when we talked to them. American Express has already done that. They have now been narrowed down to where there are very little options for people who want to work with that website and it is something that a lot of people lost track of. They lose track of what exactly it is and what it is, is that it has become a website that is predominately used for advancing prostitution, facilitating prostitution, trafficking, you name it.

How do we know that? Well, I can tell you since 2009, our office alone has made over 800 arrests off of Backpage for prostitution, trafficking, involuntary servitude of juveniles, you name it. We've arrested off of that and of all the different arrests we've made, all the different operations, we never once have had to apologize to somebody when we entered the room—it truly was a massage or some other type of thing going on. It's never happened. We've

communicated this over and over again to Backpage that this is what your site is now. It is being used by these horrific people to destroy countless lives. They showed absolutely no interest. We have sent them dozens of letters asking them not only to desist, we've asked them to work with us, we've asked them all sorts of things, reasonable things that you would expect law enforcement to do to get them to become a member of our community, someone who is civically responsible, who is not facilitating crimes and they've showed no interest in that whatsoever.

So, the actions today of both MasterCard and Visa are huge. They should be roundly commended for their actions and we stand firmly with them in what they're doing. We realize the battle ahead is still going to proceed. We realize that Backpage is probably not going to go away, but we can tell you that it is for all the different women, children and men and to some extent too, who have been employed by these sites. It is going to be increasingly more difficult for those events to occur again. It is something where going forward, people who wouldn't know how to, would normally not get involved with any of these entities, will now find it more difficult to do. At the end of the day, is it going to cost Backpage money too. Yeah. I mean look at it. Are there other websites that are engaged in it? Yes, there are, but they pale in comparison to Backpage. Backpage, just in April along, had just shy of 1.5 million ads in their adult sections. The other sites all have in the tens of thousands and, within that, conservatively they make about $9 million dollars a month off of these ads. So, are they going to lose money and everything else? Yeah they will but once again we have to ask ourselves, "where is this money coming from?" We all know where it's coming from.

There is a reason why frankly I was so frustrated throughout this argument. How is it that an entity can so clearly turn its back on the rest of us—the rest of the community and say "we just don't care" and hide behind an antiquated law that is on the books by the federal government to say "we don't have to respond to you, we don't have to do anything." And yet, day after day, we are seeing the realities here. Just two weeks ago, a 15 year old child, a ward of our child welfare system, was passed on to us as someone who is being marketed in both Chicago and Wisconsin on Backpage. We were able to get her, remove her from the situation and get her into a stable environment. These stories are so numerous I couldn't begin to tell you all of them. I can tell you they're still going on as I stand here now and the lives have been destroyed, I don't even know where to begin with that. So, do we realize that we still have ways to go here? Yeah, we

have a ways to go but is this a huge victory for people who are battling trafficking? Yes, it is. And the countless lives that will not be destroyed as a result of this will never know that, but it is going to occur. But for those two companies in particular, I cannot thank them enough. There are still battles ahead, but this is a huge victory for all the people who have been fighting trafficking and prostitution. Thank you.

**Woman speaker**: So, other than going towards the credit card industries, two questions: If somebody wanted to purse an adult service on Backpage, if Visa or MasterCard maxes out, is there another way for people to pay or is this going to potentially shut down that service?

**Sheriff Dart:** Where we're going to go from here, we don't exactly know. At times, they have taken Bitcoin but at the end of the day, what we've tried to explain to people is that we are trying to make this type of site which facilitates and makes easy trafficking, prostitution, you name it—make it much more difficult and so if it's going to get to the point where entities, where traffickers and pimps are going to have to get involved with the Bitcoin world, we've made their lives pretty difficult and we'll take that one on there, but that's one that will make it increasingly difficult for people to do this. So, what their options are, I really don't know. They've made substantial amounts of money off of this site. Is the business model no longer going to be operational? I hope it is no longer operational. As I said, this would be one thing if we were picking at one of the aspects of this site. Do they have other items on their site where you can rent a car or apartment? They have those but is that where they get all their money from all their activity? No. All their activity goes to those sites, they know it. You should see the tenor of the letters. We'll be happy to show you the letters that we've sent them over and over again. We've laid all this out to them and the notion that someone would turn their back on them and say, "no, we just don't care and can hide behind this federal law, it means we don't have to be responsible." It makes you really, really upset with those types of people and so, where do we go from here? Not quite clear. We're trying to anticipate but at the end of the day, it's going to make it harder, not only for the traffickers alike, but I can't tell you how many cases we've had where a woman has gotten involved with prostitution who otherwise would not have been and clearly told us "because I can't have this certain level of anonymity, I don't have to go to a street corner, I don't have to go to a hotel, no one's going to know it." They get engaged with it, they can't get out of it and in addition to it, it's not that they can just maintain their independent

status. No, the traffickers, the pimps frequently patrol the website to look for these independent people to make them work for them, so it starts in this vicious, vicious horrible cycle. So anything that makes it more difficult is a great thing for all of us.

**Woman speaker**: So, my next question is toward the credit cards from letters, is there other—what would it take legally jurisdiction-wise, to shut that down entirely? Does somebody have that authority?

**Sheriff Dart:** What we're doing is absolutely legal. You know, we have fought that battle and that's the thing. We have fought these battles since—I've been working on this since 2007 and most of the different avenues that we've taken, we've lost. We've sued them in federal court, other individuals have sued them. There's a big lawsuit out. I believe it's in Washington or Oregon where they lost as well, so the legal routes have been shown to us, is not the way to proceed. Why? Because there is a law called the Communication Decency Act that is anything but decent. What is basically says is that if you're just the server, you're not responsible for the ad that different people put on so you can get away with this. I would suggest to you that that would be something we wouldn't let our children get away with. If someone was manipulating something and everybody knows it, we'd say "we can't let this go on." They have let it go on and the courts have ruled that that law allows them to do that, so it's really made it limited the areas we can go after them on and going in this direction is one that just requires businesses and other entities to step up and say they might be reckless and irresponsible but we're not. So, once again, we're very thankful for those entities for what they've done and we find it to be a large step in trying to shut some of these things down.

**Woman speaker**: Were you surprised at how driving—wouldn't this be driving the advertisers, the pimps, the Johns, whatever, to other sites?

**Sheriff Dart:** I dare say that a simple letter to any of these entities—Visa, MasterCard or American Express, and once again, American Express did this before we or anybody else reached out to them, they just did it because it was the right thing. If they were going to get out of the business doing it for Backpage, they'll do it the same for these sites too. I don't think that's going to be what happened when Craigslist went down. Now there's going to be all this gravitation over to Backpage. Any other site that might pick up traffic, we will, if need be, send

the same letters out to all of them saying, "get out of this business as well." I can't conceive of why they would pick the other sites over Backpage. I think they'll stay of out of it too.

**Woman speaker**: I think Backpage does say that at least you can work with them and do the undercover sting?

**Sheriff Dart:** That's insane. I mean to be honest with you, I have heard more thoughtful logic on my 5-year-old and we've told them that. These people are absolutely ridiculous. Honest to God. They've tried to spin this thing and I think there's been one person on the whole planet that has followed that train of thought: "They are actually our biggest asset and they're helping us." And I've often told them directly in word and in letter, we have never had any problems arresting prostitutes. It's always been quite easy, frankly. The difficult part has always been with the pimps and the traffickers, the ones who are the really evil people behind here. And now, you have just set up this wall of anonymity where they can all hide behind and somehow you're helping us. Their way of helping us is they said, "we'll, when you send us subpoenas, we send you information." It's like "oh bravo, so you're basically a witness of crime and you're saying that you should get a citizen award because you're actually complying with a subpoena? You're actually giving us evidence of people who are committing horrible crimes and that's your idea of helping us. Hey, how about this: "Here's how you can help us, stop doing that." And whenever we have that conversation, all of a sudden, it's like, "oh well, we don't respond anymore."

You know something funny, to show you how outrageous these people have been, I decided at one of many, many different letters I sent them, let's try to see if we can take them on their word. "So, you want to help me, here's how you can help me, in every jurisdiction, there are different amounts of ads where you can sort of set your clock work, lots of them in big cities, less in small cities. So I said, you say that you monitor these ads for trafficking and pimping and so on? So, tell me this, tell me how many people that you have monitored in Chicago, how many do you have monitoring Peoria? How many do have have monitoring Rockford, so I can understand whether or not you have adequate number of people monitoring and can you just give me an idea of whether or not people monitoring are former detectives, former law enforcement or they're college students off on their summer break. Give me some idea of what your idea of monitoring is and how you do this?" Zero. Nothing. Refused to do this. So all this stuff gets to be so old

with them because they hide behind this act and they sort of smiled at everyone and keep doing this. So, honest to God, if you could see these young children and the women that we face day in day out, whose ads are on their site, I can't imagine too many people who would sit there and not feel horrified if your company was involved in something that hurt that child or hurt that woman, you better look at yourself. Can you be racing to the company to shut it down? We have given them all of these details, all of these cases, over and over again and they don't care. They don't care. Instead they spin this fantasy, this group of lies they keep spinning as if there's going to be someone who is dumb enough to believe them. So we call them out on it over and over again and basically what's happening now is that they just don't communicate with us.

**Male speaker:** Do you go into this expecting a legal challenge?

**Sheriff Dart:** I don't know what legal challenge they would have when two entities on their own volition have shut down. We didn't threaten them in the letters we sent off to the companies, we just asked them not to participate in this. We laid out why the rationale behind it, but as far as saying we're going to do this or that. No, it was just appealing to people's civic responsibility that you will not be involved in this.

**Woman speaker**: I imagine they could make an argument on the First Amendment or commerce laws, you know. You didn't threaten MasterCard or Visa, but you are a public official that strongly suggested and I think perhaps it's some argument to make on that or worded in there?

**Sheriff Dart:** If they wanted to go with tortured logic they will. And, am I someone who is a stranger to being sued? I am not. And, in this case, I would find it very, very difficult to understand how, in anyone's twisted way, we are infringing upon somebody's First Amendment right here and once again, I would then direct them back to the thing that they hide behind which is the decency act and saying "we're not responsible for the content." Well, then how can you come after me about somebody else's free speech? It's allegedly not your free speech, it's the free speech of the people putting the ads up there and now you're saying that's someone being infringed upon. What are you going to do? Are you going to round up all your prostitutes and your pimps and your traffickers and you're going to help represent them in a class action lawsuit against me? That would be an interesting one. Anybody else? Thank you so much. Thank you.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| BACKPAGE.COM, LLC,, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | Case No. |
| | ) | 1:15-cv-06340 |
| THOMAS J. DART, Sheriff of Cook County, Illinois, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

VIDEOTAPED DEPOSITION OF CARL FERRER

Tuesday, August 18, 2015

Los Angeles, California

REPORTED BY:

GRACE CHUNG, CSR No. 6426, RMR, CRR, CLR

FILE NO.: 445

a billing descriptor. We also had another contact from MasterCard to -- well, we also had a contact from Frick's fraud department, questioning the posting velocity, transaction velocity of some users.

Q. But anytime before Sheriff Dart's June 29th, 2015 letter, did Frick ever notify you or Backpage that it had decided to terminate its relationship?

A. No.

Q. And in June of 2015, before Dart's letters, did Backpage have acquirers other than Frick which it could have taken or processed MasterCard transactions?

MR. HOLMSTEAD: Object to form.

MS. COOK: I will ask it better.

Q. In June of 2015, concentrating on the time before Dart's letters were sent, did Backpage have acquirers other than Frick?

A. Yes.

Q. So those acquirers could have, other than Frick, could have taken and processed MasterCard's transactions?

A. Yes.

Q. When did Backpage's ability to take

MasterCard transactions end entirely?

A. They ended first with Frick and then, as I recall, several days went by, and then we lost MasterCard with [redacted]

Q. And was that right after --

A. And [redacted]

Q. And was that right after the sheriff's letter?

MR. HOLMSTEAD: Object to form.

BY MS. COOK:

Q. Was that right after the Dart letters were sent to MasterCard?

MR. HOLMSTEAD: Object to form.

A. Yes.

MS. COOK: No further questions.

MR. HOLMSTEAD: No further questions.

THE VIDEOGRAPHER: This concludes the recorded testimony of Carl Ferrer. Total number of media used was two. We are going off the record. And the time is 7:52 p.m.

(Proceedings adjourned at 7:53 p.m.)